FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

MAR 1 3 2008

JAMES N. HATTEN, CLERK
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ROBBIE S. JOHNSON, an individual, ROBBIE S. JOHNSON, as Trustee of the ROBBIE S. JOHNSON REVOCABLE TRUST, a Florida trust, and ROBBIE S. JOHNSON as Trustee of the LORRAINE WAGMAN REVOCABLE TRUST, a Florida trust, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MITCHELL ALAN GROSS, a/k/a MITCHELL GRAHAM, a/k/a MICHAEL JOHNSON, a/k/a THE MERRILL COMPANY, a/k/a THE MERRILL COMPANY, LLC, a/k/a MAJESTIC MANAGEMENT, LLC, 5TH RING ENTERPRISES LIMITED PARTNERSHIP, an Alaskan Limited Liability Company, DEBRA L. GROSS, an individual, and DOUGLAS GROSS, an individual, )<br><br>Defendants. ) | Civil Action File No.<br>1:08-cv-0945 |

## ORDER APPOINTING RECEIVER AND
## GRANTING INJUNCTIVE RELIEF

Upon consideration of Plaintiffs' *Ex Parte* Motion for Appointment of a Receiver and for Injunctive Relief, supporting Memorandum of Law, Verified Complaint, and argument of counsel for Plaintiffs, this Court finds as follows:

1.    On March 13, 2008, Plaintiffs filed a Verified Complaint against Defendants. The defendants include Mitchell Alan Gross, his aliases, and alter ego

identities:  Mitchell Graham, Michael Johnson, The Merrill Company, LLC, The Merrill Company, Majestic Management LLC, and 5th Ring Enterprises Limited Partnership (collectively, "Defendants").

2.    Against Defendants, Plaintiffs alleged various causes of action, including fraud in the inducement, fraudulent misrepresentation, rescission, equitable lien and constructive trusts, negligent misrepresentations, tortious civil conspiracy, unjust enrichment, breach of fiduciary duty, conversion, negligent entrustment, alter ego, violations of deceptive trade practices in the states of Florida and Georgia, fraudulent transfers, intentional infliction of emotional distress, and action to impose lien, equitable lien and constructive trust.

3.    According to the Verified Complaint, beginning in June 2006, Defendants engaged in a scheme of fraud that resulted in the conversion of Two Million Seven Hundred Forty Five Thousand Six Hundred Thirty Six and 25/100 ($2,745,636.25) Dollars from Plaintiffs.

4.    According to the verification of Ms. Johnson, the specific acts of fraud include, but are not limited to, the intentional publication of inflated and fictitious financial information relating to the performance of the foregoing fictitious business entities in order to fraudulently induce Plaintiffs to invest money with a fictitious investment broker.  Defendant Gross operated the fictitious entities out of an

2

executive center located at 3525 Piedmont Center, 7 Piedmont Center, Suite 300, Atlanta, Georgia 30305, and operated all of his business (real and fictitious) principally out of his home located at 2949 Gateland Square, Marietta, Cobb County, Georgia 30062.

5.    On or about October 17, 2006, Defendant Gross created an entity known as 5th Ring Enterprises Limited Partnership ("5th Ring Enterprises"). 5th Ring Enterprises is the purported owner and holder of valuable contract and copyright rights, including the right to receive income, commissions and royalties for various literary works which Defendant Gross had developed or was in the process of developing, specifically, any and all income, commissions and royalties received from the sales of publications of Defendant Gross (under the pseudonym Mitchell Graham).

6.    According to the Verified Complaint, on or around October 2006, without an exchange of reasonably equivalent value, Defendant Gross transferred the valuable contract rights, income, commissions and royalties to 5th Ring in an attempt to defraud his existing creditors, including Plaintiffs.

**The Court makes the following findings:**

1.    Venue and jurisdiction are proper in this Court.

2.    Plaintiffs are entitled to the appointment of a receiver. Plaintiffs have

3

made a sufficient showing, through the verification of Ms. Johnson, that as a result of the frauds perpetrated on the Plaintiffs, and the exigent circumstances of this case, the appointment of a receiver and the granting of injunctive relief is necessary to preserve and protect monies, funds, brokerage accounts, and assets of the Plaintiffs in the possession of Defendant Gross, the Banking Entities, and other third parties.

3.     The Plaintiffs have no other adequate remedy at law to prevent potential irreparable harm and injury to their rights as a result of the fraud perpetrated on them and, therefore, are entitled to the relief sought and as provided herein.

4.     A receiver is necessary to prevent Defendant Gross from further wasting, converting, diverting, misappropriating and concealing the net assets, monies, property, and assets rightfully belonging to Plaintiffs and held by the Defendant. Appointment of a receiver is necessary to protect and preserve Plaintiffs' property and the status quo during the pending litigation.

5.     A receiver is necessary to protect and preserve the property of Defendant Gross and Defendant 5th Ring Enterprises and to collect any and all monies, assets, shares of stock from brokerage accounts and bank accounts, property, and financial records including all computers and hard drives in Gross's possession, including all other assets held by Defendant Gross.

6.     This Order is issued without notice to Defendants because, based on

4

Defendant Gross's prior conduct, there is a substantial likelihood that Defendant Gross will attempt to transfer or otherwise dissipate the funds he fraudulently obtained from Plaintiffs, thereby causing irreparable harm. If notice of the Motion for Appointment of a Receiver and Injunctive Relief were given to Defendant Gross, it would precipitate or accelerate the injury or damage to Plaintiffs. Plaintiffs will suffer immediate and irreparable injury, loss and damage if a receiver is not appointed immediately and *ex parte*.

7.     Injunctive relief is necessary to prevent Defendant Gross from interfering with the duties of the appointed receiver or otherwise attempting to transfer or shield assets rightfully belonging to Plaintiffs.

8.     Certain actions must be taken immediately by a receiver with respect to Defendants Gross and 5th Ring, including, but not limited to:

> (a)     manage and preserve all monies, funds, and assets, in the name of Defendant, **Mitchell Alan Gross**, or in the names of his aliases **Mitchell Graham** and **Michael Johnson** in the names of fictitious entities **The Merrill Company, The Merrill Company LLC, Majestic Management, LLC**, or held by **5th Ring Enterprises Limited Partnership**, at Bank of America, N.A., Bank of America Corporation, and Wachovia Securities, LLC, or at any such place, bank, or brokerage institution where they are held.

> (b)     to preserve and manage the transferred property, copyrights, contract rights, assets, moneys,

receivables and to collect the revenues and income of Defendant, **Mitchell Alan Gross**, and Defendant, **5th Ring Enterprises Limited Partnership,** the copyrights, contract rights, and all of the income, royalties, commissions and profits collected from the book "Majestic Descending" and Defendant's other literary works.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.      **Appointment.** Kevin O'Halloran of New Bridge Management, LLC, ("The Receiver") is appointed receiver for **Mitchell Alan Gross, a/k/a "Mitchell Graham," a/k/a "Michael Johnson", a/k/a The Merrill Company, a/k/a The Merrill Company LLC, a/k/a Majestic Management, and 5th Ring Enterprises Limited Partnership ("Receivership Defendants").** The Receiver is directed is to take immediate possession of all property and assets of the Receivership Defendants, including, but not limited to, cash, stock shares, brokerage accounts, bank accounts, moneys, assets and all tangible and intangible property, and all financial records, including all computers, hard drives and floppy discs in possession of the Receivership Defendants and to take possession of all cash, stock shares, brokerage accounts, bank accounts, moneys, assets and all property of the Receivership Defendants in the possession of any third person and any and all real property, personal property and leasehold interests (collectively referred to as the "Assets") and to serve as the Receiver until further order of this Court.

6

The Receiver is authorized to take immediate possession of, hold, and secure all of the business premises and other facilities used by the Receivership Defendants (collectively, the "Facilities") and to preserve and take charge of all the business effects and assets of Defendants. The Receivership Defendants are hereby ordered immediately to surrender to the Receiver the possession, use, occupancy and control of the Facilities and all of the Assets, including, without limitation, the following property, whether or not such property constitutes the Assets (collectively, and including the Assets and all other property described herein, the "Receivership Assets"):

(a)     all accounts receivable of, and other amounts owing at any time to the **Receivership Defendants** (whether or not evidenced by a note, chattel paper or other document) (the "Accounts");

(b)     all items of equipment owned or used by the **Receivership Defendants** or located on or about the Facilities, including, without limitation, furniture and office equipment (collectively, the "Equipment");

(c)     all deposits accounts of the **Receivership Defendants** (collectively, the "Deposit Accounts"), including, without limitation, all checking accounts, savings accounts, payroll accounts, petty cash accounts, and security deposits accounts;

7

(d)    all business records of the **Receivership Defendants** (collectively, the "Records"), including, but not limited to, all books of accounts, financial statements, balance sheets, ledgers, expense statements, logs, journals, reports, license, permits, agreements, and all other documents relating to the past or future use, operation or maintenance of the Receivership Assets;

(e)    all rents, income, monies, revenues and profits now existing or hereafter generated from collection, sale or other disposition of any of the Assets, including, without limitation, Accounts and General Intangibles (as such terms is defined below), or operation of any of the Facilities (collectively, the "Proceeds");

(f)    all general intangibles in which the **Receivership Defendants** have an interest, including, without limitation, payments intangibles, chooses or other things in action, patents, trade names, trademarks, my royalties, copyrights, customer lists, software, computer programs, computer discs, computer tapes, tax refunds, tax refund claims, contract rights, and other intellectual property ("General Intangibles"), and;

(g)    all investment property of the **Receivership Defendants**, including, without limitation, all stocks, bonds, partnership interests, limited liability company interests and all other equity or debt securities.

2.    **Receivership Bond.** Plaintiffs shall furnish a bond in the amount of

$250,000 to condition that the receivership has not been wrongfully set out to injure the **Receivership Defendants** in the form attached hereto as Exhibit "1."

3.  **Oath.** The Receiver shall file with this Court an Oath of Receiver in the form attached hereto as Exhibit "2."

4.  **Receiver's Bond.** The Receiver will obtain and file with the Clerk of the Court a surety bond, conditional upon the faithful performance of his duties, in the amount of $75,000.

5.  **Inventory.** The Receiver shall prepare and file in the Court, on or before twenty (20) days from the date the Receiver takes possession, a true and complete inventory, under oath, of all the real and personal property, tangible and intangible property, assets and effects of every nature, and the property subject to the Receivership coming under the Receiver's control and possession. Supplemental reports shall be filed every three months.

6.  **Possession of Records and Property.** The Receiver shall immediately take possession of the bank accounts, brokerage accounts, assets, files, papers, records, documents, moneys, securities, choses in action, books of account, and financial records, including any and all computers, hard drives and floppy discs in possession of the **Receivership Defendants** and any and all other property, real, personal or mixed, of the **Receivership Defendants** (hereinafter

9

collectively referred to as the "Property"). The Receiver shall retain custody of the Receivership and Property, and all of the records and documents of the **Receivership Defendants** until further Order of this Court.

All persons now or hereafter in possession of the Receivership property, or records, or any other part thereof, or any other items entrusted to the Receiver, shall forthwith surrender the possession to the Receiver. The Receiver shall take all steps necessary to secure each location from which the Receivership Defendants operate their business. Such steps may include, but are not limited to, any of the following, as the Receiver deems necessary or advisable: (1) serving this Order; (2) completing a written inventory of all Receivership Assets; (3) obtaining pertinent information from all employees and other agents of the Receivership Defendants, including, but not limited to, the name, home address, Social Security number, job description, passwords or access codes, method of compensation, and all accrued and unpaid commissions and compensation of each such employee or agent; (4) photographing and video taping any or all portions of the location; (5) securing the location by changing the locks and disconnecting any computer modems or other means of access to the computer or other records maintained at that location; and (6) requiring any persons present on the premises at the time this Order is served to leave the premises, to provide the Receiver with proof of identification, or to

demonstrate to the satisfaction of the Receiver that such persons are not removing from the premises documents or assets of the Receivership Defendants. Law enforcement personnel, including, but not limited to police or sheriffs, may assist the Receiver in implementing these provisions in order to keep the peace and maintain security. If requested by Receiver, the United States Marshal will provide appropriate and necessary assistance to the Receiver to implement this order.

7.    **Access to Records.** Plaintiffs and Defendants shall have access to the above records and documents upon reasonable notice and during business hours. The Receiver is hereby authorized to employ agents, servants and employees and to contract as necessary for the purpose of managing the Property. The Receiver shall collect all present and future monies, property and all other present and future assets of the **Receivership Defendants**

8.    **Specific Duties of Receiver.** The Receiver shall manage, preserve, protect and maintain the Property in a reasonable, prudent, diligent and efficient manner. Without limitation upon that general duty, the Receiver shall have the following specific duties:

(a)    Insurance.    The Receiver shall maintain, if appropriate, insurance for the Property. No insurer shall cancel any insurance previously in

place because a Receiver has been appointed for the property of Defendants.

(b)    Operating Account.  Effective immediately upon entry of this Order, the Receiver shall establish and maintain, at a bank, whose deposits are insured by the Federal Deposit Insurance Corporation, one or more separate operating accounts (the "Operating Accounts") into which the Receiver shall deposit all receipts from Property, and from which the Receiver shall disburse regularly and punctually, all amounts due and payable as reasonable, necessary and proper operating expenses of the Receivership and Property, subject to the terms of this Order.

(c)    Records.  Receiver shall maintain a comprehensive system of records, books and accounts concerning the operation of the Receivership and Property.  Upon reasonable notice, and at all reasonable times, Plaintiffs and Defendants, and their respective agents, attorneys and other representatives shall have reasonable access to such records, accounts and books and to all vouchers, files and all other material pertaining to the operation of the Receivership, all of which the Receiver agrees to keep safe, available and separate from any records not having to do with the operation of the Project.  The Receiver is authorized to vacate the business premises occupied by the Receivership Defendants and consolidate all records and other assets by moving assets and records currently

located outside of this district to secure facility maintained within this District.

(d)    Mail.  The Receiver shall receive, open, read, and respond to all mail, facsimiles and electric communication addressed to the **Receivership Defendants** with the exception of confidential attorney-client correspondence known to be such by the receiver at or before the time of opening of such mail;

(e)    Financial Records.  The receiver shall request and receive from the **Receivership Defendants** or any outside accountants and auditors (collectively, the "Auditors") all records and information relating to the **Receivership Defendants'** financial performance and condition in 2006 and 2007, for the purpose of, among other things, filing amended tax return for the **Receivership Defendants** and seeking any tax refund the **Receivership Defendants** may be entitled; and the Auditors are hereby authorized and directed to turn over all such records and information to the Receiver;

(f)    Account Opening.  To use one or more of the Deposit Accounts or to open new bank accounts.

(g)    Other powers.  In addition to the powers and instructions set forth herein above, the Receiver shall have all  of the powers of a receiver that are authorized by law and all other powers necessary or proper to preserve, sell and otherwise realize upon the property.  The Receiver may apply to the Court for

Instructions whenever he reasonably deems in necessary to do so;

(h)    <u>Action</u>.    The Receiver is authorized to institute, compromise, adjust, appear in, intervene in, or become party to such actions or proceedings in state, federal or foreign courts or arbitration proceedings as the Receiver deems necessary and advisable to preserve or recover the assets of the Receivership Defendants, or that the Receiver deems necessary and advisable to carry out the Receiver's mandate under this Order, including, but not limited to, actions challenging fraudulent or voidable transfers.

(i)    <u>Legal Requirements</u>.    The Receiver shall ensure that all aspects of the Receivership and its operation and management, comply with all laws, regulations, orders or requirements affecting the Receivership issued by any federal, state, county or municipal authority having jurisdiction there over.

9.    **Monthly Reports**.    The Receiver is directed to prepare, on or before the Fifteenth day of each month, commencing sixty (60) days after the date of this order, so long as the Receivership property shall remain in the Receiver's possession or care, a full and complete report, under oath, setting forth all receipts and disbursements, cash flow, and reporting all changes in the assets in his charge, or claims against the assets, that have occurred during the period covered by the report.    The Receiver is directed to file all reports with the Clerk of the United

States District Court for the Northern District of Georgia under cover and marked "Confidential," and no report is to be opened for inspection by the Clerk without an order of the Court directing that it be opened. Any party desiring to have any report opened for inspection may petition this Court for same, be heard thereon, and permitted to inspect the report for good cause shown. The Receiver is directed to serve a copy of each report on each of the attorneys of record for the parties herein.

10. **Fees.** The Receiver shall be entitled to payment of a reasonable fee for services from time to time in amounts to be approved by the Court. Any charges, expense or fees incurred by the Receiver in connection with official duties hereunder may be paid from the proceeds of the Receivership Property.

11. **Injunction to Restrain Interference.** Except as otherwise requested or authorized by the Receiver, the **Receivership Defendants** and any of their agents, servants, employees, representatives, members, accountants, and attorneys, are hereby enjoined from collecting, or attempting to collect, the tangible and intangible personal property, the assets, the rents, receivables, income, revenues, profits and bank accounts of the Receivership Property and are enjoined from interfering in any manner with the management of the Receivership Property by the Receiver, as herein above described, until further order of this Court.

The **Receivership Defendants** and their owners, officers, directors, agents, and employees, and all other persons acting at their direction or in concert with the **Receivership Defendants**, and anyone who receives notice of this Order by service or otherwise, be, and each of them is hereby, retained and enjoyed form (i) transferring, selling, seizing , encumbering, or otherwise taking action against or disposing of any of the Receivership Assets (ii) interfering in any way with the Receiver's use, occupancy, maintenance, or operation of any of the Receivership Assets, (iii) withdrawing Proceeds derived from the operation of the Receivership Assets, (iv) paying or transferring Proceeds to any person except as otherwise authorized or required by this Order (v) removing, disposing of, destroying, concealing, changing or altering any of the Records, (vi) destroying, erasing, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, directly or indirectly, any documents that relate to the business, business practices, assets, or business or personal finances of any corporate or individual Defendant, (vii) terminating or otherwise affecting insurance coverage or utility service relating to any of the Receivership Assets or Facilities, (viii) failing to create and maintain documents that, in reasonable detail, accurately, fairly, and completely reflect the **Receivership Defendants'** incomes, disbursements, transactions, and use of money.

The **Receivership Defendants** and their parties, officers, directors, agents, and employees, and all other persons acting at their direction or in concert with the **Receivership Defendants**, and anyone who receives notice of this Order by service or otherwise, are hereby ordered to immediately (i) turn over the Receiver possession of all of the Receivership Assets, the property and the Records, (ii) pay over to the Receiver all funds on hand in cash, and all funds and deposits in any Deposit Accounts or investments of the **Receivership Defendants**, except for funds required to pay checks for expenses of the **Receivership Defendants**, that have been written and delivered as of the date of entry of this Order but have not yet been presented for payments, and (iii) all keys to all buildings, safes, deposit boxes, or other safeguarded places on or about the Facilities and all other tangible items of Property, Receivership Assets or things relating to the Facilities.

The **Receivership Defendants** and any other person or entity with possession, custody, or control or property of or records relating to the **Receivership Defendants** shall upon notice of this order by personal service or otherwise immediately notify the Receiver of, and immediately upon receiving a request from the Receiver, transfer or deliver to the Receiver possession, custody, and control of, the following:

      (a)    All assets of the **Receivership Defendants**;

(b)    All documents of the **Receivership Defendants**, including, but not limited to, books and records of accounts, all financial and accounting records, balance sheets, income statement, bank records (including monthly statements, canceled checks, records of wire transfers, and check registers), client lists, title documents and other papers;

(c)    All computers and data in whatever from used to conduct the business of the **Receivership Defendants**;

(d)    All assets belonging to other persons or entities whose interests are now under the direction, possession, custody, or control of, the **Receivership Defendants**; and

(e)    All keys, codes, and passwords necessary to gain or to secure access to any assets or documents of the **Receivership Defendants**, including, but not limited to, access to their business premises, means of communication, accounts, computer systems, or other property.

**IT IS FURTHER ORDERED** that the **Receivership Defendants** and all other persons or entities served with a copy of this Order shall fully cooperate with and assist the Receiver in taking and maintaining, possession, custody, or control of the assets of the **Receivership Defendants**.  This cooperation and assistance shall include, but not be limited to: providing information to the Receiver that the

Receiver deems necessary in order to exercise the authority and discharge the responsibilities of the Receiver under this Order; advising all persons who owe money to the **Receivership Defendants** that all debts should be paid directly to the Receiver; transferring funds at the Receivers' direction; and producing records related to the assets and sales of the **Receivership Defendants**. The entities obligated to cooperate with the Receiver under this provision include, but are not limited to, banks, broker-dealers, savings and loans, escrow agents, title companies, commodity trading companies, precious metals dealers and other financial institutions and depositories of any kind, and all third-party billing agents, common carriers, and other telecommunications companies, that have transacted business with the **Receivership Defendants**.

In the event that any person or entity fails to deliver or transfer any asset or otherwise fails to comply with any provision of this Paragraph, the Receiver may file *ex parte* an Affidavit of Non-Compliance regarding the failure. Upon filing of the affidavit, the Court may authorize, without additional process or demand, Writs of Possession or Sequestration or other equitable writs requested by the Receiver. The writs shall authorize and direct the United States Marshal or any sheriff or deputy sheriff of any county, or any other federal or state law enforcement officer, to seize the asset, document, or any other item covered by this section, and to

deliver it to the Receiver.

12.    **Counsel.**  The Receiver is hereby empowered to employ independent legal counsel, to furnish legal advice to the Receiver for purposes as may be necessary during the period of receivership.  Counsel shall be paid a reasonable fee as approved by the Court.

13.    **Accountant.**  The Receiver is hereby empowered to employ an independent certified public accountant, to furnish accounting advice to the Receiver for purposes as may be necessary during the period of receivership.  The Accountant shall be paid a reasonable fee as approved by the Court.  The Receiver, at his option, may serve as his own accountant.

14.    **Copies.**  The clerk of Court is authorized and directed to make certified copies of this Order, at the Receiver's request, for use by the Receiver.

15.    **Liability of Receiver.**  Except for an act of gross negligence or willful misconduct, the Receiver and all persons engaged by or employed by him shall not be liable for any loss or damage incurred by the **Receivership Defendants** or any other persons by reason of any act performed or omitted to performed by them in connection with the discharge of their duties and responsibilities in this matter.

16.    **Sealed Pleadings.**  This record is to be sealed for a period of three

days following entry of this Order.

17.    **Expedited Discovery.**    This Court finds that expedited discovery, including depositions, requests for production of documents, and interrogatories is warranted.  Discovery pursuant to Federal Rule of Civil Procedure 26 is authorized to proceed three business days after entry of this Order.  Plaintiffs are permitted to serve written discovery and notice Defendants' depositions immediately after service of process and this Order upon Defendants.

18.    **Further Remedies.**    Notwithstanding anything to the contrary contained in this Order, any party in interest with standing to do so may request, by written motion filed with the Court and with at least five says notice to the other parties, a status conference or any other appropriate relief as to the results of the Receiver's management and liquidation of the Receivership Assets, the necessity or appropriateness of continuing the receivership, or whether any of the terms and conditions of this Order should be amended or modified in any way.

19.    **Effective Date.**  This Order shall be effective at the time of its filing and the Receiver may commence to act thereafter.  This Order shall expire on Thursday, March 27, 2008 at 5:00 p.m.

20.    **Service.**  Copies of this Order may be served by any means, including facsimile upon any financial institution or other entity or person that may have

possession, custody, or control of any documents or assets of any Corporate Defendant or Individual Defendant, or that may otherwise be subject to any provision of this Order. Service upon any branch or office of any financial institution shall effect service upon the entire financial institution.

21. **Continuing Jurisdiction.** This Court shall retain jurisdiction of this matter for all purposes, including amending and enforcing any if the provisions of this order.

22. **Hearing on Plaintiffs' Request for Preliminary Injuction.** Plaintiffs' application for a preliminary injunction is hereby set for a hearing at 3:00 p.m. on Wednesday, March 26, 2008 in Courtroom 1708.

**DONE AND ORDERED** this in the Northern District of Georgia, Atlanta Division, on this 13th day of March, 2008 at 12:05 p.m.

_____

United States District Court Judge

Submitted by:

*Lindsey G Churchill*

Stephen Rakusin, Esq.
Florida Bar No. 183408
rakusins@aol.com
The Rakusin Law Firm,
A Professional Association
2929 E. Commercial Boulevard
Ft. Lauderdale, Florida 33308
(954) 356-0496
(954) 356-0416 (facsimile)
*Pro hac vice admission pending*

HOLLAND & KNIGHT LLP
Alfred B. Adams, III
Georgia Bar No. 002300
al.adams@hklaw.com

Lindsey G. Churchill
Georgia Bar No. 125610
lindsey.churchill@hklaw.com
1201 West Peachtree Street
Suite 2000
Atlanta, Georgia  30309
(404) 817-8500
(404) 881-0470 (facsimile)

Attorneys for Plaintiffs


Copies furnished to:
Alfred Adams, Esq.
Stephen Rakusin, Esq.

# 5186936_v3



ORIGINAL

MAR 1 3 2008

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ROBBIE S. JOHNSON, an individual, ROBBIE S.  )
JOHNSON, as Trustee of the ROBBIE S.  )
JOHNSON REVOCABLE TRUST, a Florida trust,  )
and ROBBIE S. JOHNSON as Trustee of the  )
LORRAINE WAGMAN REVOCABLE TRUST, a  )   Civil   Action   File   No.
Florida trust,  )
 )
          Plaintiffs,  )   **1:08-CV-0945**
 )
v.  )   *TCR*
 )
 )
MITCHELL ALAN GROSS, a/k/a MITCHELL  )
GRAHAM, a/k/a MICHAEL JOHNSON,   a/k/a  )
THE   MERRILL   COMPANY,   a/k/a   THE  )
MERRILL COMPANY, LLC, a/k/a MAJESTIC  )
MANAGEMENT, LLC, 5th Ring Enterprises  )
LIMITED PARTNERSHIP, an Alaskan Limited  )
Liability Company, DEBRA L. GROSS, an  )
individual, and Douglas Gross, an individual,  )
 )
 )
          Defendants.  )

## <u>VERIFIED COMPLAINT</u>

COMES NOW, the Plaintiffs, Robbie S. Johnson ("Johnson"), Individually,

Robbie S. Johnson as Trustee of the Robbie S. Johnson Revocable Trust, and

Robbie S. Johnson as Trustee of the Lorraine Wagman Revocable Trust,

(collectively, "Plaintiffs") and hereby file this action against Defendants, Mitchell

Alan Gross ("Defendant" or "Gross"), a/k/a Mitchell Graham, a/k/a Michael

1

Johnson, ("Gross Aliases") a/k/a The Merrill Company, a/k/a The Merrill

Company, LLC, a/k/a Majestic Management, LLC, ("Gross Alter Egos"), 5TH Ring

Enterprises Limited Partnership, ("5th Ring Enterprises") an Alaskan Limited

Partnership, Debra L. Gross, and Douglas Gross, and in support thereof states as

follows:

## **INTRODUCTION**

1.      This action concerns the fraudulent scam envisioned, organized, and

carried out by Defendant Mitchell Gross.  Gross set out to convince Plaintiff

Johnson to invest over $2.5 million—her life savings and trust funds—with a

brokerage firm and broker who turned out to be nothing more than an alter ego and

alias of Gross himself.  Gross manufactured a brokerage firm masquerading as a

division of Merrill Lynch, Inc., and along with it an office, phone number, account

statement, tax documents, and correspondence from the SEC.  Ms. Johnson

ultimately discovered the deception and seeks the return of her money and other

damages from Gross.  The assets in question are primarily monetary and therefore,

easily hidden and transferred.  Accordingly, because of the high risk that Gross

will attempt to shield the assets from discovery or judgment, Ms. Johnson seeks the

immediate appointment of a receiver to locate and protect the assets during this

action.     Finally, Ms. Johnson seeks injunctive relief restraining Gross from

transferring or otherwise dissipating the assets in question and from interfering with the Court-appointed receiver.

## THE PLAINTIFFS

2. At all times material hereto, Plaintiff Johnson is an individual citizen residing in Wellington, Palm Beach County, Florida and is in all other respects *sui juris*.

3. At all material times hereto, Johnson serves as Trustee of the Robbie S. Johnson Revocable Trust, which is a Florida Trust, organized and created under the Laws of the State of Florida and is in all other respect *sui juris*.

4. At all material times hereto, Johnson serves as Trustee of the Lorraine Wagman Revocable Trust, which is a Florida trust, organized and created under the laws of the State of Florida and is in all other respect *sui juris*.

## THE DEFENDANTS

### Mitchell Alan Gross

5. At all times material hereto, Defendant Gross is an individual residing in Marietta, Cobb County, Georgia and is, in all other respects *sui juris*. Gross uses the aliases Mitchell Graham and Michael Johnson and is engaged in business using the unauthorized fictitious names The Merrill Company, the Merrill Company, LLC, and Majestic Management, LLC.

3

## The Merrill Company

6.      Gross also does business under the fictitious names, "The Merrill Company", "Merrill Co." and "Merrill Company, LLC" (hereinafter collectively referred to as "The Merrill Company"). None of these entities have been legally formed as Corporations, Partnerships or as Limited Liability Companies. Defendant Gross has failed to file these fictitious names even though he uses them to perpetuate fraudulent schemes. In the alternative, as to The Merrill Company, to the extent it has an actual corporate existence, it was created, organized, formed, acquired or maintained by Gross for an improper purpose. At all times material hereto, Gross participated in, assisted in, supervised, guided and totally controlled The Merrill Company, in its decision making, financing and other affairs. It was the "alter ego" of Gross and was dominated, controlled and supervised by Gross to such a degree that it had no independent ability to function. The Merrill Company has been directed and used by Gross to evade creditors and to engage in the improper and fraudulent business practices as is more fully alleged herein.

## 5th Ring Enterprises Limited Partnership

7.      At all material times hereto, the Defendant, 5th Ring Enterprises Limited Partnership, ("5th Ring Enterprises") is an Alaskan Limited Partnership and is organized and existing under the laws of the State of Alaska, and

purportedly has its principal place of business in Juneau County, Alaska.

8.    Upon information and belief, 5th Ring Enterprises is in law and in fact the alter ego of Gross and conducts its business operations in Cobb County, Georgia.

9.    Upon information and belief, 5th Ring Enterprises was created, organized, formed, acquired or maintained by Gross for an improper purpose, including, but not limited to, evading his creditors and providing a conduit by which he could channel and gain access to improperly obtained funds.  Upon information and belief, Defendant Gross manages the company and controls all administrative, business and financial decisions of the partnership despite his claims that 5th Ring Enterprises is owned by his former wife, Deborah Gross. Furthermore, upon information and belief, Gross participated in, assisted in, supervised, guided and totally controlled 5th Ring Enterprises in its decision making, financing and other affairs.

### Majestic Management, LLC

10.    At all material times hereto, Defendant Gross used the unauthorized, fictitious name Majestic Management, LLC. In the alternative, to the extent it has a legal existence, it is the alter ego of Gross and conducts its business operations in Cobb County, Georgia.  Majestic Management, LLC, was created, organized,

formed, acquired or maintained by Defendant Gross for an improper purpose. At all times material hereto, Defendant Gross participated in, assisted in, supervised, guided and totally controlled Majestic Management, LLC, in its decision making, financing and other affairs. This shell company is the alter ego of Defendant Gross or was dominated, controlled and supervised by him, to such a degree, that it had no independent ability to function. Majestic Management, LLC, has been operated and used by Gross to evade creditors and to engage in improper business conduct. Upon information and belief, Gross is actually the managing member and maintains control of all administrative, business and financial decisions of the company despite his claims that Majestic Management is owned by his former wife, Deborah Gross,. Majestic Management, LLC, was created by Gross for entirely self-serving purposes.

### Deborah L. Gross

11.    Deborah L. Gross is an individual residing in Woodstock, Cherokee County, Georgia and is in all other respects, *sui juris*.

12.    Deborah L. Gross is a defendant to this action to the extent she is a fraudulent transferee of funds improperly obtained by Defendant Gross, his aliases, or alter ego entities. Alternatively, Deborah Gross is a defendant to this action to the extent she acted as a co-conspirator with Gross.

6

### Douglas Gross

13.    Douglas Gross is an individual residing in DeKalb County, Georgia and is in all other respects, *sui juris*.

14.    Douglas Gross is a defendant to this action to the extent he is a fraudulent transferee of funds improperly obtained by Defendant Gross, his aliases, or alter ego entities.

### JURISDICTION AND VENUE
### NORTHERN DISTRICT OF GEORGIA

15.    All the causes of action described herein arose in this jurisdiction and the individual Defendants either reside in or conduct business in this jurisdiction, and at all times material to the causes of action, set forth in this Complaint. The Northern District of Georgia has jurisdiction over Plaintiffs' claims and the subject matter of this cause of action and the parties set forth herein pursuant to 28 U.S.C. § 1332 (diversity jurisdiction). There is complete diversity of citizenship between all the Plaintiffs and all the Defendants in this matter. As will be more fully explained below, the amount in dispute exceeds the sum of value of ($75,000), exclusive of interest and costs.

16.    The Northern District of Georgia is the appropriate venue and has jurisdiction over each of the Defendants pursuant to 28 U.S.C. § 1391(b)(2)

7

because a "substantial part of the events or omissions giving rise to the claim(s) occurred" in this district. Service of process on and personal jurisdiction over the Defendants are authorized pursuant to O.C.G.A. § 9-10-91 because the Defendants have either transacted business in this jurisdiction, have committed a tortious injury in this jurisdiction, or have committed a tortious injury in this jurisdiction caused by an act or omission outside this jurisdiction and regularly do or solicit business in this jurisdiction or derive substantial revenue from goods used or consumed or services rendered in this jurisdiction. Venue is proper in this jurisdiction as to each of the Defendants, for the following reasons:

(a)    Gross is a resident of Cobb County, Georgia, and is otherwise *sui juris*;

(b)    Mitchell Graham is the alter ego of Gross, who is a resident of Cobb County, Georgia;

(c)    Michael Johnson is the alter ego of Gross, who is a resident of Cobb County, Georgia;

(d)    The Merrill Company is the alter ego of Gross, who is a resident of Cobb County, Georgia;

(e)    The Merrill Company, LLC, is the alter ego of Gross, who is a resident of Cobb County, Georgia;

8

(f)    Majestic Management, LLC, is the alter ego of Gross, who is a resident of Cobb County, Georgia;

(g)    As to Defendant 5th Ring Enterprises, this Court has jurisdiction because it is the alter ego of Gross who is a resident of Cobb County, Georgia.

(h)    As to Defendant Deborah L. Gross, this Court has jurisdiction because she is a resident of Woodstock, Cherokee County, Georgia;

(i)    As to Defendant Douglas Gross, this Court has jurisdiction because he is a resident of DeKalb County Georgia;

## FACTS

17.    On or about June 11, 2006, Johnson met Gross online through an internet dating service known as "Jdate". Jdate is an internet dating service primarily for Jewish singles who are searching for a potential partner who exclusively practices the Jewish faith. After a brief introduction, Plaintiff Johnson and Gross chatted online for several hours, then engaged in a lengthy telephone conversation throughout the evening of June 11, 2006. Johnson conversed with Gross while at her home in Wellington, Palm Beach County, Florida.

18.    At all times referred hereto, Johnson was financially independent with adult children. She owned her own realty company in the City of Wellington, Palm Beach County, Florida, and owned her own home. She shared her

background with Gross.

19.    On or about June 14, 2006, Gross flew into the Fort Lauderdale Airport where Johnson picked him up so that the two could spend time together..

20.    While in Florida, Defendant Gross represented to Johnson that he was a well-known author of science fiction murder mysteries and because of his success, had contracted with HarperCollins Publishers to write a "trilogy."

21.    Gross retains copyrights, royalty rights, contract rights and licensing rights in the following literary texts: "The Ancient Legacy," "The Emerald Cavern," "The Fifth Ring," and "Majestic Descending." Gross is in the process of writing and publishing "Dead Docket" and "Stone Mountain," mysteries with similar lead characters as "Majestic Descending."

22.    Gross, however, falsely represented to Plaintiff that Steven Spielberg had optioned his trilogy of murder mysteries and that filming and production had begun with Pierce Brosnan, Alan Rickman, Josh Hartnett and Kirsten Dunst starring in the films.   These statements were patently untrue. Defendant also represented that Majestic Descending had been optioned by Locke-Cherokee Productions and would star Bruce Willis and Diane Lane.

23.    Starting on or about June 11, 2006, and continuing throughout the duration of their relationship, Gross falsely represented to Johnson that he attended

10

law school in the State of Texas, worked for a large law firm, practiced in Florida and Texas, and ultimately became a judge in Orlando, Florida.  Gross falsely represented to Johnson that he is still occasionally a practicing attorney in the State of Georgia.  This statement is also patently untrue.  Unbeknownst to Johnson, Gross was not an attorney or a judge in the State of Florida or Texas.  Gross at one time was licensed in the State of Georgia but was subsequently disbarred for intentional misconduct, including, but not limited to, embezzling client funds.  Gross also concealed from Johnson that he was a convicted felon, having been arrested and charged in 2000 for forgery and insurance fraud in Georgia.

24.    Additionally, Gross represented to Johnson that after 20 years of practicing law, he decided to attend the University of Miami and obtain a PhD in "Neuropsychology".  This statement was also patently false.  Gross never attended the University of Miami or any of its affiliates.  Gross also claimed that he worked as a consultant for a hospital in Kennesaw, Georgia; however, Gross has never been licensed to practice psychology in Georgia or any other state.

25.    As part of his fraudulent scheme, Gross told Johnson that he was independently wealthy and financially secure, and that a licensed stock broker, Michael Johnson, had successfully invested his funds with a subsidiary of Merrill Lynch.  Additionally, he informed Plaintiff that Michael Johnson only handled a

11

few select clients and that he was a financial planner who worked with investing funds of large pension plans for famous actors and actresses. Unbeknownst to Johnson, Gross created "Michael Johnson" out of thin air and intended, through fraud, deceit, false pretenses, artifice and conversion, to deprive Plaintiff of the funds in her brokerage accounts and those held in trusts for which she served as the trustee.

26.    Gross falsely represented to Johnson that he felt like he had known her forever, and was really taken with her since meeting on Jdate. Both agreed to delete their profiles on Jdate. Gross even discussed with Johnson the possibility of living together and told her that he was willing to live in Wellington, Florida, where Johnson resides. Gross falsely stated to Johnson that he felt they would be together forever and eventually get married. Johnson and Gross began dating exclusively. They became paramours.

27.    Thereafter, Gross falsely expressed his love for Johnson on a daily basis.

28.    Johnson fell in love with Defendant, as was his plan, unaware of his criminal and sinister past. The "romance" between Johnson and Gross blossomed, as planned by the Defendant.

29.    In furtherance of his fraudulent scheme, Gross traveled with Johnson

12

on numerous "lavish" vacations to places such as Japan, Brazil and Panama. They also celebrated major holidays together and often included family members in their social events and trips.

30.    Gross introduced Johnson to his mother, his son Douglas Gross, and several close friends; and Johnson hosted a meet "Mitch" party with many of her friends.

31.    Moreover, Gross continuously told Johnson that he intended to live with her and to marry her. Believing these lies, Johnson renovated her Wellington, Florida home to fit Gross's needs by remodeling her son's bedroom into an office.

32.    Johnson was unaware that Gross had devised a scheme to convert the assets and income of Plaintiff, and obtain unfettered control of her investment funds.

33.    Gross embarked on a fraudulent scheme to obtain, by false pretenses, fraud, deceit, and artifice, the investment funds owned by Johnson and the trusts on which she served as trustee. In furtherance of the scheme to defraud Plaintiffs, Gross set up a fictional brokerage entity which was purportedly part of the Merrill Lynch brokerage firm.

34.    In 2006, Gross created his alter ego "Michael Johnson", and The Merrill Company out of thin air. Through these fictitious entities, Gross began

soliciting investments from Johnson. In 2006, Gross suggested to Johnson that she invest her funds and the funds of the aforementioned trusts with an investment capital management firm called "The Merrill Company" through an investment broker named Michael Johnson.

35.    After Plaintiff spoke with Michael Johnson and commented on her trouble understanding him, Gross told Plaintiff that Michael Johnson had been diagnosed with throat cancer and had undergone a laryngectomy. Johnson spoke as if he used the aid of a mechanical voice box. In addition, Gross falsely represented to Johnson that Michael Johnson works and conducts his investment services for Merrill Lynch and The Merrill Company in the State of California. Based on the perceived distance between the parties, Johnson never personally met Michael Johnson. Instead, she conducted her busienss with "Michael Johnson" over the phone.

36.    In order to induce Plaintiffs to invest, Gross fraudulently represented to Plaintiffs that Michael Johnson, his broker, worked with large pension funds and persons in the movie industry. Furthermore, Gross falsely stated that Michael Johnson served on Four President's Economic Advisory Councils. All of these statements were patently untrue.

37.    Gross falsely represented to Johnson that his broker Michael Johnson,

worked with a special AT&T Bond program that would provide a profitable return on her investment. Gross falsely represented to Johnson that the AT&T Bond program was a safe and appropriate investment for what represented a substantial percentage of the Plaintiffs' nest egg. These statements were also untrue.

38.    Beginning in June of 2006, at the recommendation of Gross, Johnson spoke with Michael Johnson on the phone. At that time, based entirely on Gross' lies, she believed that Michael Johnson was a stock broker and financial advisor, based out of California, who managed a Merrill Lynch subsidiary. To lend credence to the fictitious reality that he had so carefully authored, Gross provided Plaintiff with Michael Johnson's phone number, which conveniently had a 310 area code (California), so that she could contact him. Unbeknownst to Plaintiff, the California phone number was really a pre-paid telephone card.

39.    Eventually, Plaintiff retained Michael Johnson, who confirmed that he was a broker with a Merrill Lynch subsidiary and promised that he would personally manage her investment accounts. Notably, Michael Johnson spoke with the aid of a mechanical device during all of their phone conversations.

40.    As part of the fraudulent scheme, Gross falsely represented to Plaintiff that The Merrill Company was a Division of the nationally known investment brokerage firm Merrill Lynch. This representation was false, fraudulent and

untrue.  Merrill Lynch is not and has never been affiliated with Defendant's fictitious company, The Merrill Company, or any other of Defendant's fictional or real entities.  Gross falsely represented to Plaintiffs that The Merrill Company is a subsidiary of Merrill Lynch, and has a business office located at 3525 Piedmont Center, 7 Piedmont Center, Suite 300, Atlanta, GA 30305.  This statement is false, fraudulent and untrue.  This location does not contain a Merrill Lynch office.  It is not the location of a legitimate investment firm.

41.    Gross, with his aliases and alter egos, created The Merrill Company with phony addresses and phone numbers.  He made false representations to Johnson about The Merrill Company.  Unbeknownst to Johnson, Gross created bank and brokerage accounts in Atlanta, Georgia for the fictitious Merrill Company entity.  Gross planned to have monies and funds of Johnson deposited in the accounts created for the fictitious brokerage company.  In fact, Gross, by and through his alter ego "Michael Johnson and The Merrill Company, had no professional relationships with investment banks; and Plaintiffs' investment funds were not being professionally managed as represented to Plaintiff.

42.    In reality, The Merrill Company's principal is Gross, who has no experience or licenses in financial management, brokerage or investing funds.  Gross intentionally created false brokerage accounts and account values which had

16

no basis in reality.

43. Gross and the purported Merrill Company were not properly registered with the State of Florida, State of Georgia, the Securities and Exchange Commission, or any other regulatory body to solicit or manage client investment funds. In reality, The Merrill Company's sole employee is Michael Johnson, Gross's fictitious stock broker.

44. As a direct and proximate result of the false and fraudulent misrepresentations of Gross and Michael Johnson, Plaintiffs were induced to invest in excess of Two and One Half Million Dollars ($2,500,000.00) commencing in 2006. Plaintiffs transferred in excess of Two and One Half Million Dollars ($2,500,000.00) to a phony Merrill Company account in Atlanta, Georgia at Bank of America. The bulk of the transfers occurred between June of 2006 and February of 2007.

45. Johnson was induced by fraudulent representations made by Gross to wire in excess of Two and One Half Million Dollars ($2,500,000.00) to The Merrill Company to be managed by Michael Johnson. Johnson was led to reasonably believe that she had invested almost 2.7 Million Dollars in The Merrill Company, by and through the broker Michael Johnson. But Michael Johnson and the Merrill Company do not actually exist.

17

46.    Unbeknownst to Plaintiffs, Gross treated the assets of the entities as though they were his own property, with no attempt or intention to safeguard the assets or capital of Plaintiffs' investment. Gross exercised complete dominion and control of Plaintiffs' investment funds. At all times material hereto, Gross intended to use the Plaintiffs' monies for his own personal benefit.

47.    From 2006 and thereafter, Gross, acting through fictitious entities Michael Johnson and The Merrill Company, perpetuated and concealed his fraudulent scheme to convert in excess of $2.5 Million Dollars from the Plaintiffs.

48.    The specific acts of fraud included intentional publication of fictional and inflated account statements and financial information relating to the performance of the foregoing business entities. Gross, through the Merrill Company and Michael Johnson, provided Plaintiff with statements giving the appearance of authorized Merrill Lynch account statements. True and correct copies of the fraudulent statements provided to Plaintiffs are attached hereto as Exhibit "A." Gross utilized these false, deceptive and fraudulent account statements to keep Plaintiffs from discovering his fraudulent scheme. Acting as Michael Johnson, Gross fraudulently prepared account statements which reported gains and transactions to Johnson and to the Trust Plaintiffs. In furtherance of his fraudulent scheme, Gross repeatedly misrepresented to Johnson the true conditions

and whereabouts of her monies and funds.

49.    Gross obtained monies from Plaintiffs by fraud, diverted and channeled the funds into his shell companies, and then commingled the funds with his own  .At all times following Plaintiffs' transfer of funds to the Merrill Company, Gross was in complete and absolute control of Plaintiffs' money.  Gross did not use any of the funds herein for any legitimate purposes.  Instead, Defendant commingled Plaintiffs' funds with his own and used them for his own personal benefit and at his sole discretion.

50.    Michael Johnson falsely reported  to Plaintiff that because he was in a special division of Merrill Lynch, his monthly reports had to be manually prepared. As Michael Johnson, Gross forged account statements which were provided to Johnson.

51.    However, as a result of a request by Johnson to Michael Johnson for some of the funds in her brokerage account, on or about March 8, 2007, Gross wired funds in the amount of Twenty Thousand Two Hundred Twenty Five Dollars ($20,225.00) from Bank of America N.A. to Plaintiffs' Fidelity Investments brokerage Account No. 475-47981, Bank Transfer # 003255969364. The Bank of America account (no. 003255969364) was titled "Mitchell Gross d/b/a The Merrill Co.," evidencing Gross's fraud.  At the time of the transfer,

19

Plaintiff was unaware of the real source of the wire transfer funds. Only after learning of the scam did Johnson request a copy of the wire details from her bank. A true and correct copy of the subsequently obtained wire transfer information is attached hereto and made a part hereof as Exhibit "B."

52.    Further, on or about March 13, 2007, Gross wired funds in the amount of Four Hundred Thousand Dollars ($400,000.00) from an account titled Bank of America N.A. (003255969364) Mitchell Gross d/b/a The Merrill Co. to Plaintiffs' Fidelity Investments brokerage Account No. 475-47981, Bank Transfer #0599309072FF. Only after learning of the scam did Johnson request a copy of the wire details from her bank which evidenced that The Merrill Company was actually an entity controlled by Mitchell Gross. A true and correct copy of the subsequently obtained wire transfer advice is attached hereto and made a part hereof as Exhibit "B."

53.    The receipt of these funds from the Merrill Company and Michael Johnson reinforced Plaintiffs belief that they had invested monies with a reputable and long established brokerage company. True and correct copies of the forged letters from the fictitious broker Michael Johnson to Plaintiff dated March 22, 2007 and March 23, 2007, are attached hereto and made a part hereof as Plaintiffs' Exhibit "C."

54.    Gross fraudulently represented to Plaintiff that her funds were being used for bona fide brokerage investment purposes only and in her best interests, when ultimately, they were being used for his own personal use and/or benefit and to her detriment. These representations were fraudulent, false, and untrue.  The statements were made to the Plaintiffs in order to induce them to invest their assets with the fictitious entities created by Defendant.  Plaintiffs reasonably relied on these false and untrue statements to their determent.  As such, Johnson reasonably relied upon the fraudulent misrepresentations by Gross to her detriment when she sent her funds to the Merrill Company and Michael Johnson.

55.    In order to further conceal the fraud perpetrated on Plaintiffs, on or about April 30, 2007, Gross and the fictitious Michael Johnson provided Plaintiffs with a letter purportedly from Mr. Schaffer of the Security and Exchange Commission. It stated in pertinent part, that as to the Merrill Company:

> The Merrill Company has been in business for over sixty years and during this time only three Complaints have ever been filed against it all of which were resolved in its favor.  In the mid 1960's and again in the early 1980's both of its divisions were acquired by Merrill Lynch Pierce Fenner and Smith, Inc., of New York State. Michael Johnson himself, has testified before the U.S. Congress in at least six (6) separate occasions, not only for this agency but for the Justice Department as well.  In addition, he has been a senior member of the Council of Economic Advisors to four (4) President's and enjoys

21

tremendous respect within the industry.

A true and correct copy of the letter, together with the attachments, are attached hereto as Exhibits "D" and "E," respectively. The letter is a forgery fabricated by Gross. Plaintiffs were deceived and then defrauded as a direct and proximate result of these false representations.

56.    The Plaintiffs have not made any demands for the return of their funds or money since such a demand would be futile. Furthermore, to make such a demand would tip off Gross that Plaintiffs have discovered his nefarious scheme and create an unconscionable and unreasonable risk that Defendant would further conceal or transfer Plaintiff's money or abscond or flee.

57.    All conditions precedent to be performed by Plaintiffs in order to receive the relief herein requested have been performed, have occurred or have been waived or are excused; and all the required notices have been given, excused or waived.

58.    After obtaining the Plaintiffs' funds, Gross began making false excuses not to spend time with Johnson, and further delayed moving in together. However, he continued to intentionally mislead the Plaintiff Robbie S. Johnson into believing that their "love" was unconditional and pure. For example, Gross falsely represented to Johnson that he had made her a beneficiary of a trust that

holds title to the home in which he lives in Marietta, Cobb County, Georgia. This representation was false, fraudulent and untrue.

59.    For all times material hereto, Gross was aware that if his fraudulent scheme was discovered, it would jeopardize his earnings and income from his successful book publications, valuable copyrights, licensing rights, and royalty contracts. All of these assets were potentially at risk of seizure by Plaintiffs and other creditors.

60.    On or about October 17, 2006, Gross created 5th Ring Enterprises for the improper purpose of secreting, defrauding, delaying, and hindering any creditors, including Plaintiffs, from seizing the book rights, copyrights, contract rights, income and assets to satisfy the Defendant's obligations to them. Upon information and belief, Defendant Gross is actually the creator and manager of 5th Ring Enterprises despite his claim that his former wife, Deborah Gross, organized the company. Upon information and belief, Deborah Gross is unknowingly involved, or alternatively, is intentionally involved as a co-conspirator or fraudulent transferee.

61.    On or about October 2006, Gross created Majestic Management, LLC, for the purpose of secreting defrauding, delaying and hindering any creditor, including Plaintiffs, from seizing the book rights, copyrights, contract rights,

23

income and assets to satisfy the Defendants' obligations to them.

## COUNT ONE

### (Appointment of a Receiver – Defendant Mitchell Gross)

62.     Plaintiffs hereby incorporate and reallege paragraphs 1 through 61 as if fully set forth herein.

63.     Plaintiffs seek the appointment of a receiver to locate and preserve the monies, funds, and property of Plaintiffs that is wrongfully in the possession of Gross, his alter egos and aliases, or held by banks, brokerage companies, and other financial institutions.

64.     The appointment of a receiver is necessary and proper due to the presence of fraudulent activity and the imminent danger that Plaintiffs' property will be forever lost or diminished in value if a receiver is not appointed.

65.     The appointment of a receiver is necessary and proper because Plaintiffs' legal remedies are inadequate and a less severe equitable remedy does not effectively exist because Defendant Gross will likely violate any restraining order and, upon notice of this suit, take immediate steps to shield his improperly gained assets from judgment.

66.     WHEREFORE, Plaintiffs respectfully request that the Court appoint a receiver in accordance with Plaintiffs' proposed Order attached to their Motion for

*Ex Parte* Appointment of a Receiver and Injunctive Relief.

## COUNT TWO

### (Injunctive Relief to Complement the Appointment of Receiver – Defendant Mitchell Gross)

67.    Plaintiffs hereby incorporate and reallege paragraphs 1 through 61 as if fully set forth herein.

68.    Plaintiffs seek the entry of a Temporary Restraining Order, and thereafter, as soon as the cause may be heard, a Preliminary Injunction and Permanent Injunction restraining and preventing Defendant Gross from engaging in acts that violate his statutory, common law, and equitable duties to Plaintiffs.

69.    Plaintiffs are suffering and will continue to suffer irreparable harm in the form of the complete dissipation of their monies and funds due to Gross' theft, conversion, fraud, and misrepresentations if the injunction is not ordered.

70.    The harm resulting to Plaintiffs if the requested relief is denied outweighs the potential harm to Gross if the relief is granted.

71.    There is a substantial likelihood that Plaintiffs will prevail on the merits of the case.

72.    The public interest is served by the entry of the requested injunctive relief.

73.    Plaintiffs request temporary, preliminary, and permanent injunctive relief in the form of an order (i) prohibiting Gross from interfering with the duties and responsibilities of the Court-appointed receiver; (ii) prohibiting Gross from engaging in any acts that violate his statutory, common law, and equitable duties to Plaintiffs; and (iii) prohibiting him from transferring, spending, accessing, or otherwise dissipating the funds that rightfully belong to Plaintiffs.

## COUNT THREE

### (Fraud in the Inducement – Defendant Mitchell Gross)

74.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

75.    Commencing in 2006 and continuing thereafter, by false pretenses, fraud, trick and artifice Gross induced Plaintiffs to transfer monies and funds to his fictitious entities.    Plaintiff placed trust and confidence in Defendant when she wired funds constituting the majority of her liquid net worth and that of the Trust Plaintiffs to The Merrill Company in excess of $2.5 million dollars.

76.    Gross, by and through his fictitious alter egos and aliases, The Merrill Company and Michael Johnson, was motivated to engage in this fraudulent conduct because the Defendant financed an extravagant lifestyle for himself from the proceeds of the illegal activity.

26

77.    In Defendant's fraudulent representations to Plaintiffs, more fully described in paragraphs 22 through 40 above, Defendant Gross willfully, deliberately and intentionally made false and fraudulent statements of material facts to Plaintiffs to fraudulently induce Plaintiffs to part with more than $2.5 million dollars and to place them for investments with the fictitious persons and entities created by Gross.  Gross made the various fraudulent and false statements and this representation to Johnson, which induced her to send funds to fictitious entities with the belief that such funds were being used for practical investment purposes, for the benefit of Plaintiffs.  Plaintiffs reasonably and justifiably relied upon the statements and representations made by Gross.  Those statements and representations were false and fraudulent when made.   Defendant Gross's misrepresentations were designed to cause and actually caused and induced detrimental reliance on the part of the Plaintiffs.

78.    As a direct and proximate result of Defendant Gross's fraudulent representations, Plaintiffs have suffered damages, including but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns  (which relied on false information provided to the Plaintiffs by the fictitious entities the Gross);

(e)    costs of recovery of the investment monies;

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

79.    Gross, by and through his fictitious alter ego and aliases The Merrill Company and Michael Johnson, acted intentionally and with deliberate recklessness in that he knew that Plaintiffs' funds were not being used for investment purposes, and that the statements disseminated to Plaintiffs were false when made.  Gross knowingly and deliberately, with malicious intent, grossly deceived and defrauded Plaintiffs.  Gross made such statements and representations willfully, wantonly, intentionally and with reckless disregard for the rights of Plaintiffs with knowledge that the statements were false, and with knowledge that Plaintiffs would rely on them.

80.    As a further direct and proximate result of Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

81.    The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the

services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

82.     WHEREFORE, Johnson, and the Trust Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT FOUR

### (Fraudulent Misrepresentation – Defendant Mitchell Gross)

83.     The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as is fully set forth herein.

84.     By deceit, fraud, trick and artifice, Gross made the fraudulent misrepresentations, more specifically referenced in paragraphs 22 through 55 herein, in order to wrongfully and fraudulently obtain and use the funds of the Plaintiffs, and thereafter, to continue to wrongfully use the funds which were then retained for his own personal use and benefit. At all times material hereto, when Gross made the false and fraudulent representations, he knew that the scheme was to intentionally defraud Plaintiffs. He was without any reasonable grounds to believe that these misrepresentations were true.

85.     Gross, together with his fictitious entities, knowingly misrepresented

to Johnson that her funds were being used for legitimate investment purposes with a reputable brokerage firm. Yet, Gross knowingly represented to Plaintiff that their funds were being invested for their benefit. Johnson and the Trust Plaintiffs reasonably relied upon these material misrepresentations and unknowingly sent Gross the sum of $2.5 million dollars for what was believed to be investment purposes. Plaintiff Johnson was without knowledge of the truth and reasonably relied to her detriment upon the representations of Gross.

86. Gross made further fraudulent representation in order to conceal the fraudulent scheme and to keep Plaintiffs from discovering it. These fraudulent misrepresentations are more specifically described in paragraphs 22 through 55 and above.

87. As a direct and proximate result of the Defendant's fraudulent representations, Plaintiffs have suffered damages, including, but not limited to:

(a) loss of the investment monies, which exceeds $2.5 million dollars;

(b) loss of use of the invested monies;

(c) loss of interest of the invested monies;

(d) tax penalties and tax return preparation expenses for amending previously filed tax returns which relied on false information provided to the

Plaintiffs by the fictitious entities of Gross;

      (e)    costs of recovery of the investment monies;

      (f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

88.    Gross knowingly and deliberately, with malicious intent, defrauded the Plaintiffs into believing that her funds were properly invested with a reputable brokerage firm. Gross made these fraudulent representations to Plaintiffs willfully, wantonly and intentionally without regard for the truth and in reckless disregard of the rights of Plaintiffs.

89.    As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

90.    The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

91.    WHEREFORE, Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT FIVE

### (Negligent Misrepresentation – Defendant Mitchell Gross)

92.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

93.    As previously alleged in paragraphs 22 through 55 above, Gross made a number of misrepresentations to Plaintiffs.  The Defendants also omitted material facts when dealing with Plaintiff.  With regard to the misrepresentations, Gross and by and through his fictitious alter ego, The Merrill Company and Michael Johnson, were without knowledge as to whether the representations were true and made such representations without knowledge as to their truth or falsity.

94.    Gross, together with his aliases and alter egos The Merrill Company and Michael Johnson, intended that such material misrepresentations induce the Plaintiffs, Robbie S. Johnson, and the Trust Plaintiffs, to act on them and invest funds with his fictitious entities.

95.    As a direct and proximate result of the Defendant's negligent misrepresentations, Plaintiffs have suffered damages, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies;

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

96.    As a further and proximate result of the Defendant's intentional, negligent and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

97.    The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

98.    WHEREFORE, Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT SIX

### (Rescission, Equitable Lien, Constructive Trust)

99.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as is fully set forth herein.

100.   As a result of the deceit fraud, trick, artifice and scheme perpetrated upon Plaintiffs by Gross as was more fully specified in paragraphs 22 through 55 herein, Plaintiffs are entitled to rescind, vacate and set aside the oral brokerage agreement by which Plaintiffs agreed to provide monies and funds to the Merrill Company (as a purported part of Merrill Lynch), to invest the funds of Plaintiffs and to pay commissions and fees as to customary in the brokerage business.

101.   Plaintiffs have no adequate remedy at law.

102.   Gross is insolvent and unable to pay his bills in the ordinary course of business.

103.   As a direct and proximate result of the Defendant's fraudulent representations, Plaintiffs have suffered damages, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns  (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies;

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

104.  Gross individually, and in the names of his fictitious entities, such as The Merrill Company, The Merrill Company, LLC, and Majestic Management, LLC, together with 5th Ring Enterprises Limited Partnership holds moneys, funds and assets of Plaintiffs in bank accounts and brokerage accounts at Bank of America, N.A., Bank of America Corporation, and Wachovia Securities, L.L.C. Plaintiffs are entitled to impose a constructive trust on all such monies, funds and assets held at Bank of America, N.A., Bank of America Corporation, and Wachovia Securities, L.L.C, since they are held in trust for the benefit of Plaintiffs. Alternatively, Plaintiffs are entitled to impose an equitable lien on the monies, funds and assets held at Bank of America, N.A., Bank of America Corporation, and Wachovia Securities, L.L.C.

105.  As a further and proximate result of the intentional and fraudulent misconduct of Gross and as a result, Plaintiffs are entitled to punitive damages in

this action.

106. The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

107. WHEREFORE, Plaintiffs request:

(a)   that this Court enter judgment rescinding the oral agreements between Plaintiffs and the fictitious entities and declaring them to be null and void and of no force and effect;

(b)   that this Court compel Gross and 5th Ring Enterprises to return and turn over to Plaintiffs all monies, funds and assets fraudulently taken from them;

(c)   that the Court impose a constructive trust in favor of Plaintiffs on all monies, funds, and assets, in the name of Gross or in the name of fictitious entities, The Merrill Company, The Merrill Company, LLC., Majestic Management, L.L.C., or held by 5th Ring Enterprises, at Bank of America, N.A., Bank of America Corporation, and Wachovia Securities, L.L.C., or at any other such place, bank or brokerage institution at which they are held;

(d)   that the Court impose a constructive trust in favor of Plaintiffs

36

on all monies, funds and assets, in the name of Gross or in the name of fictitious entities, The Merrill Company, The Merrill Company, LLC, Majestic Management, L.L.C., or held by 5th Ring Enterprises Limited Partnership, at Bank of America, N.A., Bank of America Corporation or and Wachovia Securities, L.L.C., or at any other such place, bank or brokerage institution at which they are held;

(e)    that this Court enter judgment in favor of Plaintiffs against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees; and

(f)    enter such other and further relief this Court deems just and proper.

## COUNT SEVEN

**(Tortious Civil Conspiracy – Defendant Mitchell Gross 5th Ring Enterprises Limited Partnership, and Deborah L. Gross)**

108.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 107 above as is fully set forth herein.

109.    At all material times hereto, Defendants, Mitchell Alan Gross, 5th Ring Enterprises, and Deborah L. Gross, conspired with each other to defraud the Plaintiffs of their money, funds and property. These actions occurred prior to, during, and after Plaintiffs invested monies, assets, and funds belonging to Johnson

and the Trust Plaintiffs. In addition, the Defendants conspired to keep Plaintiffs from recovering or collecting monies, funds and assets of Gross, which were derived from the fraudulent endeavor, once the fraudulent scheme was uncovered and unraveled. The Defendants' acts, in concert, constituted part of an ongoing conspiracy.

110. The Defendants conspired to defraud Plaintiffs by inducing them to make investments based upon false representations. The Plaintiffs were harmed as a result of the concerted and unlawful activity of the Defendants. In furtherance of the conspiracy, Defendants carried out the following unlawful acts in concert, including, but not limited to:

(a) fraudulently inducing Johnson to invest the bulk of her liquid net worth with a fictitious investment company;

(b) fraudulently inducing Johnson into believing that her monies were being invested and accruing interest or making gains;

(c) fraudulently providing false investment information to Plaintiffs; and

(d) fraudulently depriving Plaintiffs of the use and control of their money, funds and assets.

111. At all times material hereto, Defendants Gross, 5th Ring Enterprises,

38

and Deborah L. Gross carried out the acts referenced in the aforementioned paragraph 1 through 107 with full actual knowledge of the wrongfulness of their conduct and the high probability that they would cause great loss, injury and damage to Plaintiffs.

112.  As a direct and proximate result of the Defendants' tortious conspiracy, Plaintiffs have suffered damages, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies; and

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

113.  As a further and proximate result of the Defendants' intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

114.  The Plaintiffs have retained the undersigned attorneys to represent

them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

115. WHEREFORE, Plaintiffs demand judgment against Defendants Mitchell Alan Gross, 5th Ring Enterprises, and Deborah L. Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT EIGHT

### (Unjust Enrichment – Defendant Mitchell Gross)

116. The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as is fully set forth herein.

117. Gross has been unjustly enriched as a result of the misrepresentations he made to Plaintiffs and his fraudulent investment scheme. As a result, he was able to obtain substantial amounts of Plaintiffs' money.

118. Gross used the funds derived from the fraudulent scheme for his own improper purposes and personal benefit.

119. Gross was actually aware that the Plaintiff was sending her own personal investment funds and that the Defendant would be unjustly enriched or benefit from the fraudulent scheme. Thus, it would be unjust for Gross to retain

the benefits and fraudulent profits received as a result of the fraudulent scheme perpetuated herein upon Johnson, and the Trust Plaintiffs.

120.  As a direct and proximate result of the Defendant's unjust enrichment, Plaintiffs have suffered damages, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies;

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

121.  As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

122.  The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys'

fees and costs.

123.    WHEREFORE, Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT NINE

### (Breach of Fiduciary Duty – Defendant Mitchell Gross)

124.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as is fully set forth herein.

125.    Gross solicited the funds of Plaintiffs by false pretenses, deceit, trick and artifice, falsely representing that the monies, funds and assets were being placed with a brokerage institute that was part of a large and reputable brokerage institution which was going to act as a fiduciary for Plaintiffs. Plaintiffs placed their trust and confidence in the fictitious entities created by Defendant when they deposited the majority of their liquid net worth with The Merrill Company.

126.    Gross, by and through his fictional alter egos, The Merrill Company and Michael Johnson, became a fiduciary and acted as the manager of Plaintiffs' investment funds.  Gross became a fiduciary and trustee of the assets, funds, and monies of Plaintiff with responsibility to manage the accounts and owed a special duty of care to Plaintiffs and was obligated to return those monies, funds and assets

42

to Plaintiffs.

127. Instead, by deceit, false pretenses, trick and artifice, Defendant embezzled Plaintiffs' funds and commingled them with his own or those of his related real and fictional business entities. Gross breached the fiduciary duty he owed to Plaintiffs when he willfully, maliciously, and oppressively misappropriated Plaintiffs' assets for his personal use, causing Plaintiffs certain and extensive damage.

128. As a direct and proximate result of the Defendant's breach of his fiduciary duties, Plaintiffs have suffered damages, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies; and

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

43

129.  In breaching his fiduciary duty, Gross acted willfully, maliciously and aggressively, with an intent to deliberately injure the Plaintiffs.  As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

130.  The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

131.  WHEREFORE, Johnson, and the Trust Plaintiffs, demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT TEN

### (Conversion – Defendant Mitchell Gross)

132.  The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

133.  Gross, by false pretenses, deceit, trick and artifice and through his fictitious entities and persons such as The Merrill Company and Michael Johnson, deprived Plaintiffs of the possession, ownership and control of their monies, funds

and assets.

134.  Gross wrongfully exercised dominion and control over Plaintiffs' monies, funds and assets by engaging in deceitful conduct and converting them for his own improper use.  These acts and conversions were made to assert dominion and control over Plaintiffs' monies, funds and assets by fraudulent means, and to deprive Plaintiffs of their other rights in them.

135.  Defendant's actions are unauthorized and have deprived Plaintiffs of the monies, funds and assets permanently or for an indefinite time.  The Defendant's actions constitute interference with Plaintiffs' legal rights incident to ownership, including the right of possession and use of the monies, funds and assets.  Thus, Gross has committed a wrongful deprivation of Plaintiffs' property.  Defendant, by these unauthorized acts, deprived and continues to deprive, for an indefinite time, the monies, funds and assets belonging to Plaintiffs, including their rights to immediate possession and ownership of investment funds.

136.  At this time, a demand for return of Plaintiffs' monies, funds and assets and property from Gross would be futile, and should therefore be excused.

137.  As a direct and proximate result of the Defendant's willful and wrongful conversion, Plaintiffs have suffered damages, including, but not limited to:

    (a)   loss of the investment monies, which exceeds $2.5 million dollars;

    (b)   loss of use of the invested monies;

    (c)   loss of interest of the invested monies;

    (d)   tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of Gross);

    (e)   costs of recovery of the investment monies; and

    (f)   attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

138.  As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

139.  The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

140.  WHEREFORE, Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

46

## COUNT ELEVEN

### (Negligent Entrustment – Defendant Mitchell Gross)

141.  The Plaintiffs readopt, reallege, and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

142.  Gross, by false pretenses, trick and artifice, solicited funds from Johnson and the Trust Plaintiffs.  They placed their trust and confidence in Gross when they transferred their funds to the Defendant's fictitious brokerage entity.

143.  At the time of their initial investment, Gross was entrusted with Plaintiffs' funds and, with respect to said funds, acted in negligent manner.

144.  Gross owed a duty to Plaintiffs to handle their monies by exercising reasonable care.  Gross breached these duties owed to Plaintiffs.

145.  As a direct and proximate result of the Defendant's negligence, Plaintiffs have suffered damages, including, but not limited to:

　　　　(a)　　loss of the investment monies, which exceeds $2.5 million dollars;

　　　　(b)　　loss of use of the invested monies;

　　　　(c)　　loss of interest of the invested monies;

　　　　(d)　　tax penalties and tax return preparation expenses for amending previously filed tax returns  (which relied on false information provided to the

47

Plaintiffs by the fictitious entities of the Gross);

> (e)    costs of recovery of the investment monies; and

> (f)    attorneys' fees, accountants' fees and investigators' fees incurred

in recovering the invested monies.

146.    As a further and proximate result of the Defendant's intentional and
fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

147.    The Plaintiffs have retained the undersigned attorneys to represent
them in this cause and are obligated to pay the attorneys a reasonable fee for the
services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys'
fees and costs.

148.    WHEREFORE, Plaintiffs demand judgment against Gross for their
actual damages, punitive damages, interest, costs of this action and attorneys' fees,
and such other and further relief this Court deems just and proper.

## COUNT TWELVE
### (Recovery Based on Alter Ego Theory – Defendants 5th Ring Enterprises Limited Partnership and Majestic Management LLC)

149.    Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61
above as if fully set forth herein.

150.    Virtually all of the business entities named as Defendants in this
Count of Plaintiffs' Complaint have:

48

(a)    the same phone number;

(b)    the same physical address;

(c)    the same owner;

(d)    Gross as a one-hundred percent (100%) owner or other family members or related and affiliated entities as one-hundred percent (100%) owners ;

(e)    exclusive management and control by Gross of the affiliated entities.

151.    The following entities were formed by Gross solely to provide services to Mitchell Alan Gross or other entities owned by Mitchell Alan Gross:

(a)    5th Ring Enterprises;

(b)    Majestic Management, LLC. (to the extent it actually exists as a legal entity).

152.    In regard to these entities, both were created, organized, formed, acquired or maintained by Gross for an improper purpose; neither is independently capitalized; and both are completely supported by Gross .who consistently commingles assets between his personal and business accounts.  At all material times hereto, Gross participated, assisted, supervised, guided and controlled each of these entities in the decision making, financing and affairs of the corporations. Thus, each was the "alter ego" of Defendant Gross or was dominated or controlled

49

by Gross or his affiliated entities.

153. Gross, in conversations and writings, has held himself out as the partner, manager, or person in charge of these entities.

154. 5th Ring Enterprises is a mere conduit for and the alter ego of Gross.

155. Majestic Management, LLC, is a mere conduit for the alter ego of Gross.

156. Each is insolvent in that it is unable to pay its bills in the ordinary course of business.

157. Defendant Debra L. Gross claims some interest in the 5th Ring Enterprises and Majestic Management, L.L.C.. This interest, however, is illusory or subordinate to that of Plaintiffs.

158. As a direct and proximate result of the Defendant's fraudulent representations, conversion and other reprehensible conduct, Plaintiffs have suffered damages, including, but not limited to:

    (a)    loss of the investment monies, which exceeds $2.5 million dollars;

    (b)    loss of use of the invested monies;

    (c)    loss of interest of the invested monies;

    (d)    tax penalties and tax return preparation expenses for amending

previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies; and

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

159.   As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages against the Defendant, 5th Ring Enterprises and Majestic Management, L.L.C.

160.   The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

161.   WHEREFORE, Johnson and the Trust Plaintiffs demand judgment against the Defendants 5th Ring Enterprises and Majestic Management, LLC, for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT THIRTEEN

**(Florida Deceptive and Unfair Trade Practices Act , Violation of Florida Statute § 501.204 - Defendant Mitchell Gross)**

162.   The Plaintiffs readopt, reallege and reincorporate Paragraphs 1

51

through 61 above as if fully set forth herein.

163.   Plaintiffs are "consumers" and are protected under Florida Statute §501.203(7) of the Florida Deceptive and Unfair Trade Practices Act.

164.   Gross engaged in "trade or commerce" when he solicited, provided or offered services or things of value and when he conducted fraudulent brokerage and financial activities.   As alleged in paragraphs 22 through 61 herein, Defendant's actions and intentional misconduct herein constitutes a "trade or commerce" as offered to the Johnson, and the Trust Plaintiffs pursuant to Fla. Stat. § 501.203(8).

165.   Gross has engaged in unconscionable, unfair and deceptive trade practices in violation of Florida Statute §501.204, as alleged in paragraphs 22 through 61 herein.   Defendant encouraged, solicited, and induced Johnson to invest her personal wealth with Defendant through false pretenses, deceit, trick and artifice.

166.   Thus, by his intentional and willful conduct, Gross has violated the Florida Deceptive Trade Practices Act, Section 501.204, Florida Statutes, and the Defendant willfully and knowingly engaged in the deceptive trade practices.

167.   As a result of Defendant's deceptive trade practices, the Plaintiffs have been damaged, including, but not limited to:

(a)    loss of the investment monies, which exceeds $2.5 million dollars;

(b)    loss of use of the invested monies;

(c)    loss of interest of the invested monies;

(d)    tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

(e)    costs of recovery of the investment monies; and

(f)    attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

168.    Defendant willfully and intentionally made false representations without regard for the truth and in reckless disregard of Plaintiffs' rights. As a further and proximate result of the Defendant's violation of the Florida Deceptive Trade Practices and fraudulent misconduct, Plaintiffs are entitled to punitive damages, and, as such, reserve the right to sue for punitive damages in this action.

169.    Pursuant to Fla. Stat. § 501.211 of the Florida Deceptive Trade Practices Act, the Plaintiffs are entitled to recovery of their attorney's fees and costs. The Plaintiffs have retained the undersigned attorney to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services

53

rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs.

170.   WHEREFORE, Plaintiffs demand judgment against Gross for their actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT FOURTEEN

### (Georgia Uniform Deceptive and Unfair Trade Practices Act, Violation of O.C.G.A. §§ 10-1-372 and 10-1-393 – Defendant Mitchell Gross)

171.   The Plaintiffs readopt, reallege, and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

172.   Johnson, individually, is a person protected under O.C.G.A. §10-1-371(5).

173.   Robbie S. Johnson as Trustee of the Robbie S. Johnson Revocable Trust and Robbie S. Johnson as Trustee of the Lorraine Wagman Revocable Trust, are trusts protected under O.C.G.A. §10-1-371(5).

174.   As is more fully referenced in paragraphs 1 through 61, Gross engaged in unfair or deceptive acts or practices in the conduct of consumer transactions and trade or commercial practices that were in directly in violation of O.C.G.A. §10-1-393(a).,

175.   Additionally, Gross violated O.C.G.A. § 10-1-372(a) when he

engaged in deceptive trade practices in the course of his business by:

(a)     passing off services as those of another;

(b)     causing a likelihood of confusion or of misunderstanding as to the source of the services;

(c)     causing a likelihood of confusion or of misunderstanding as to affiliation, connection, or association of another;

(d)     representing that services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he does not have;

(e)     representing that the services are of a particular standard, quality, or grade;

(f)     engaging in any other conduct which similarly creates a likelihood of confusion or of misunderstanding.

176.   Gross violated O.C.G.A. §10-1-393 by:

(a)     engaging in unfair and deceptive acts or practices in the conduct of consumer transactions and consumer acts or practices in trade or commerce;

(b)     passing off goods or services as those of another;

(c)     causing actual confusion or actual misunderstanding as to

affiliation, connection, or association with or certification of another; and by

(d)     using deceptive representations or designations of geographic origin in connection with goods or services.

177.   Gross has violated O.C.G.A. § 10-1-393 and O.C.G.A. § 10-1-372, and engaged in unfair and deceptive trade practices.

178.   As is more fully described paragraphs 1 to 61 above, as a direct and proximate result of the Defendants' violation of the Georgia Unfair and Deceptive Trade Practices Act and fraud and misconduct, the Plaintiffs have suffered great loss or damages, including, but not limited to:

(a)     loss of investment monies, which exceeds $2.5 million dollars;

(b)     loss of use of invested monies;

(c)     loss of interest of the invested monies;

(d)     tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross;

(e)     costs of recovery of the investment monies; and

(f)     attorneys' fees, accountant fees and investigator's fees incurred in recovering the investment monies.

179.   As a further result of Defendant's unfair, willful and deceptive trade

practices, the Plaintiffs' are statutorily entitled to recovery of their attorney's fees and costs pursuant to O.C.G.A. § 10-1-373(b)(2). The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiff's attorneys' fees and costs as a result of Defendants actions. Further, pursuant to O.C.G.A. § 10-1-373(b)(2), the court may award attorney's fees to the prevailing party if the party charged with a deceptive trade practice has willfully engaged in the trade practice knowing it to be deceptive. Plaintiffs are also entitled to punitive damages in this action due to Defendants conduct.

180. WHEREFORE, Plaintiffs demand judgment against Gross for violations of the Georgia Fair Business Practices Act, actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT FIFTEEN

### (Action to Set Aside Fraudulent Transfers to Defendants 5th Ring Enterprises Limited Partnership, Majestic Management, LLC, and Debra L. Gross)

### Intent to Delay, Hinder, or Defraud

181. The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as if fully stated herein.

182. Gross was the owner of the copyrights, contract rights, and royalty

rights of the book "Majestic Descending," published by Tom Doherty Associates, LLC. Tom Doherty Associates is a subsidiary of the publishing companies St. Martin's Press and TORS(1980), Inc..

183. Commencing in or around October 2006, Gross formed 5th Ring Enterprises and Majestic Management. Defendant Gross reported that Majestic Management was the Managing Member of Fifth Ring Enterprises and that Debra L. Gross was its general partner Debra L. Gross. These business entities purport to be the owners and holders of valuable contract rights, including the right to receive income, commissions and royalties for books which Gross had developed or was in the process of developing.

184. In October of 2006, Gross fraudulently transferred monies and property to 5th Ring Enterprises. Without an exchange of reasonably equivalent value, Gross transferred the valuable copyrights, contract rights, income, commissions and royalties which he owned in "Majestic Descending" to 5th Ring Enterprises and Majestic Management in an attempt to defraud his existing creditors, including Plaintiffs. The transfers were made with the actual intent to hinder, delay, or defraud Johnson, and the Trust Plaintiffs as well as other creditors of Gross. At the time of the transfers:

(a)    before the transfers were made or obligations were incurred,

58

Gross had knowledge of the potential claims of Plaintiffs, and had previously been sued or threatened with suit, by other creditors;

(b)     the transfers constituted substantially all of Gross's assets;

(c)     Gross, 5th Ring Enterprises, and Majestic Management concealed the transactions, and diverted the income, royalties and commissions;

(d)     Gross, 5th Ring Enterprises, and Majestic Management were insolvent or were rendered insolvent shortly after the transfers were made or were rendered insolvent as a result of the transfers;

(e)     there was no exchange equivalent of value for the transfer of the copyrights, contract rights, income, royalties and commissions;

(f)     the transfers occurred shortly before or shortly after substantial debts were incurred by Gross;

(g)     The transfers were made to insiders of the limited partnerships and companies controlled by Gross.

185.   The transfers, referenced in paragraphs 183 and 184 above, are voidable, pursuant to Fla. Stat. § 726.105(1)(a), and O.G.C.A. § 18-2-74(a)(1) because the transfers were made by Gross with actual intent to hinder, delay, or defraud the creditors (Plaintiffs), in the collection of their claim.

186.   The transfers, referenced in paragraphs 183 and 184 above, are

voidable pursuant to § 726.105(1)(a) of the Florida Statute and § 18-1-74 of the Code of Georgia. The transfers, referenced in paragraphs 183 and 184 above, were made by Gross and the Defendants, 5th Ring Enterprises Limited Partnership, Debra L. Gross and Majestic Management, LLC, with the intent and purpose to delay, hinder and defraud creditors of Gross in the collection and satisfaction of their just and due claims. The Defendants knowingly participated in the fraud. The claims of creditors, and the pertinent claims and obligations of Gross arose before the transfers were made.

187. Plaintiffs have been unable to locate other assets in Gross's name sufficient to satisfy their claims, and except for these proceedings, have no adequate remedy at law.

188. As a further and proximate result of the Defendants' intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

189. The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiff's attorneys' fees and costs, in accordance with Florida Statutes § 57.115 and § 56.29.

190. WHEREFORE, Plaintiffs pray:

(a)    that the transfers, described in paragraphs 183 and 184 above,

involving the Defendants, be declared null and void, and vacated and avoided by this Court;

(b)     that Plaintiffs be delivered title to the copyrights, contract rights, and all of the income, royalties, commissions and profits collected from the book "Majestic Descending" and any income, royalties, commissions, and profits from any other books transferred to 5th Ring Enterprises;

(c)     that Plaintiffs have an equitable lien on the copyrights, contract rights, personal property, income, royalties, commissions and the proceeds derived from them;

(d)     that a constructive trust be fastened on the copyrights, contract rights, income monies, receivables, royalties and commissions; and that they be turned over to Plaintiffs or be sold for the satisfaction of the amounts owed to Plaintiffs;

(e)     that this Court appoint a receiver to manage the transferred property, copyrights, contract rights, assets, monies, receivables, and to collect the revenues and income; transferred by Gross to 5th Ring Enterprises, Debra L. Gross, and Majestic Management, LLC;

(f)     that, alternatively, the Court enter a money judgment against the Defendants, 5th Ring Enterprises, Debra L. Gross and Majestic Management,

LLC., for the value of all the copyrights, contract rights, income, royalties, commissions and personal property received by them;

(g)    that Plaintiffs be awarded attorneys' fees for having to bring this action, and costs for having to bring this action; and

(h)    that this Court grant any further relief as is just, equitable and proper.

## COUNT SIXTEEN

### (Action to Set Aside Fraudulent Transfers to Defendants 5th Ring Enterprises Limited Partnership, Majestic Management, LLC, and Debra L. Gross)

### Insufficient Remaining Capital or Assets

191.    The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 and paragraphs 181 to 190 above as is fully set forth herein.

192.    Commencing on or about October 2006, Gross transferred copyrights, contract rights, income, royalties and commissions to 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC., in an attempt to defraud his creditors. The transfers to 5th Ring Enterprises, Debra L. Gross, and Majestic Management, LLC, as more fully referenced in paragraphs 183 and 184 above, violate § 726.105(1)(b) of the Florida Statutes and § 18-2-74(a)(2) of the Code of Georgia because at the time of the Transfers:

(a)    the transfers were made while Defendant was obligated to

62

Plaintiffs, as well as other creditors of Gross;

        (b)   the transfers were made without receipt by Gross of a reasonably equivalent exchange of value.

193.  The transfers, referenced in paragraphs 183 and 184 above, violate § 726.105(1)(b) of the Florida Statutes § 18-2-74(a)(2) of the Code of Georgia because they were made to defraud Plaintiffs. At the time, Gross was insolvent and unable to pay his debts as they came due. The transfers violate § 726.105(1)(b) of the Florida Statutes and § 18-2-74(a)(2) of the Code of Georgia because the transfers were made without receipt of a reasonably equivalent value in exchange and, at the time of the transfers, Gross:

        (a)   was engaged or was about to engage in business or a transaction for which his remaining assets were unreasonably small in relation to the business or transaction; or

        (b)   he intended to incur, or believed as reasonably should have believed that he would have incurred debts beyond his ability to pay as they became due.

194.  The transfers, referenced in paragraphs 183 and 184 above, were made, with the intent and purpose to delay, hinder and defraud creditors in the collection and satisfaction of their just and due debts. 5th Ring Enterprises, Debra

L. Gross, and Majestic Management, LLC, knowingly, participated in the fraud. The claims of creditors and Gross's obligations to them arose before the transfers were made.

195.  Plaintiffs have been unable to locate other assets in the name of Gross sufficient to satisfy their claims, and, except for these proceedings, have no adequate remedy at law.

196.  As a further and proximate result of the Defendants' intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages.

197.  The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs, in accordance with Florida Statutes § 57.115 and § 56.29.

198.  WHEREFORE, Johnson, and the Trust Plaintiffs pray:

(a)    That the transfers, described in paragraphs 183 and 184 above, involving the Gross, 5th Ring Enterprises, Limited Partnership, Debra L. Gross, and Majestic Management, LLC be declared null and void, and vacated and avoided by this Court;

(b)    that Plaintiffs be delivered title to the copyrights, contract rights, income, royalties, commissions and profits collected  from the book

"Majestic Descending";

(c)    that Plaintiffs have an equitable lien on the copyrights, contract rights, personal property, income, royalties and commissions, and  the proceeds derived from them;

(d)    that a constructive trust be fastened on the copyrights, contract rights, income, monies, receivables, royalties and commissions; and that they be turned over to Plaintiffs, Robbie S. Johnson and the Trust Plaintiffs, or be ordered sold for the satisfaction of the amounts owed to Johnson and the Trust Plaintiffs;

(e)    that this Court appoint a receiver to manage the transferred property, copyrights, contract rights, assets, monies, receivables, and to collect the revenues and income transferred to by Gross to Defendants, 5th Ring Enterprises, and Majestic Management, LLC.;

(f)    alternatively, that the Court enter a money judgment against 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC., for the value of all contract right, income, royalties, commissions, and personal property received by them;

(g)    that Plaintiff Robbie S. Johnson be awarded costs and attorneys fees for having to bring this action; and

(h)    that this Court grant any further relief as is just, and equitable

and proper.

## COUNT SEVENTEEN

**(Action to Set Aside Fraudulent Transfers to Defendants 5th Ring Enterprises Limited Partnership, Majestic Management, LLC, and Debra L. Gross)**

### Constructive Fraud

199.  The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 and Paragraphs 181 to 198 above as if fully set forth herein.

200.  Commencing in or around October 2006, Gross formed 5th Ring Enterprises and purportedly formed Majestic Management, LLC.

201.  Gross reported that Majestic Management was the Managing Member of 5th Ring Enterprises and that Debra L. Gross was the general partner. Both 5th Ring Enterprises and Majestic Management purported to be the owners and holders of valuable contract rights, including the right to receive income, commissions and royalties for books which Gross had developed or was in the process of developing.

202.  Gross did not receive any consideration for the transfers, referenced in paragraphs 183 and 184, above or exchange any reasonably equivalent value. The transfers were made at a time when Gross was insolvent or became insolvent as a result of the transfers being made. Plaintiffs' claims arose before the transfers were made.

203. The transfers, reflected in paragraphs 183 and 184 above, were made by Gross with the intent and purpose to delay, hinder and defraud Plaintiffs in the collection and satisfaction of their just and due claims. All of the Defendants knowingly participated in the fraud. The transfers are a fraud on creditors in accordance with § 726.106(1), Florida Statute and § 18-2-75(a) of the Code of Georgia.

204. Plaintiffs have been unable to locate assets in the name of Gross sufficient to satisfy their claims, and, except for these proceedings, have no adequate remedy at law.

205. As a further and proximate result of the Defendant's intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

206. The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs, in accordance with Florida Statutes § 56.29.

207. WHEREFORE, the Plaintiffs pray as follows:

(a)    that the transfers, described above in paragraphs 183 and 184, involving the Defendants, be declared null and void, and vacated and avoided by this Court;

(b)    that Plaintiffs be delivered title to the copyrights, contract rights, and all of the income, royalties, commissions and profits collected from the book "Majestic Descending";

(c)    that Plaintiffs have an equitable lien on the copyrights, contract rights, personal property, income, royalties, commissions and the proceeds derived from them;

(d)    that a constructive trust be fastened on the copyrights, contract rights, income monies, receivables, royalties and commissions; and that they be turned over to Plaintiffs or be sold for the satisfaction of the amounts owed to Plaintiffs;

(e)    that this Court appoint a receiver to manage the transferred property, copyrights, contract rights, assets, monies, receivables, and to collect the revenues and income; transferred by Gross to Defendants, 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC.;

(f)    that, alternatively, the Court enter a money judgment against the Defendants, 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC., for the value of all the copyrights, contract rights, income, royalties, commissions and personal property received by them;

(g)    that Plaintiffs be awarded attorney's fees for having to bring

68

this action, and costs for having to bring this action; and

        (h)   that this Court grant any further relief as is just, equitable and

proper.

## COUNT EIGHTEEN

**(Action to Set Aside Fraudulent Transfers to Defendants 5th Ring Enterprises
Limited Partnership, Majestic Management, LLC, and Debra L. Gross)**

### Preferential Transfer

208.  The Plaintiffs readopt, reallege and reincorporate Paragraphs 1

through 61 and paragraphs 181 to 207 above as is fully set forth herein.

209.  The transfers, referenced in paragraphs 183 and 184 above, to 5th

Ring Enterprises, Debra L. Gross and Majestic Management, LLC, are fraudulent

as to a creditor whose claim arose before the transfers were made, since:

        (a)   the transfers were made to an insider for an antecedent debt;

        (b)   Gross was insolvent at that time;

        (c)   the insiders had reasonable cause to believe that Gross was

insolvent.

210.  The transfers, described in paragraphs 183 and 184 above, were made

by Gross to 5th Ring Enterprises, Debra L. Gross, and Majestic Management, LLC

with the intent and purpose to delay, hinder and defraud Plaintiffs in the collection

and satisfaction of their just and due claims.  Defendants knowingly participated in

the fraud. The transfers are a fraud on creditors in accordance with § 726.106(2), Florida Statutes, and § 18-2-75(b) of the Code of Georgia.

211. Plaintiffs have been unable to locate assets in Gross's name sufficient to satisfy their claims, and except for these proceedings, have no adequate remedy at law.

212. As a further and proximate result of the Defendants' intentional and fraudulent misconduct, Plaintiffs are entitled to punitive damages in this action.

213. The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered. Defendants are liable for the payment of Plaintiffs' attorneys' fees and costs, in accordance with Florida Statutes § 56.29.

214. WHEREFORE, Plaintiffs pray:

(a) that the transfers, described in paragraphs 183 and 184 above, involving the Defendants, be declared null and void, and vacated and avoided by this Court;

(b) that Johnson, and the Trust Plaintiffs, be delivered title to the copyrights, contract rights, and all of the income, royalties, commissions and profits collected from the book "Majestic Descending";

(c) that Plaintiffs have an equitable lien on the copyrights, contract

rights, personal property, income, royalties, commissions and the proceeds derived from them;

   (d) that a constructive trust be fastened on the copyrights, contract rights, income monies, receivables, royalties and commissions; and that they be turned over to Johnson and the Trust Plaintiffs, or be sold for the satisfaction of the amounts owed to Johnson, and the Trust Plaintiffs;

   (e) that this Court appoint a receiver to manage the transferred property, copyrights, contract rights, assets, monies, receivables, and to collect the revenues and income; transferred by Gross to Defendants, 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC;

   (f) alternatively, that the Court enter a money judgment against the Defendants, 5th Ring Enterprises, Debra L. Gross and Majestic Management, LLC, for the value of all the copyrights, contract rights, income, royalties, commissions and personal property to be received by them;

   (g) that Plaintiffs be awarded attorney's fees for having to bring this action, and costs for having to bring this action; and

   (h) That this Court grant any further relief as is just, equitable and proper.

## COUNT NINETEEN

### (Intentional Infliction of Emotional Distress – Defendant Mitchell Gross)

215.   The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 and paragraphs 182 to 184 above as is fully set forth herein.

216.   As more fully alleged in paragraphs 22 through 55 of the Complaint herein, Gross perpetrated a fraudulent scheme upon Johnson.

217.   For a period of approximately two years, Gross knowingly and falsely misrepresented to Johnson that her monies were being, and still are, used for investment purposes, and his love and affection for her were real.

218.   Defendant's actions were intentional, willful, wanton and oppressive.

219.   Defendant's deceitful conduct was "extreme and outrageous" in perpetrating the fraud upon Plaintiff.

220.   Defendant's actions were intended to cause Johnson severe emotional distress, was intentional and malicious, and done for the purpose of causing Plaintiff to suffer humiliation and mental anguish, amounting to severe emotional distress.

221.   As a proximate result of Defendant's acts and omissions herein, Johnson has suffered severe emotional distress as a result of Defendant's actions. Plaintiff has suffered, and continues to suffer, severe humiliation, mental anguish

72

and emotional distress, as well as financial loss.

222. As a direct and proximate result of the Defendant's intentional infliction of emotional distress, Plaintiffs have also suffered financial damages, including, but not limited to:

     (a)   loss of the investment monies, which exceeds $2.5 million dollars;

     (b)   loss of use of the invested monies;

     (c)   loss of interest of the invested monies;

     (d)   tax penalties and tax return preparation expenses for amending previously filed tax returns (which relied on false information provided to the Plaintiffs by the fictitious entities of the Gross);

     (e)   costs of recovery of the investment monies; and

     (f)   attorney's fees, accountant's fees and investigator's fees incurred in recovering the investment monies.

223. As a further and proximate result of the Defendant's intentional infliction of emotional distress, Plaintiffs are entitled to punitive damages in this action.

224. The Plaintiffs have retained the undersigned attorneys to represent them in this cause and are obligated to the attorneys a reasonable fee for his

services rendered. Defendants are liable for the payment of Plaintiff's attorney's fees and costs.

225. WHEREFORE, Plaintiffs demand judgment against Gross for actual damages, punitive damages, interest, costs of this action and attorneys' fees, and such other and further relief this Court deems just and proper.

## COUNT TWENTY

### (Action to Establish a Lien, Equitable Lien, or Constructive Trust Against Defendant Douglas Gross)

226. The Plaintiffs readopt, reallege and reincorporate Paragraphs 1 through 61 above as if fully set forth herein.

227. Gross falsely represented to Johnson that he had established a trust fund for his son, Defendant, Douglas Gross.

228. However, on or about August 31, 2006, after receiving funds from the Plaintiffs, Gross converted the fraudulently obtained monies to provide a down payment for the purchase of a house for his son, Defendant Douglas Gross. Plaintiffs monies were used to purchase the real property located at 2431 Thompson Road N.E., DeKalb County. (hereinafter the "Thompson Road Property").

229. The total purchase price for the Thompson Road Property was $265,000, and Defendant, Douglas Gross, purchased the Thompson Road Property

from Baxter Lusinik located at 25 Marina Road, Hampton, Virginia 23669, with Plaintiffs' funds.

230.   At present, Defendant, Douglas Gross, is the owner of the Thompson Road Property by virtue of a Warranty Deed dated August 31, 2006, recorded in Official Records Book 19129, at Page 00124, of the Public Records of DeKalb County, Georgia, Parcel ID # (18-237-02-066).

231.   Gross used funds, which in law rightfully belong to Plaintiffs, to purchase the Thompson Road Property for Defendant, Douglas Gross. The initial down payment was Seventy-Three Thousand Five Hundred Forty-Nine and 24/100 ($73,549.24) Dollars. A true and correct copy of the settlement statement dated August 31, 2006, is attached hereto and made a part hereof as Exhibit F.

232.   In reality, the subject purchase on or about August 31, 2006, was within months of Gross receiving Plaintiffs' funds by and through his alter egos as previously alleged herein.

233.   As a result, Johnson and the Trust Plaintiffs are entitled to attach the property via lien or equitable lien or impose a constructive trust on the property to the extent that any or all of the monies, funds and assets fraudulently obtained from Plaintiffs by Gross were used by Defendants for the purchase of the Thompson Road Property.

234.   Johnson has no adequate remedy at law and will be irreparably injured and will suffer irreparable damage if a lien, equitable lien or constructive trust is not imposed.

235.   The Plaintiffs have retained the undersigned attorney to represent them in this cause and are obligated to pay the attorneys a reasonable fee for the services rendered.  Defendants are liable for the payment of Plaintiff's attorneys' fees and costs, in accordance with Florida Statutes § 57.115 and § 56.29 and § 13-6-11 of the Code of Georgia.

236. WHEREFORE, Plaintiffs pray:

(a)     that the transfer of the purchase monies consisting of funds of Plaintiffs, from Gross to Defendant, Douglas Gross, for the purchase of the Thompson Road Property be declared null and void and avoided by this Court;

(b)     that a constructive trust be imposed on the real property, assets, monies, receivables, and the property of Defendant Douglas Gross, and that they be turned over to Plaintiffs or be sold for the amounts of Plaintiffs' monies used for the purchase price;

(c)     alternatively, that Johnson have a money judgment for the value of the property or assets transferred and the income derived there against the Defendant, Douglas Gross;

(d)     that Plaintiffs be awarded their attorneys fees and costs in this action; and

(e)     that this Court take such further and general relief as the nature of the case may require and is just and equitable.

WHEREFORE, Plaintiffs pray for the following additional relief:

(a)     an award of monetary damages against Defendant Gross his aliases, and alter egos in an amount to be determined at trial;

(b)     an award of punitive damages according to the proof at trial;

77

(c)   an award to Plaintiffs of their attorneys' fees, costs, and expenses of this action; and

(d)   such other and further relief as this Court deems just and proper.

Respectfully submitted, this 3ᵗʰ day of March, 2008.

*Lindsey G Churchill*

Stephen Rakusin, Esq.
Florida Bar No. 183408
rakusins@aol.com
The Rakusin Law Firm,
A Professional Association
2929 E. Commercial Boulevard
Ft. Lauderdale, Florida 33308
(954) 356-0496
(954) 356-0416 (facsimile)
*Pro hac vice admission pending*

HOLLAND & KNIGHT LLP
Alfred B. Adams, III
Georgia Bar No. 002300
al.adams@hklaw.com
Lindsey G. Churchill
Georgia Bar No. 125610
lindsey.churchill@hklaw.com
1201 West Peachtree Street
Suite 2000
Atlanta, Georgia  30309
(404) 817-8500
(404) 881-0470 (facsimile)

**Attorneys for Plaintiffs**

# 5174972_v6

## **VERIFICATION**

I, Robbie S. Johnson, am a Plaintiff in the above-referenced action. I am a Plaintiff both individually and as trustee of the Robbie S. Johnson Revocable Trust and as trustee of the Lorraine Wagman Revocable Trust. I have read the foregoing Verified Complaint and the facts stated therein are true and correct to the best of my knowledge and belief.

This _12_ day of March, 2008.

Robbie S. Johnson

# 5174972_v5

81

# Exhibit A



**Merrill Capital Management**

EXHIBIT A

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 06/29/07

## TOTAL INVESTMENT VALUE    $2,232,097.10

| | Account Number | Portfolio Value as of 06/29/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,202,097.10 | |
| TOTAL EQUITIES | | $ 510,298.50 | 32.70 % |
| TOTAL BONDS | | $1,692,398.60 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 281,697.80 | |
| TOTAL EQUITIES | | $ 281,697.80 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 206,475.00 | 100% |
| TOTAL EQUITIES | | $ 206,475.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 06/29/07

| | | | Account Number | Portfolio Value as of 06/29/07 |
| | | | 69 560330 | $2,232,097.10 |

### GENERAL INVESTMENT ACCOUNTS –    EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|--------|--------|-------------|----------------|-------------|----------------------|-----------|-------------------------------------------------------------|
| DNA | 100 | 07/29/06 | 78.20 | 82.17 | 76.68 | (549.00) | (7.2%) |
| DNA | 175 | 07/29/06 | 74.50 | 82.17 | 76.68 | (960.80) | (6.7%) |
| FDX | 100 | 07/30/06 | 82.75 | 112.55 | 111.01 | (154.00) | (1.4%) |
| FDX | 200 | 07/30/06 | 99.25 | 112.55 | 111.01 | (308.00) | (1.4%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 45.41 | 46.00 | 855.00 | 1.3% |
| HPQ | 500 | 07/30/06 | 28.50 | 45.41 | 46.00 | $ 295.00 | 1.3% |
| HPQ | 500 | 08/04/06 | 30.25 | 45.41 | 46.00 | $ 295.00 | 1.3% |
| IBM | 5 | 08/01/06 | 71.00 | 104.80 | 106.47 | 8.40 | 0.6% |
| RAI | 228 | 08/02/06 | 121.50 | 64.70 | 65.66 | 218.00 | 0.9% |
| T | 10 | 08/05/06 | 20.00 | 40.52 | 41.71 | 11.90 | 1.3% |
| T | 10 | 08/14/06 | 27.50 | 40.52 | 41.71 | 405.20 | 1.3% |
| T | 766 | 08/16/06 | 28.70 | 40.52 | 41.71 | 911.50 | 2.9% |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

# Merrill Lynch

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 06/29/07

| | | | | | Account Number as of 06/29/07 | Portfolio Value |
| | | | | 69 560330 | $2,232,097.10 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|--------|--------|-------------|----------------|-------------|----------------------|-----------|------------------------------------------------------------|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 196,654.60 | 1059.50 | 0.5% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 127.68 | 1137.00 | 3.7% |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 127.68 | 1756.30 | 3.7% |
| TREMX | 600 | 09/10/06 | 20.01 | 35.19 | 35.25 | 38.00 | 0.2% |
| UIS | 1 | 09/22/06 | 5.00 | 8.19 | 9.15 | 1.04 | 1.7% |
| UIS | 6 | 09/22/06 | 5.00 | 8.19 | 9.15 | 5.80 | 1.7% |
| UIS | 50 | 09/26/06 | 4.00 | 8.19 | 9.15 | 48.00 | 1.7% |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|--|----------|---------|---------|---------|---------|------------------------------|------|--------------------------|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/012015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 81,113.00 | $ 81,113.00 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF ACCOUNT   AS OF 06/29/07

| | Account Number | Portfolio Value as of 06/29/07 |
|---|---|---|
| | **69 560330** | **$2,232,097.10** |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $104.621 | $105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management -

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | Account Number | Portfolio Value as of 06/29/07 |
|---|---|---|
| | 69 560330 | $2,232,097.10 |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $156,600.00 | $156,600.00 | $0.00 | Cash | $ 9,325.00 |
| 74265LRRI PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $156,045.50 | $0.00 | Cash | $ 8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $ 81,852.00 | $ 82,193.00 | $341.00 | Cash | $ 3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $109.273 | $109.273 | $105,750.00 | $106,234.00 | $484.70 | Cash | $ 5,610.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **373383RP5** GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| **223662ES2** COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $209,181.00 | 0.00% | Cash | $12,312.00 |
| **373377AM2** GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| **283836DS5** AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $117,000.00* | 0.00 | Cash | $ 0.00 |
| **383806DT3** AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $138,250.00* | 0.00 | Cash | $ 0.00 |
| **186822DS3** AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $ 0.00 |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS    $94,359.00

**Merrill Capital Management**

**Merrill Lynch**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT   AS OF 05/31/07

## TOTAL INVESTMENT VALUE    $2,173,785.10

| | Account Number | Portfolio Value as of 05/31/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,173,785.10 | |
| TOTAL EQUITIES | | $ 510,298.50 | 32.70 % |
| TOTAL BONDS | | $1,663,486.60 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 281,697.80 | |
| TOTAL EQUITIES | | $ 281,697.80 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 206,475.00 | 100% |
| TOTAL EQUITIES | | $ 206,475.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

160,000
- 125,000
35,000 made

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 05/31/07

| | Account Number | Portfolio Value as of 05/31/07 |
| --- | --- | --- |
| | 69 560330 | $2,173,785.10 |

**GENERAL INVESTMENT ACCOUNTS -**          **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DNA | 100 | 07/29/06 | 78.20 | 78.20 | 82.17 | (327.00) | (4.1%) |
| DNA | 175 | 07/29/06 | 74.50 | 74.50 | 82.17 | (572.30) | (9.1%) |
| FDX | 100 | 07/30/06 | 82.75 | 114.80 | 112.55 | 280.00 | 2.2% |
| FDX | 200 | 07/30/06 | 99.25 | 114.80 | 112.75 | 560.00 | 3.6% |
| HPQ | 1,450 | 07/30/06 | 33.05 | 40.30 | 45.41 | 6,467.00 | 10.4% |
| HPQ | 500 | 07/30/06 | 28.50 | 38.50 | 45.41 | $1,230.00 | 10.4% |
| HPQ | 500 | 08/04/06 | 30.25 | 38.75 | 44.41 | $1,220.00 | 10.4% |
| IBM | 5 | 08/01/06 | 71.00 | 93.84 | 104.80 | 78.50 | 6.3% |
| RAI | 228 | 08/02/06 | 121.50 | 59.76 | 64.70 | 138.00 | 0.4% |
| T | 10 | 08/05/06 | 20.00 | 37.18 | 40.52 | 405.20 | 3.8% |
| T | 10 | 08/14/06 | 27.50 | 37.18 | 40.52 | 405.20 | 3.8% |
| T | 766 | 08/16/06 | 28.70 | 37.18 | 40.52 | 1,119.50 | 6.0% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT     AS OF 05/31/07

| | | Account Number as of 05/31/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,173,785.10 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 195,595.10 | 973.00 | 0.5% |
| TM | 250 | 08/18/06 | 101.33 | 120.55 | 123.13 | 645.00 | 2.1%) |
| TM | 386 | 08/20/06 | 106.00 | 120.55 | 123.13 | 995.00 | 2.1%) |
| TREMX | 600 | 09/10/06 | 20.01 | 34.21 | 35.21 | 600.00 | 1.8% |
| UIS | 1 | 09/22/06 | 5.00 | 7.80 | 8.19 | .39 | 3.8% |
| UIS | 6 | 09/22/06 | 5.00 | 7.80 | 8.19 | 2.30 | 3.8% |
| UIS | 50 | 09/26/06 | 4.00 | 7.80 | 8.19 | 19.50 | 3.8% |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/012015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 81,113.00 | $ 81,113.00 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management ·**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT

AS OF 05/31/07

| | Account Number | Portfolio Value as of 05/31/07 |
|---|---|---|
| | 69 560330 | $2,173,785.10 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $104.621 | $ 105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

| | | | | Account Number | Portfolio Value as of 05/31/07 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 69 560330 | $2,173,785.10 | | | |

**BONDS**

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $156,600.00 | $156,600.00 | $0.00 | Cash | $ 9,325.00 |
| 74265LRRI PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $156,045.50 | $0.00 | Cash | $ 8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $ 81,852.00 | $ 82,193.00 | $341.00 | Cash | $ 3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $109.273 | $109.273 | $105,750.00 | $106,234.00 | $484.70 | Cash | $ 5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **37338JRP5** GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| **223662ES2** COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $209,181.00 | 0.00% | Cash | $12,312.00 |
| **373377AM2** GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| **283836DS5** AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $117,000.00* | 0.00 | Cash | $ 0.00 |
| **383806DF3** AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $138,250.00* | 0.00 | Cash | $ 0.00 |

## TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS        $93,157.00

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 04/30/07

## TOTAL INVESTMENT VALUE    $2,013,264.30

| | Account Number | Portfolio Value as of 04/30/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,013,264.30 | |
| TOTAL EQUITIES | | $ 488,027.70 | 32.70 % |
| TOTAL BONDS | | $1,525,236.60 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 238,917.30 | |
| TOTAL EQUITIES | | $ 238,917.30 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 205,383.40 | 100% |
| TOTAL EQUITIES | | $ 205,383.40 | |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414



FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 04/30/07

| | Account Number | Portfolio Value as of 04/30/07 |
| --- | --- | --- |
| | 69 560330 | $2,013,264.30 |

**GENERAL INVESTMENT ACCOUNTS -**    **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DNA | 100 | 07/29/06 | 78.20 | 78.20 | 82.17 | 394.00 | 4.2% |
| DNA | 175 | 07/29/06 | 74.50 | 74.50 | 82.17 | 1,342.30 | 9.3% |
| FDX | 100 | 07/30/06 | 82.75 | 114.80 | 109.75 | (505.00) | (4.4%) |
| FDX | 200 | 07/30/06 | 99.25 | 114.80 | 109.75 | (1,010.00) | (4.4%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 40.30 | 42.95 | 3,842.50 | 6.2% |
| HPQ | 500 | 07/30/06 | 28.50 | 38.50 | 42.95 | $2,220.00 | 10.4% |
| HPQ | 500 | 08/04/06 | 30.25 | 38.75 | 42.95 | $2,100.00 | 8.8% |
| IBM | 5 | 08/01/06 | 71.00 | 93.84 | 102.88 | 45.20 | 9.6% |
| RAI | 228 | 08/02/06 | 121.50 | 59.76 | 64.18 | 1,078.80 | 7.4% |
| T | 10 | 08/05/06 | 20.00 | 37.18 | 38.96 | 17.80 | 4.8% |
| T | 10 | 08/14/06 | 27.50 | 37.18 | 38.96 | 17.80 | 4.8% |
| T | 766 | 08/16/06 | 28.70 | 37.18 | 38.96 | 1,363.50 | 4.8% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for your convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 04/30/07

| | | Account Number as of 04/30/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,013,264.30 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 194,622 | 973.00 | 0.5% |
| TM | 250 | 08/18/06 | 101.33 | 132.57 | 120.55 | (3,005.00) | (9.1%) |
| TM | 386 | 08/20/06 | 106.00 | 132.57 | 120.55 | (4,639.70) | (9.1%) |
| TREMX | 600 | 09/10/06 | 20.01 | 32.04 | 34.21 | 1,302.00 | 6.8% |
| UIS | 1 | 09/22/06 | 5.00 | 8.49 | 7.80 | (.70) | 8.1% |
| UIS | 6 | 09/22/06 | 5.00 | 8.49 | 7.80 | ( 3.60) | 8.1% |
| UIS | 50 | 09/26/06 | 4.00 | 8.49 | 7.80 | ( 34.50) | 8.1% |

*10 stocks*
*12 bonds*

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/012015 TX EXMPT | 75,000 | $110.229 | $110.229 | $ 80,145.50 | $ 79,245.25 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for your convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

Merrill Capital Management –

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 04/30/07

| | Account Number | Portfolio Value as of 04/30/07 |
| --- | --- | --- |
| | 69 560330 | $2,013,264.30 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXEMPT | 200,000 | $112.126 | $112.126 | $230,356.50 | $230,356.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $105.621 | $ 105.621 | $157,875.00 | $157,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $109.102 | $109.102 | $209,900.00 | $209,900.00 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for your convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL COMPANY, A DIVISION OF MERRILL LYNCH, INC

| | | | | **Account Number** | | **Portfolio Value as of 04/30/07** | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **69 560330** | | **$2,013,264.30** | | |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $109.042 | $109.042 | $155,600.00 | $156,600.00 | $0.00 | Cash | $ 9,325.00 |
| 74265LRRI PRIVATE COLLEGES & UNIVS AUTH OHIO REV BDS 09/01/2014 REV BDS 2005A | 150,000.00 | $108.104 | $108.104 | $154,025.50 | $154,025.50 | $0.00 | Cash | $ 8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $ 81,852.00 | $ 81,852.00 | $2.639 | Cash | $ 3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $108.373 | $108.373 | $105,750.00 | $105,750.00 | $ 0.00 | Cash | $ 5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 373383RP5 **GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT** | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,200.00 | % 0.00 | Cash | $ 9,480.00 |
| 223662ES2 **COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT** | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $206,090.00 | 0.00% | Cash | $12,312.00 |
| 373377AM2 **GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT** | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $89,308.00 | 0.00% | Cash | $ 4,442.00 |
| 283836DS5 **AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08\*** | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $117,000.00\* | 0.00 | Cash | $   0.00 |

\*    General obligation debenture payable at maturity 05/28/08

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS        $91,357.00

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF SEP ACCOUNT    AS OF 04/30/07

### TOTAL SEP INVESTMENT VALUE            $ 238,917.30

| | | | | | Account Number | Portfolio Value as of 04/30/07 |
|---|---|---|---|---|---|---|
| | | | | | 63-624821 | $ 238,917.30 |

**GENERAL INVESTMENT ACCOUNTS**          **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 31.00 | 32.29 | 7,894.80 | 4.2% |
| HPQ | 105 | 10/21/06 | 33.35 | 33.35 | 38.50 | 540.08 | 15.4% |
| TCRXX 6.25% | 36,500 | 10/24/06 | 1.00 | 1.00 | $37,260.04 | 190.10 | 0.5% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF
## LORRAINE WAGMAN REVOCABLE TRUST ACCOUNT   AS OF 04/30/07

### TOTAL SEP INVESTMENT VALUE          $ 205,383.40

|  | Account Number | Portfolio Value as of 12/30/06 |
|---|---|---|
|  | W-808268 | $ 205,383.40 |

### INVESTMENT ACCOUNTS                        EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX 6.25% |  | 197,285.00 | 10/13/06 | 1.00 | 1.00 | $198,541.40 | 0.9% |
| TREMX | 200 | 10/21/06 | 29.30 | 31.65 | 34.21 | $    512.00 | 7.5% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 03/23/07

### TOTAL INVESTMENT VALUE        $2,059,644.70

| | Account Number 63-560330 | Portfolio Value as of 03/23/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,059,644.70 | |
| TOTAL EQUITIES | | $ 417,095.20 | 20.80 % |
| TOTAL BONDS | | $1,642,548.80 | 79.20 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 249,220.90 | |
| TOTAL EQUITIES | | $ 249,220.90 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 206,943.60 | 100% |
| TOTAL EQUITIES | | $ 206,943.60 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

# Merrill Lynch

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## SUMMARY OF ACCOUNT ACTIVITY AS OF 03/23/07

| PORTFOLIO VALUE | | | | | This Period | | Prior Period |
|---|---|---|---|---|---|---|---|
| | | | | | $2,059,644.70 | | $2,407,500.70 |
| GENERAL INVESTMENT ACCOUNTS | | | | EQUITIES | | | |
| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss this quarter | Percentage increase/decrease from previous reporting period |
| DNA | 100 | 07/29/06 | 78.20 | 78.20 | 82.56 | 103.00 | 1.2% |
| DNA | 175 | 07/29/06 | 74.50 | 74.50 | 82.56 | 180.30 | 1.2% |
| FDX | 100 | 07/30/06 | 82.75 | 82.75 | 112.71 | (209.00) | (1.8%) |
| FDX | 200 | 07/30/06 | 99.25 | 99.25 | 112.71 | (418.00) | (1.8%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 33.05 | 40.43 | 188.50 | 1.3% |
| HPQ | 500 | 07/30/06 | 28.50 | 28.50 | 40.43 | 965.00 | 4.8% |
| HPQ | 500 | 08/04/06 | 30.25 | 30.25 | 40.43 | 840.00 | 4.2% |
| IBM | 5 | 08/01/06 | 71.00 | 71.00 | 95.03 | 6.00 | 1.3% |
| KCDMY | 500 | 08/01/06 | 12.75 | 12.75 | 23.25 | 1,150.00 | 8.7% |
| Sold | 500 | 03/19/07 | 12.75 ($6,375.00) | | 23.25 | 11,625.00 | *5250 +* |
| KCDMY | 2,350 | 08/02/06 | 18.00 | 18.00 | 21.27 | 4,653.50 | 8.5% |
| Sold | 2,350 | 03/19/07 | 18.00 ($42,300.00) | | 23.25 | 54,637.00 | *12,337* |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss this quarter | Percentage increase/decrease from previous reporting period |
|--------|--------|-------------|----------------|-------------|----------------------|------------------------|-----------------------------------------------------------|
| KCDMY | 6,000 | 08/02/06 | 15.00 | 15.00 | 21.27 | 11,880.00 | 8.5% |
| Sold | 6,000 | 03/19/07 | 18.00 ($108,000.00) | | 23.25 | 139,500.00 | *31,500* |
| NSHXX | 50,125 | 08/02/06 | 1.00 | 1.00 | 52,130 | 2,005.00 | n/a |
| Sold | 52,130 | 03/19/07 | 1.00 ($52,130.00) | | 52,130 | | n/a |
| PFE | 850 | 08/04/06 | 24.30 | 24.30 | 25.66 | (1,946.50) | (8.9%) |
| RAI | 228 | 08/02/06 | 121.50 | 121.50 | 59.76 | 433.20 | 3.1% |
| T | 10 | 08/05/06 | 20.00 | 20.00 | 38.88 | 10.00 | 2.6% |
| T | 10 | 08/14/06 | 27.50 | 27.50 | 38.88 | 10.00 | 2.6% |
| T | 766 | 08/16/06 | 28.70 | 28.70 | 38.88 | 6,495.70 | 2.6% |
| TM | 250 | 08/01/06 | 101.33 | 134.50 | 138.00 | (1,020.50) | (3.6%) |
| TM | 386 | 08/06/06 | 106.00 | 134.50 | 133.18 | (1,860.50) | (3.6%) |
| TCRXX | 40,155 | 09/15/06 | 1.00 | 1.00 | 41,627 | 1,472.00 | 1.4% |
| Sold | 41,627 | 03/19/07 | 1.00 ($41,627) 1.00 | | 41,627 | | |
| TCRXX | 295,000 | 07/28/06 | 1.00 ($295,000) 1.00 | | 305,816 | 10,816.70 | 3.7% |
| Sold | 100,418 | 03/19/07 | 1.00 ($100,418) 1.00 | | 100,418 | | n/a |
| TCRXX | 194,622 | 03/19/07 | 1.00 ($194,622) 1.00 | | 194,622 | (remaining position) | n/a |
| TREMX | 600 | 10/22/06 | 28.01 | 30.05 | 32.88 | 0.00 | n/a |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

*49,087 profit*



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss this quarter | Percentage increase/decrease from previous reporting period |
|--------|--------|-------------|----------------|-------------|----------------------|------------------------|-------------------------------------------------------------|
| UIS | 1 | 09/22/06 | 5.00 | 5.00 | 8.44 | ( 0.05) | (0.6%) |
| UIS | 6 | 09/22/06 | 5.00 | 5.00 | 8.44 | ( 0.03) | (0.6%) |
| UIS | 50 | 09/26/06 | 4.00 | 4.00 | 8.44 | ( 2.50) | (0.6%) |

**TOTAL SALE OF EQUITIES THIS PERIOD $400,000.00**

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# SUMMARY OF ACCOUNT ACTIVITY AS OF 03/23/07

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Account Number** | | **Portfolio Value as of 03/23/07** | | |
| | | | | 69 560330 | | $2,059,644.70 | | |
| | | | **BONDS** | | | | | |
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| **240523TX8** DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/012015 TX EXMPT | 75,000 | $109.829 | $109.829 | $ 79,245.25 | $ 79,245.25 | $0.00 | Cash | $ 3,750.00 |
| **261174EG7** DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $111.186 | $111.186 | $227,796.50 | $227,796.50 | $0.00 | Cash | $10,500.00 |
| **483836LP5** KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $103.621 | $ 103.621 | $154,875.00 | $154,875.00 | $0.00 | Cash | $ 9,750.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

| | | | | | Account Number | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 69 560330 | | | |

| | | | | | Portfolio Value as of 03/23/07 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | $2,059,644.70 | | | |

**BONDS**

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $106.162 | $106.162 | $205,500.00 | $205,500.00 | $0.00 | | $11,000.00 |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.772 | $108.772 | $154,500.00 | $154,500.00 | $0.00 | Cash | $ 9,000.00 |
| 74265LRR1 PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $108.404 | $108.404 | $154,125.00 | $154,125.00 | $0.00 | Cash | $ 8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $105.882 | $107.639 | $ 82,000.00 | $ 82,000.00 | $2.639 | Cash | $ 4,000.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **773038BQ6** ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA | 100,000.00 | $106.373 | $106.373 | $102,750.00 | $102,750.00 | $ 0.00 | Cash | $ 5,500.00 |
| **373383RP5** GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $107.326 | $107.326 | $154,500.00 | $154,500.00 | % 0.00 | Cash | $ 9,000.00 |
| **223662ES2** COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.122 | $108.122 | $206,000.00 | $206,000.00 | 0.00% | Cash | $12,000.00 |
| **373377AM2** GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.914 | $110.914 | $89,175.00 | $89,175.00 | 0.00% | Cash | $ 4,350.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

## Merrill Capital Management ·

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* TX EXMPT | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $114,000.00* | 0.00 | Cash | $  0.00 |

\*       General obligation debenture payable at maturity 05/28/08

## TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS        $87,100.00

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR. INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/30/06

## TOTAL INVESTMENT VALUE        $2,407,500.70

| | Account Number | Portfolio Value as of 12/31/06 | Percentage of Total |
|---|---|---|---|
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,407,500.70 | |
| TOTAL EQUITIES | | $ 788,027.70 | 32.70 % |
| TOTAL BONDS | | $1,525,236.60 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624321 | $ 226,225.00 | 100% |
| TOTAL EQUITIES | | $ 226,225.00 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 193,350.25 | 100% |
| TOTAL EQUITIES | | $ 193,350.25 | |
| ROBBIE JOHNSON* | DT-4033262 | $ 157,500.00 | |

\*    Total investment value on 12/30/06 represents accounts 63-560330 and DT-4033262 as combined 03/22/07. Please adjust your records to reflect
surviving account as 63-560330 only. Detail for account DT-403362 appears on page eight of summary.

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

Page 1 of 8



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/30/06

| | | Account Number | Portfolio Value as of 12/30/06 |
|---|---|---|---|
| | | 69 560330 | $2,407,500.70 |

## GENERAL INVESTMENT ACCOUNTS -    EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease from previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | $1.00 | 07/28/06 | n/a | n/a | n/a | n/a | |
| DNA | 100 | 07/29/06 | 78.20 | 78.20 | 81.53 | 333.00 | 4.1% |
| DNA | 175 | 07/29/06 | 74.50 | 74.50 | 81.53 | 1,230.25 | 9.4% |
| FDX | 100 | 07/30/06 | 82.75 | 82.75 | 114.80 | 3,205.00 | 37.9% |
| FDX | 200 | 07/30/06 | 99.25 | 99.25 | 114.80 | 3,110.00 | 15.7% |
| HPQ | 1,450 | 07/30/06 | 33.05 | 33.05 | 40.30 | 10,512.50 | 18.0% |
| HPQ | 500 | 07/30/06 | 28.50 | 28.50 | 38.50 | $5,000.00 | 26.0% |
| HPQ | 500 | 08/04/06 | 30.25 | 30.25 | 38.75 | $4,250.00 | 21.9% |
| IBM | 5 | 08/01/06 | 71.00 | 71.00 | 93.84 | 114.20 | 24.3% |
| KCDMY | 500 | 08/01/06 | 12.75 | 12.75 | 21.27 | 4,260.00 | 66.8% |
| KCDMY | 2,350 | 08/02/06 | 18.00 | 18.00 | 21.27 | 7,684.50 | 18.2% |
| KCDMY | 6,000 | 08/02/06 | 15.00 | 15.00 | 21.27 | 37,620.00 | 41.8% |
| NSIXX | 50,125 | 08/02/06 | 1.00 | 1.00 | 50,125 | 50,125.00 | 2.6% |
| PFE | 850 | 08/04/06 | 24.30 | 24.30 | 27.95 | $3,102.50 | 13.1% |
| RAI | 228 | 08/02/06 | 121.50 | 121.50 | 59.76 | (14,076.70) | 98.2% |
| T | 10 | 08/05/06 | 20.00 | 20.00 | 37.18 | 171.00 | 185.9% |
| T | 10 | 08/14/06 | 27.50 | 27.50 | 37.18 | 101.03 | 74.0% |
| T | 766 | 08/16/06 | 28.70 | 28.70 | 37.18 | 6,495.70 | 28.8% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

@ 003/011

THE MERRILL COMPANY

01/04/2015 14:43 FAX 8778609480



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT   AS OF 12/30/06

|  |  | Account Number | Portfolio Value |
| --- | --- | --- | --- |
|  |  | as of 12/30/06 |  |
|  |  | 69 560330 | $2,407,500.70 |

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TCRXX | 40,150 | 08/16/06 | 1.00 | 1.00 | 40,150 | 1,038.00 | 2.5% |
| TCRXX | 295,000 | 08/16/06 | 1.00 | 1.00 | 295,000 | 8,260.00 | 2.8% |
| TM | 250 | 08/18/06 | 101.33 | 101.33 | 132.57 | 7,810.00 | 30.8% |
| TM | 386 | 08/20/06 | 106.00 | 106.00 | 132.57 | 10,256.00 | 125.1% |
| TREMX | 600 | 09/10/06 | 20.01 | 28.01 | 32.04 | 2,480.90 | 14.4% |
| UIS | 1 | 09/22/06 | 5.00 | 5.00 | 8.49 | 3.49 | 41.1% |
| UIS | 6 | 09/22/06 | 5.00 | 5.00 | 8.49 | 20.90 | 41.1% |
| UIS | 50 | 09/26/06 | 4.00 | 4.00 | 8.49 | 394.00 | 52.9% |

### BONDS

|  | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 240523 FX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/012015 TX EXMPT | 75,000 | $105.829 | $105.829 | $ 79,245.25 | $ 79,245.25 | 50.00 | Cash | $ 3,750.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

004/011

THE MERRILL COMPANY

01/04/2015  14 44  FAX  8778809480



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 37383RP5 GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $107.326 | $107.326 | $154,500.00 | $154,500.00 | % 0.00 | Cash | $ 9,000.00 |
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $103.122 | $103.122 | $206,000.09 | $206,000.09 | 0.00% | Cash | $12,000.00 |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.914 | $110.914 | $89,175.00 | $89,175.00 | 0.00% | Cash | $ 4,350.00 |
| 283836DS5 AT&T 1963 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $114,000.00* | 0.00 | Cash | $ 0.00 |

\*     General obligation debenture payable at maturity 05/28/08

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS          $87,100.00

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships

@007/011

THE MERRILL COMPANY

01/04/2015  14 45  FAX  8778608480



## Merrill Lynch

### Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | Account Number | Portfolio Value as of 12/30/06 |
|---|---|---|
| | 69 560330 | $2,407,500.70 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **7367754EX6** PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.772 | $108.772 | $154,500.00 | $154,500.00 | $0.00 | Cash | $ 9,000.00 |
| **74265LRRI** PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $108.404 | $108.404 | $154,125.00 | $154,125.00 | $0.00 | Cash | $ 8,250.00 |
| **833119SY7** SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $103.582 | $107.639 | $ 82,000.00 | $ 82,000.00 | $2.639 | Cash | $ 4,000.00 |
| **77303B1Q6** ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $106.373 | $106.373 | $102,750.00 | $102,750.00 | $ 0.00 | Cash | $ 5,500.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/30/06

*Sent 21,250,58 in 2006*

| | | Account Number | Portfolio Value as of 12/30/06 |
|---|---|---|---|
| | | 69 560330 | $2,407,500.70 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 241174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $111.186 | $111.186 | $227,796.50 | $227,796.50 | $0.00 | Cash | $10,500.00 |
| 483836LF5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SCBDS SER 2000 TX EXMPT | 150,000.00 | $103.621 | $103.621 | $154,875.00 | $154,875.00 | $0.00 | Cash | $9,750.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $106.162 | $106.162 | $205,500.00 | $205,500.00 | $0.00 | Cash | $11,000.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

Page 4 of 8

# THE MERRILL COMPANY

## FACSIMILE TRANSMITTAL SHEET

| To: | From: |
|---|---|
| Robbie S. Johnson | Naresh Ghana - CLIENT SERVICES |
| **FAX NUMBER:** | **Date:** |
| 561-798-6342 | March 23, 2007 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
|  | 11 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 561-798-0824 | 63-560330; 63-62481; W-808268, DT-4033262 |
| **Re:** | **YOUR REFERENCE NUMBER:** |
| 2006 Consolidated Account Statement |  |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. Johnson:

Attached please find a consolidated summary of your 2006 Year End Account Statement consolidating both equities and bonds in accounts 63-560330 and DT-4033262. Please note the DT account has now been closed. Should you have an questions, please contact your account representatives. Your quarterly report ending 03/25/07 will follow later today.

Regards,

Naresh Ghana

Assistant to Mr. Johnson



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

*Final Set Combined w/ 63-560330*

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/30/06

### TOTAL INVESTMENT VALUE    $ 157,500.00

*Closed – I think*

| | Account Number | Portfolio Value as of 12/30/06 |
|---|---|---|
| | DT-4033262 | $ 157,500.00 |

**GENERAL INVESTMENT ACCOUNTS**          **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| HPQ | 500 | 07/30/06 | 28.50 | 28.50 | 38.50 | $5,000.00 | 26.0% |
| HPQ | 500 | 08/04/06 | 30.25 | 30.25 | 38.75 | $4,250.00 | 21.9% |
| PFE | 850 | 08/04/06 | 24.30 | 24.30 | 27.95 | $3,102.50 | 13.1% |

**BONDS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $114,000.00* | 0.00 | Cash | S | 0.00 |

\*    General obligation debenture payable at maturity 05/28/08

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF SEP ACCOUNT    AS OF 12/15/07

### TOTAL SEP INVESTMENT VALUE          $ 218,222.00

| | | Account Number | Portfolio Value as of 12/15/07 |
|---|---|---|---|
| | | 63-624821 | $ 218,222.00 |

**GENERAL INVESTMENT ACCOUNTS**                    **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 27.00 | 28.50 | 9,180.00 | 5.26% |
| HPQ | 105 | 10/21/06 | 33.35 | 45.41 | 50.45 | 57.50 | 1.09% |
| TCRXX 6.00% * | 51,500 | 10/24/06 | 1.00 | 1.00 | $61,222.00 | 10,432.00 | 0.90% |

•    **Reinvested Bond Interest Payments**

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF SEP ACCOUNT   AS OF 11/03/07

### TOTAL SEP INVESTMENT VALUE    $ 208,761.42

|  |  |  |  |  | **Account Number** 63-624821 | **Portfolio Value as of 11/03/07** $ 208,761.42 |  |
|---|---|---|---|---|---|---|---|

**GENERAL INVESTMENT ACCOUNTS**     **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 31.45 | 27.00 | (30,600.00) | (17.18%) |
| HPQ | 105 | 10/21/06 | 33.35 | 45.41 | 50.45 | 57.50 | 1.09% |
| TCRXX 6.00% * | 51,500 | 10/24/06 | 1.00 | 1.00 | $51,000.00 | 190.17 | 0.50% |

\*    Reinvested Bond Interest Payments

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF SEP ACCOUNT    AS OF 10/02/07

### TOTAL SEP INVESTMENT VALUE        $ 249,994.00

|  |  | Account Number | Portfolio Value as of 10/02/07 |
|---|---|---|---|
|  |  | 63-624821 | $ 249,994.00 |

**GENERAL INVESTMENT ACCOUNTS**                    **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 31.45 | 33.00 | 9,486.00 | 4.90% |
| HPQ | 105 | 10/21/06 | 33.35 | 45.41 | 50.90 | 576.45 | 10.89% |
| TCRXX 6.00% | 36,500 | 10/24/06 | 1.00 | 1.00 | $38,034.00 | 188.30 | 0.50% |

*[handwritten: 8k 3300]*

*[handwritten: rest in TCRxx?]*

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

# Merrill Lynch

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF SEP ACCOUNT    AS OF 08/15/07

### TOTAL SEP INVESTMENT VALUE        $ 228,324.10

|  |  | Account Number | Portfolio Value as of 08/15/07 |
|---|---|---|---|
|  |  | 63-624821 | $ 228,324.10 |

**GENERAL INVESTMENT ACCOUNTS**                **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 39.13 | 32.50 | (42,850.20) | (9.7%) |
| HPQ | 105 | 10/21/06 | 33.35 | 45.41 | 46.15 | 78.10 | (0.6%) |
| TCRXX 6.25% | 36,500 | 10/24/06 | 1.00 | 1.00 | $37,657.00 | 196.50 | 0.5% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF SEP ACCOUNT    AS OF 06/29/07

## TOTAL SEP INVESTMENT VALUE        $ 271,086.40

|  |  |  |  |  | Account Number | Portfolio Value as of 06/29/07 | |
|  |  |  |  |  | 63-624821 | $ 271,086.40 | |
| **GENERAL INVESTMENT ACCOUNTS** | | | | **EQUITIES** | | ~186 / 85,086 | |
| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
| CX | 6,120 | 10/20/06 | 31.00 | 39.13 | 39.13 | (10,771.20) | (4.7%) |
| HPQ | 105 | 10/21/06 | 33.35 | 45.41 | 45.19 | ( 23.10) | (0.6%) |
| TCRXX 6.25% | 36,500 | 10/24/06 | 1.00 | 1.00 | $37,657.00 | 202.90 | 0.5% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF SEP ACCOUNT   AS OF 05/31/07

### TOTAL SEP INVESTMENT VALUE         $ 281,697.80

*made 43,000*

| | | | | | Account Number | Portfolio Value as of 05/31/07 |
| | | | | | 63-624821 | $ 281,697.80 |

**GENERAL INVESTMENT ACCOUNTS**                **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| CX | 6,120 | 10/20/06 | 31.00 | 32.29 | 39.13 | 41,860.80 | 17.5% |
| HPQ | 105 | 10/21/06 | 33.35 | 38.50 | 45.41 | 725.60 | 15.8% |
| TCRXX 6.25% | 36,500 | 10/24/06 | 1.00 | 1.00 | $37,454.10 | 194.10 | 0.5% |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

Merrill Capital Management -

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT     AS OF 12/15/07

## TOTAL INVESTMENT VALUE        ~~$2,222,513.00~~

| | Account Number | Portfolio Value as of 12/15/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,251,010.00 | |
| TOTAL EQUITIES | | $ 493,023.00 | 32.70 % |
| TOTAL BONDS | | $1,777,630.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 218,222.00 | |
| TOTAL EQUITIES | | $ 218,222.00 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 201,302.00 | 100% |
| TOTAL EQUITIES | | $ 201,302.00 | |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT

AS OF 12/15/07

| | Account Number | Portfolio Value as of 12/15/07 |
|---|---|---|
| | 69 560330 | $2,222,513.00 |

GENERAL INVESTMENT ACCOUNTS -     EQUITIES

| Symbol | | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|---|
| DNA | | 100 | 07/29/06 | 78.20 | 73.50 | 67.50 | (600.00) | (2.25%) |
| DNA | | 175 | 07/29/06 | 74.50 | 73.50 | 67.50 | (1,050.00) | (2.92%) |
| FDX | | 100 | 07/30/06 | 82.75 | 97.25 | 93.25 | (800.00) | (0.90%) |
| FDX | | 200 | 07/30/06 | 99.25 | 97.25 | 93.25 | (1,600.00) | (0.90%) |
| HPQ | | 1,450 | 07/30/06 | 33.05 | 50.45 | 51.17 | 1,087.00 | 2.01% |
| HPQ | | 500 | 07/30/06 | 28.50 | 50.45 | 51.17 | 375.25 | 1.89% |
| HPQ | | 500 | 08/04/06 | 30.25 | 50.45 | 51.17 | 375.25 | 1.89% |
| IBM | | 5 | 08/01/06 | 71.00 | 106.22 | 108.52 | 11.52 | 1.25% |
| IBM | | 473 | 07/23/07 | 102.00 | 102.00 | 108.52 | 2,839.00 | 4.22% |
| IBM | SOLD (opt) | 473 | 12/03/07 | 108.52 | 108.52 | 108.52 | 2,839.00 | |
| RAI | | 228 | 08/02/06 | 121.50 | 70.49 | 71.50 | 229.00 | 1.13% |
| T | | 10 | 08/05/06 | 20.00 | 38.42 | 40.15 | 15.00 | 5.30% |
| T | | 10 | 08/14/06 | 27.50 | 38.42 | 40.15 | 15.00 | 5.30% |
| T | | 766 | 08/16/06 | 28.70 | 38.42 | 40.15 | 1,149.00 | 4.29% |
| T | SOLD (opt) | 913 | 09/07/07 | 22.05 | 40.15 | 40.15 | 16,434.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/15/07

| | | Account Number as of 12/15/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,222,513.00 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 201,634.18 | 003.00 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,970.25 | 168.07 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 110.69 | 105.73 | (1,251.01) | (2.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 110.69 | (1,0930.00) | (3.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 39.18 | 39.28 | 60.00 | 0.50% |
| UIS | 1 | 09/22/06 | 5.00 | 4.91 | 5.02 | 0.11 | 0.01% |
| UIS | 6 | 09/22/06 | 5.00 | 4.91 | 5.02 | 0.60 | 0.01% |
| UIS | 50 | 09/26/06 | 4.00 | 4.91 | 5.02 | 5.11 | 0.65% |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $108.229 | $108.229 | $ 79,040.05 | $ 79,040.05 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/15/07

| | Account Number | Portfolio Value as of 12/15/07 |
|---|---|---|
| | 69 560330 | $2,222,513.00 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **261174EG7** DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $230,222.50 | $233,222.50 | $0.00 | Cash | $10,750.00 |
| **483836LP5** KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $104.621 | $102.321 | $149.875.00 | $149,875.00 | $0.00 | Cash | $10,650.00 |
| **64971PCY9** NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | | | **Account Number** | | **Portfolio Value**<br>**as of 12/15/07** | | | |
| | | | 69 560330 | | $2,222,513.00 | | | |

**BONDS**

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **7367754EX6**<br>**PORTLAND ORE WTR SYS**<br>**REV WTR SYS REV BDS**<br>**06.00% 10/01/2014 SER. 2006A**<br>**TX EXMPT** | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $9,325.00 |
| **74265LRR1**<br>**PRIVATE COLLEGES & UNIVS**<br>**AUTH OHIO REV 05.50%**<br>**09/01/2014 REV BDS 2005A** | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $8,250.00 |
| **833119SY7**<br>**SNOHOMISH CNTY WASH SCH**<br>**DIST NO 002 05.00% 06/1/2011**<br>**INSURED BY FSA ST SCH AID**<br>**PROGRAM MOODYS Aaa/**<br>**S&P AAA**<br>**TX EXMPT** | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $84,247.00 | $0.00 | Cash | $3,898.00 |
| **773038BQ6**<br>**ROCKDALE CNTY GA WTR &**<br>**SWR AUTH REV 05.50%**<br>**07/01/2029 INSURED BY MBIA**<br>**REVENUE MOODYS Aaa/**<br>**S&P AAA**<br>**TX EXMPT** | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

**Merrill Lynch**

| | BONDS (Continued) | | Account Number | | 69 560330 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00* | 0.00 | Cash | $    0.00 |
| 383806DT3 AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00* | 0.00 | Cash | $    0.00 |
| 186822DS3 AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $    0.00 |



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S Aa/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $ | 0.00 |
| 6273843LT1 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 0525% 12/01/2015 No 61 ELGIN GO SC BDS SER.2009 TX EXMPT | 20,742.00 | $ 20,742.00 | $ 20,742.00 | $ 20,742.00 | $ 20,742.00 | 0.00 | Cash | | |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS    $106.225.00

# Merrill Lynch

**Merrill Capital Management -**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## RECAP OF BOND INTEREST PAID TO DATE    AS OF 12/15/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|----------|-----------|--------|--------|----------|
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% | 11/30/07 | $ 6,000.00 | reinvested | TCRXX * |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 01/05/07 | $ 1,875.00 | reinvested | TCRXX * |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 11/30/07 | $ 5,250.00 | reinvested | TCRXX * |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX |
| 373383RP5 GEORGIA ST G O BDS SERIES  B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 12/03/07 | $ 5,325.00 | reinvested | TCRXX ** |
| 6497IPCY9 NEW YORK CITY INDL DEV  REV 05.50% | 01/03/07 | $ 6,140.00 | reinvested | TCRXX |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 11/01/07 | $ 4,500.00 | reinvested | TCRXX * |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 12/03/07 | $ 4,125.00 | reinvested | TCRXX * |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX ** |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 12/15/07 | $ 2,805.00 | reinvested | TCRXX * |
| 833119SY7 SNOHOMISH CNTY WASH SCH  DIST NO 002 05.00% | 09/27/07 | $ 1,947.00 | reinvested | TCRXX ** |

**TOTAL BOND REVENUE PAID TO DATE**    $ 74,725.00    *— Some ?*

**\* BOND REVENUE PAID THIS STATEMENT**    $ 24,522.00

**\*\* Indicates supplemental payment by Treasurer of State of governmental entity per class action if U.S. District Court Case No. 2007M2957-LLJ**

**Merrill Lynch**

Merrill Capital Management –

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

*as of date of mailing*

## RECAP OF BOND INTEREST PAID TO DATE    AS OF 11/03/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY | |
|----------|-----------|--------|--------|----------|---|
| 223662ES2 COWETA CNTY SCII SYS GO BDS SER. 2005 06.00% | 11/30/07 | $ 6,000.00 | reinvested | TCRXX * | *Aug + Feb 06 + Aug 07* |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 01/05/07 | $ 1,875.00 | reinvested | TCRXX * | *Oct / supposed to pay Oct 1* |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTII GA REV 5.25% | 11/30/07 | $ 5,250.00 | reinvested | TCRXX * | *Aug + Feb* |
| 373377AM2 GEORGIA ST RD & AUTII FED IIWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX | |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX | |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCII 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX | |
| 64971PCY9 NEW YORK CITY INDL DEV REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX | |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 11/01/07 | $ 4,500.00 | reinvested | TCRXX * | *Oct* |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OIIIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX * | *Sept* |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTII REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX | |
| 833119SY7 SNOIIOMISII CNTY WASII SCH DIST NO 002 05.00% | 09/27/07 | $ 4,000.00 | reinvested | TCRXX | |

## TOTAL BOND REVENUE PAID TO DATE           $ 74,725.00

## * BOND REVENUE PAID THIS STATEMENT        $ 16,500.00

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

### TOTAL INVESTMENT VALUE    $2,222,513.00

| | Account Number | Portfolio Value as of 11/03/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,222,513.00 | |
| TOTAL EQUITIES | | $ 465,703.00 | 32.70 % |
| TOTAL BONDS | | $1,756,810.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 208,761.42 | |
| TOTAL EQUITIES | | $ 208,761.42 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 198,502.00 | 100% |
| TOTAL EQUITIES | | $ 198,502.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management -**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

|  | Account Number | Portfolio Value as of 11/03/07 |
|---|---|---|
|  | **69 560330** | **$2,222,513.00** |

**GENERAL INVESTMENT ACCOUNTS -**               **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| DNA | 100 | 07/29/06 | 78.20 | 74.00 | 73.50 | (945.00) | (8.70%) |
| DNA | 175 | 07/29/06 | 74.50 | 74.00 | 73.50 | (1,683.55) | (8.70%) |
| FDX | 100 | 07/30/06 | 82.75 | 108.00 | 97.25 | (805.00) | (0.90%) |
| FDX | 200 | 07/30/06 | 99.25 | 108.00 | 97.25 | (1,883.00) | (0.90%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 46.15 | 50.45 | 25.50 | 0.19% |
| HPQ | 500 | 07/30/06 | 28.50 | 46.15 | 50.45 | 12.25 | 0.19% |
| HPQ | 500 | 08/04/06 | 30.25 | 46.15 | 50.45 | 25.50 | 0.19% |
| IBM | 5 | 08/01/06 | 71.00 | 111.23 | 106.22 | (50.00) | (10.05%) |
| RAI | 228 | 08/02/06 | 121.50 | 64.70 | 70.49 | 2,047.00 | 9.18% |
| T | 10 | 08/05/06 | 20.00 | 39.10 | 38.42 | (40.00) | (10.30%) |
| T | 10 | 08/14/06 | 27.50 | 39.10 | 38.42 | (40.10) | (10.30%) |
| T | 766 | 08/16/06 | 28.70 | 39.10 | 38.42 | (3,064.00) | (11.89%) |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

| | | Account Number as of 11/03/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | 52,222,513.00 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 200,634.18 | 998.00 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,806.95 | 164.03 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 110.69 | (2,001.20) | ( 6.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 110.69 | (3,088.00) | ( 6.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.25 | 39.18 | 900.00 | 1.80% |
| UIS | 1 | 09/22/06 | 5.00 | 7.50 | 4.91 | 2.66 | 0.00% |
| UIS | 6 | 09/22/06 | 5.00 | 7.50 | 4.91 | (31.92) | 0.00% |
| UIS | 50 | 09/26/06 | 4.00 | 7.50 | 4.91 | (100.12) | 0.00% |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $108.229 | $108.229 | $ 79,240.05 | $ 79,240.05 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

# Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

|  | Account Number | Portfolio Value as of 11/03/07 |
|---|---|---|
|  | 69 560330 | $2,222,513.00 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $104.621 | $105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

# Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL COMPANY, A DIVISION OF MERRILL LYNCH, INC

| | | | | Account Number | Portfolio Value as of 11/03/07 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 69 560330 | $2,222,513.00 | | | |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $9,325.00 |
| 74265LRRI PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Ann/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $84,247.00 | $0.00 | Cash | $3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Ann/ S&P AAA TX EXMPT | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

| | BONDS (Continued) | | | Account Number | 69 560330 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 373383RP5<br>GEORGIA ST G O BDS SERIES<br>B 06.00% 05/01/2019 UNLTD GEN<br>OBLIGATION MOODY'S Aaa/<br>S&P AAA PREFER<br>TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| 223662ES2<br>COWETA CNTY SCH SYS GO<br>BDS SER. 2005 06.00% 02/01/2013<br>UNLIMITED GEN OBLIG<br>MOODY'S Aaa/S&P AAA<br>TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| 373377AM2<br>GEORGIA ST RD & AUTH FED<br>HWY GRNT 05.00% 06/01/2016<br>INSURED BY MBIA REVENUE<br>MOODY'S Aaa/S&P AAA<br>TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| 283836DS5<br>AT&T 1968 GEN REV CORP<br>BDS 02.05% PREFER MOODY'S<br>Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00* | 0.00 | Cash | $    0.00 |
| 383806DT3<br>AT&T 1963 GEN REV CORP<br>BDS 01.58% PREFER MOODY'S<br>Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00* | 0.00 | Cash | $    0.00 |
| 186822DS3<br>AT&T 1960 GEN REV CORP<br>BDS 01.48% PREFER MOODY'S<br>Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $    0.00 |



Merrill Capital Management–

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S Aa/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $ 0.00 |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS    $96,391.00

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT

AS OF 10/02/07

TOTAL INVESTMENT VALUE          $2,292,408.00

| | | Account Number | Portfolio Value as of 10/02/07 | Percentage of Total |
|---|---|---|---|---|

### GENERAL INVESTMENT ACCOUNTS

| | Account Number | Portfolio Value | Percentage |
|---|---|---|---|
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,292,408.00 | |
| TOTAL EQUITIES | | $ 522,708.00 | 32.70 % |
| TOTAL BONDS | | $1,756,810.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 228,324.10 | |
| TOTAL EQUITIES | | $ 228,324.10 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 207,692.00 | 100% |
| TOTAL EQUITIES | | $ 207,692.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## RECAP OF BOND INTEREST PAID TO DATE          AS OF 10/02/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 07/05/07 | $ 1,875.00 | reinvested | TCRXX |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 08/07/07 | $ 5,250.00 | reinvested | TCRXX |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX |
| 373383RP5 GEORGIA ST G O BDS SERIES  B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX |
| 64971PCY9 NEW YORK CITY INDL DEV  REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX |
| 7367754EX6  PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 04/30/07 | $ 4,500.00 | reinvested | TCRXX |
| 74265LRRI  PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX |
| 833119SY7 SNOHOMISH CNTY WASH SCH  DIST NO 002 05.00% | 09/27/07 | $ 4,000.00 | reinvested | TCRXX |

## TOTAL BOND REVENUE PAID TO DATE            $ 58,225.00

Coweta 6156  Aug '06, Feb 07, Aug 07
Private Colleges Ohio 9/29 ?



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 10/02/07

|  | Account Number | Portfolio Value as of 10/02/07 |
|---|---|---|
|  | 69 560330 | $2,292,408.00 |

**GENERAL INVESTMENT ACCOUNTS -**                    **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| DNA | 100 | 07/29/06 | 78.20 | 74.00 | 79.55 | 555.00 | 7.80% |
| DNA | 175 | 07/29/06 | 74.50 | 74.00 | 79.55 | 883.75 | 7.80% |
| FDX | 100 | 07/30/06 | 82.75 | 108.00 | 105.95 | (205.00) | (0.90%) |
| FDX | 200 | 07/30/06 | 99.25 | 108.00 | 108.00 | (410.00) | (0.90%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 46.15 | 50.90 | 6,887.50 | 10.29% |
| HPQ | 500 | 07/30/06 | 28.50 | 46.15 | 50.90 | 2,375.00 | 10.29% |
| HPQ | 500 | 08/04/06 | 30.25 | 46.15 | 50.90 | 2,375.00 | 10.29% |
| IBM | 5 | 08/01/06 | 71.00 | 111.23 | 116.92 | 25.00 | 4.50% |
| RAI | 228 | 08/02/06 | 121.50 | 64.70 | 61.64 | (697.00) | (1.28%) |
| T | 10 | 08/05/06 | 20.00 | 39.10 | 42.42 | 34.10 | 1.30% |
| T | 10 | 08/14/06 | 27.50 | 39.10 | 42.42 | 34.10 | 1.30% |
| T | 766 | 08/16/06 | 28.70 | 39.10 | 42.42 | 2,543.12 | 8.49% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 10/02/07

| | | Account Number as of 10/02/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,292,408.00 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 199,696.19 | 1089.19 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,643.95 | 1836.00 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 118.14 | (1,247.50) | ( 4.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 118.14 | (1,926.14) | ( 4.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.25 | 37.65 | 1,440.00 | 6.81% |
| UIS | 1 | 09/22/06 | 5.00 | 7.50 | 7.50 | 0.00 | 0.00% |
| UIS | 6 | 09/22/06 | 5.00 | 7.50 | 7.50 | 0.00 | 0.00% |
| UIS | 50 | 09/26/06 | 4.00 | 7.50 | 7.50 | 0.00 | 0.00% |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 83,140.83 | $ 83,140.83 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management** -

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 10/02/07

### BONDS

| Account Number | Portfolio Value as of 10/02/07 |
|---|---|
| 69 560330 | $2,298,408.00 |

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | 150,000.00 | $104.621 | $105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | | | | Account Number<br>**69 560330** | Portfolio Value<br>as of 10/02/07<br>**$2,292,408.00** | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **BONDS** | | | | | |
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| **7367754EX6**<br>PORTLAND ORE WTR SYS<br>REV WTR SYS REV BDS<br>06.00% 10/01/2014 SER. 2006A<br>TX EXMPT | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $9,325.00 |
| **74265LRR1**<br>PRIVATE COLLEGES & UNIVS<br>AUTH OHIO REV 05.50%<br>09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $8,250.00 |
| **833119SY7**<br>SNOHOMISH CNTY WASH SCH<br>DIST NO 002 05.00% 06/1/2011<br>INSURED BY FSA ST SCH AID<br>PROGRAM MOODYS Aaa/<br>S&P AAA<br>TX EXMPT | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $84,247.00 | $0.00 | Cash | $3,898.00 |
| **773038BQ6**<br>ROCKDALE CNTY GA WTR &<br>SWR AUTH REV 05.50%<br>07/01/2029 INSURED BY MBIA<br>REVENUE MOODYS Aaa/<br>S&P AAA<br>TX EXMPT | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



Merrill Capital Management-

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **373383RP5** GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| **223662ES2** COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| **373377AM2** GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| **283836DS5** AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00* | 0.00 | Cash | $ 0.00 |
| **383806DT3** AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00* | 0.00 | Cash | $ 0.00 |
| **186822DS3** AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $ 0.00 |

# Merrill Lynch

**Merrill Capital Management –**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## BONDS (Continued)  Account Number  69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S An/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $  0.00 |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS   $96,391.00

**Merrill Lynch**     Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

### BONDS (Continued)   Account Number   69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S Aa/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash S | 0.00 |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS

$94,359.00 + AT+T?

*(handwritten)* money put in m.mkt 8/16/06
Bond interest Sept on ?

### RECAP OF BOND INTEREST PAID TO DATE

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|---|---|---|---|---|
| *april + Oct* | | | | |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 07/05/07 | $ 1,875.00 | reinvested | TCRXX 1895 |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 08/07/07 | $ 5,250.00 | reinvested | TCRXX — Feb? 5375 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX Jan? 5325 |
| 64971PCY9 NEW YORK CITY INDL DEV REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX Jan? 6425 |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 04/30/07 | $ 4,500.00 | reinvested | TCRXX 4162.50 |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX ✓ |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX Jan? 2805 |

**TOTAL BOND REVENUE PAID TO DATE**    $ 28,875.00

*(handwritten)* Snohomish Dec + June # 1949 av ✓
Coweta Cnty Schools   6156 Feb + Aug + Aug
07  06? 07

07? 06?
Georgia St Rd + Hwy June + Dec # 2221 ✓
Georgia St 60 Bds May + Nov 4740 ✓
07? 06?



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

### TOTAL INVESTMENT VALUE    $2,252,268.50

| | Account Number | Portfolio Value as of 08/15/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| **ROBBIE S. JOHNSON REVOCABLE TRUST** | 63-560330 | $2,252,268.50 | |
| TOTAL EQUITIES | | $ 510,298.50 | 32.70 % |
| TOTAL BONDS | | $1,741,970.50 | 67.30 % |
| **ROBBIE S. JOHNSON – SEP** | 63-624821 | $ 228,324.10 | |
| TOTAL EQUITIES | | $ 228,324.10 | 100% |
| **LORRAINE WAGMAN REVOCABLE TRUST (REVISED)** | W-808268 | $ 207,692.00 | 100% |
| TOTAL EQUITIES | | $ 207,692.00 | |

*(handwritten:)*
2252268
– 2137,667
114,601
made

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

| | | Account Number | Portfolio Value as of 08/15/07 |
| --- | --- | --- | --- |
| | | 69 560330 | $2,252,268.50 |

**GENERAL INVESTMENT ACCOUNTS -**                          **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DNA | 100 | 07/29/06 | 78.20 | 82.17 | 74.00 | (268.00) | (3.5%) |
| DNA | 175 | 07/29/06 | 74.50 | 82.17 | 74.00 | (469.00) | (3.6%) |
| FDX | 100 | 07/30/06 | 82.75 | 112.55 | 108.00 | (310.00) | (1.7%) |
| FDX | 200 | 07/30/06 | 99.25 | 112.55 | 108.00 | (716.00) | (1.7%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 45.41 | 46.15 | 217.00 | 0.3% |
| HPQ | 500 | 07/30/06 | 28.50 | 45.41 | 46.15 | $ 75.00 | 0.3% |
| HPQ | 500 | 08/04/06 | 30.25 | 45.41 | 46.15 | $ 75.00 | 0.3% |
| IBM | 5 | 08/01/06 | 71.00 | 104.80 | 111.23 | 23.80 | 1.1% |
| RA1 | 228 | 08/02/06 | 121.50 | 64.70 | 67.50 | 419.00 | 1.3% |
| T | 10 | 08/05/06 | 20.00 | 40.52 | 39.10 | (26.10) | 1.3% |
| T | 10 | 08/14/06 | 27.50 | 40.52 | 39.10 | (26.10) | 1.3% |
| T | 766 | 08/16/06 | 28.70 | 40.52 | 39.10 | (1,999.30) | 2.9% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT

AS OF 08/15/07

| | Account Number as of 08/15/07 | Portfolio Value |
|---|---|---|
| 69 560330 | $2,252,268.50 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 197,719.20 | 1065.20 | 0.5% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 28,875.00 | 0.00 | 0.0% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 127.68 | (2,420.00) | (8.2%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 127.68 | (3,736.50) | (8.2%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.19 | 35.25 | (465.00) | (0.5%) |
| UIS | 1 | 09/22/06 | 5.00 | 8.19 | 7.50 | (1.70) | (1.1%) |
| UIS | 6 | 09/22/06 | 5.00 | 8.19 | 7.50 | (9.90) | (1.1%) |
| UIS | 50 | 09/26/06 | 4.00 | 8.19 | 7.50 | (82.50) | 1.7% |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 81,113.00 | $ 81,113.00 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

|  | Account Number | Portfolio Value as of 08/15/07 |
|---|---|---|
|  | 69 560330 | $2,223,393.50 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 150,000.00 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | | $104.621 | $ 105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.
Page 4 of 9

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | Account Number | Portfolio Value as of 08/15/07 |
|---|---|---|
| | 69 560330 | $2,223,393.50 |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $156,600.00 | $156,600.00 | $0.00 | Cash | $9,325.00 |
| 74265LRR1 PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $156,045.50 | $0.00 | Cash | $8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $82,193.00 | $341.00 | Cash | $3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $109.273 | $109.273 | $105,750.00 | $106,234.00 | $484.70 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

**Merrill Capital Management**

| | BONDS (Continued) | | Account Number | | 69 560330 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $209,181.00 | 0.00% | Cash | $12,312.00 |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $117,000.00* | 0.00 | Cash | $   0.00 |
| 383806DT3 AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $138,250.00* | 0.00 | Cash | $   0.00 |
| 186822DS3 AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30.150.00 | $30,150.00* | 0.00 | Cash | $   0.00 |

**Merrill Lynch**

Merrill Capital Management –

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/15/07

### TOTAL INVESTMENT VALUE        $2,222,513.00

| | Account Number | Portfolio Value as of 12/15/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,251,010.00 | |
| TOTAL EQUITIES | | $ 493,023.00 | 32.70 % |
| TOTAL BONDS | | $1,777,630.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 218,222.00 | |
| TOTAL EQUITIES | | $ 218,222.00 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 201,302.00 | 100% |
| TOTAL EQUITIES | | $ 201,302.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT     AS OF 12/15/07

| | Account Number | Portfolio Value as of 12/15/07 |
|---|---|---|
| | 69 560330 | $2,222,513.00 |

**GENERAL INVESTMENT ACCOUNTS –**     **EQUITIES**

| Symbol | | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|---|
| DNA | | 100 | 07/29/06 | 78.20 | 73.50 | 67.50 | (600.00) | (2.25%) |
| DNA | | 175 | 07/29/06 | 74.50 | 73.50 | 67.50 | (1,050.00) | (2.92%) |
| FDX | | 100 | 07/30/06 | 82.75 | 97.25 | 93.25 | (800.00) | (0.90%) |
| FDX | | 200 | 07/30/06 | 99.25 | 97.25 | 93.25 | (1,600.00) | (0.90%) |
| HPQ | | 1,450 | 07/30/06 | 33.05 | 50.45 | 51.17 | 1,087.00 | 2.01% |
| HPQ | | 500 | 07/30/06 | 28.50 | 50.45 | 51.17 | 375.25 | 1.89% |
| HPQ | | 500 | 08/04/06 | 30.25 | 50.45 | 51.17 | 375.25 | 1.89% |
| IBM | | 5 | 08/01/06 | 71.00 | 106.22 | 108.52 | 11.52 | 1.25% |
| IBM | | 473 | 07/23/07 | 102.00 | 102.00 | 108.52 | 2,839.00 | 4.22% |
| IBM | SOLD (opt) | 473 | 12/03/07 | 108.52 | 108.52 | 108.52 | 2,839.00 | |
| RAI | | 228 | 08/02/06 | 121.50 | 70.49 | 71.50 | 229.00 | 1.13% |
| T | | 10 | 08/05/06 | 20.00 | 38.42 | 40.15 | 15.00 | 5.30% |
| T | | 10 | 08/14/06 | 27.50 | 38.42 | 40.15 | 15.00 | 5.30% |
| T | | 766 | 08/16/06 | 28.70 | 38.42 | 40.15 | 1,149.00 | 4.29% |
| T | SOLD (opt) | 913 | 09/07/07 | 22.05 | 40.15 | 40.15 | 16,434.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/15/07

|  | | | | | | Account Number as of 12/15/07 | Portfolio Value |
|---|---|---|---|---|---|---|---|
|  | | | | | 69 560330 | $2,222,513.00 | |

## GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 201,634.18 | 003.00 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,970.25 | 168.07 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 110.69 | 105.73 | (1,251.01) | (2.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 110.69 | (1,0930.00) | (3.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 39.18 | 39.28 | 60.00 | 0.50% |
| UIS | 1 | 09/22/06 | 5.00 | 4.91 | 5.02 | 0.11 | 0.01% |
| UIS | 6 | 09/22/06 | 5.00 | 4.91 | 5.02 | 0.60 | 0.01% |
| UIS | 50 | 09/26/06 | 4.00 | 4.91 | 5.02 | 5.11 | 0.65% |

## BONDS

|  | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $108.229 | $108.229 | $ 79,040.05 | $ 79,040.05 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 12/15/07

| | | | | Account Number | Portfolio Value as of 12/15/07 | | |
|---|---|---|---|---|---|---|---|
| | | | | 69 560330 | $2,222,513.00 | | |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $230,222.50 | $233,222.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 150,000.00 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | | $104.621 | $102.321 | $149,875.00 | $149,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | Account Number | Portfolio Value as of 12/15/07 |
|---|---|---|
| | 69 560330 | $2,222,513.00 |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $9,325.00 |
| 74265LRRL PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $84,247.00 | $0.00 | Cash | $3,898.00 |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

**Merrill Lynch**

| | BONDS (Continued) | | | Account Number | 69 560330 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00* | 0.00 | Cash | $ 0.00 |
| 383806DT3 AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00* | 0.00 | Cash | $ 0.00 |
| 186822DS3 AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $ 0.00 |



**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S An/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $    0.00 |
| 6273843LT1 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 0525% 12/01/2015 No 61 ELGIN GO SC BDS SER.2009 TX EXMPT | 20,742.00 | $ 20,742.00 | $ 20,742.00 | $ 20,742.00 | $ 20,742.00 | 0.00 | Cash | |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS    $106.225.00

 **Merrill Lynch**

**Merrill Capital Management -**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## RECAP OF BOND INTEREST PAID TO DATE          AS OF 12/15/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|---|---|---|---|---|
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% | 11/30/07 | $ 6,000.00 | reinvested | TCRXX * |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 01/05/07 | $ 1,875.00 | reinvested | TCRXX * |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 11/30/07 | $ 5,250.00 | reinvested | TCRXX * |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 12/03/07 | $ 5,325.00 | reinvested | TCRXX ** |
| 64971PCV9 NEW YORK CITY INDL DEV REV 05.50% | 01/03/07 | $ 6,140.00 | reinvested | TCRXX |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 11/01/07 | $ 4,500.00 | reinvested | TCRXX * |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 12/03/07 | $ 4,125.00 | reinvested | TCRXX * |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX ** |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 12/15/07 | $ 2,805.00 | reinvested | TCRXX * |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% | 09/27/07 | $ 1,947.00 | reinvested | TCRXX ** |

## TOTAL BOND REVENUE PAID TO DATE          $ 74,725.00 — *Some ?*

### * BOND REVENUE PAID THIS STATEMENT          $ 24,522.00

** Indicates supplemental payment by Treasurer of State of governmental entity per class action if U.S. District Court Case No. 2007M2957-LLJ

**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

*as of date of mailing*

## RECAP OF BOND INTEREST PAID TO DATE — AS OF 11/03/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY | |
|---|---|---|---|---|---|
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% | 11/30/07 | $ 6,000.00 | reinvested | TCRXX * | *Aug + Feb 06 + Aug 07* |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 01/05/07 | $ 1,875.00 | reinvested | TCRXX * | *oct / opposed to pay Oct 1* |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 11/30/07 | $ 5,250.00 | reinvested | TCRXX * | *Aug + Feb* |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX | |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX | |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX | |
| 64971PCY9 NEW YORK CITY INDL DEV REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX | |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 11/01/07 | $ 4,500.00 | reinvested | TCRXX * | *Oct* |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX * | *Sept* |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX | |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% | 09/27/07 | $ 4,000.00 | reinvested | TCRXX | |

**TOTAL BOND REVENUE PAID TO DATE**          $ 74,725.00

**\* BOND REVENUE PAID THIS STATEMENT**          $ 16,500.00

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

### TOTAL INVESTMENT VALUE        $2,222,513.00

| | Account Number | Portfolio Value as of 11/03/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,222,513.00 | |
| TOTAL EQUITIES | | $ 465,703.00 | 32.70 % |
| TOTAL BONDS | | $1,756,810.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 208,761.42 | |
| TOTAL EQUITIES | | $ 208,761.42 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 198,502.00 | 100% |
| TOTAL EQUITIES | | $ 198,502.00 | |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

Merrill Capital Management -

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

|  | Account Number | Portfolio Value as of 11/03/07 |
|---|---|---|
|  | 69 560330 | $2,222,513.00 |

### GENERAL INVESTMENT ACCOUNTS -    EQUITIES

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| DNA | 100 | 07/29/06 | 78.20 | 74.00 | 73.50 | (945.00) | (8.70%) |
| DNA | 175 | 07/29/06 | 74.50 | 74.00 | 73.50 | (1,683.55) | (8.70%) |
| FDX | 100 | 07/30/06 | 82.75 | 108.00 | 97.25 | (805.00) | (0.90%) |
| FDX | 200 | 07/30/06 | 99.25 | 108.00 | 97.25 | (1,883.00) | (0.90%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 46.15 | 50.45 | 25.50 | 0.19% |
| HPQ | 500 | 07/30/06 | 28.50 | 46.15 | 50.45 | 12.25 | 0.19% |
| HPQ | 500 | 08/04/06 | 30.25 | 46.15 | 50.45 | 25.50 | 0.19% |
| IBM | 5 | 08/01/06 | 71.00 | 111.23 | 106.22 | (50.00) | (10.05%) |
| RAI | 228 | 08/02/06 | 121.50 | 64.70 | 70.49 | 2,047.00 | 9.18% |
| T | 10 | 08/05/06 | 20.00 | 39.10 | 38.42 | (40.00) | (10.30%) |
| T | 10 | 08/14/06 | 27.50 | 39.10 | 38.42 | (40.10) | (10.30%) |
| T | 766 | 08/16/06 | 28.70 | 39.10 | 38.42 | (3,064.00) | (11.89%) |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 11/03/07

| | | Account Number as of 11/03/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,222,513.00 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 200,634.18 | 998.00 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,806.95 | 164.03 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 110.69 | (2,001.20) | ( 6.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 110.69 | (3,088.00) | ( 6.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.25 | 39.18 | 900.00 | 1.80% |
| UIS | 1 | 09/22/06 | 5.00 | 7.50 | 4.91 | 2.66 | 0.00% |
| UIS | 6 | 09/22/06 | 5.00 | 7.50 | 4.91 | (31.92) | 0.00% |
| UIS | 50 | 09/26/06 | 4.00 | 7.50 | 4.91 | (100.12) | 0.00% |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $108.229 | $108.229 | $ 79,240.05 | $ 79,240.05 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT     AS OF 11/03/07

|  | | Account Number | | Portfolio Value as of 11/03/07 |
|---|---|---|---|---|
|  | | 69 560330 | | $2,222,513.00 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 150,000.00 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | | $104.621 | $ 105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

# Merrill Lynch

## Merrill Capital Management

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | **Account Number** | **Portfolio Value as of 11/03/07** |
|---|---|---|
| | 69 560330 | $2,222,513.00 |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $ 9,325.00 |
| 74265LRR1 PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $ 8,250.00 |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $ 81,852.00 | $ 84,247.00 | $0.00 | Cash | $ 3,898.00 |
| 77303BBQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $ 5,610.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

| | BONDS (Continued) | | Account Number | 69 560330 | | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| 223662ES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| 283836DS5 AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00* | 0.00 | Cash | $   0.00 |
| 383806DT3 AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00* | 0.00 | Cash | $   0.00 |
| 186822DS3 AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $   0.00 |



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS (Continued)      Account Number   69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S Aa/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $   0.00 |

**TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS      $96,391.00**

# Merrill Lynch

**Merrill Capital Management --**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

*678-352-0091*

## CONSOLIDATED SUMMARY OF ACCOUNT

AS OF 10/02/07

TOTAL INVESTMENT VALUE        $2,292,408.00

*Sent* / *2,537,667 on 9/7*
*+ 13,126*
*2,550,793*

*2156 793*
*1 yr + 3 mo # 141,615 made*

| Account Number | Portfolio Value as of 10/02/07 | Percentage of Total |
|---|---|---|

| GENERAL INVESTMENT ACCOUNTS | | | |
|---|---|---|---|
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,292,408.00 | |
| TOTAL EQUITIES | | $ 522,708.00 | 32.70 % |
| TOTAL BONDS | | $1,756,810.00 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 228,324.10 | |
| TOTAL EQUITIES | | $ 228,324.10 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 207,692.00 | 100% |
| TOTAL EQUITIES | | $ 207,692.00 | |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.



**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## RECAP OF BOND INTEREST PAID TO DATE    AS OF 10/02/07

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 07/05/07 | $ 1,875.00 | reinvested | TCRXX |
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 08/07/07 | $ 5,250.00 | reinvested | TCRXX |
| 373377AM2 GEORGIA ST RD & AUTH FED HWY GRNT 05.00% | 09/27/07 | $ 4,350.00 | reinvested | TCRXX |
| 373383RP5 GEORGIA ST G O BDS SERIES B 06.00% | 09/27/07 | $ 9,000.00 | reinvested | TCRXX |
| 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX |
| 64971PCY9 NEW YORK CITY INDL DEV REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX |
| 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 04/30/07 | $ 4,500.00 | reinvested | TCRXX |
| 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX |
| 833119SY7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% | 09/27/07 | $ 4,000.00 | reinvested | TCRXX |

**TOTAL BOND REVENUE PAID TO DATE**                 **$ 58,225.00**

*Coweta 6156 Aug '06, Feb 07, Aug 07*
*Private Colleges Ohio 9/29?*



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF ACCOUNT     AS OF 10/02/07

|  |  |  | Account Number | Portfolio Value as of 10/02/07 |
|---|---|---|---|---|
|  |  |  | 69 560330 | $2,292,408.00 |

**GENERAL INVESTMENT ACCOUNTS -**                    **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| DNA | 100 | 07/29/06 | 78.20 | 74.00 | 79.55 | 555.00 | 7.80% |
| DNA | 175 | 07/29/06 | 74.50 | 74.00 | 79.55 | 883.75 | 7.80% |
| FDX | 100 | 07/30/06 | 82.75 | 108.00 | 105.95 | (205.00) | (0.90%) |
| FDX | 200 | 07/30/06 | 99.25 | 108.00 | 108.00 | (410.00) | (0.90%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 46.15 | 50.90 | 6,887.50 | 10.29% |
| HPQ | 500 | 07/30/06 | 28.50 | 46.15 | 50.90 | 2,375.00 | 10.29% |
| HPQ | 500 | 08/04/06 | 30.25 | 46.15 | 50.90 | 2,375.00 | 10.29% |
| IBM | 5 | 08/01/06 | 71.00 | 111.23 | 116.92 | 25.00 | 4.50% |
| RA1 | 228 | 08/02/06 | 121.50 | 64.70 | 61.64 | (697.00) | (1.28%) |
| T | 10 | 08/05/06 | 20.00 | 39.10 | 42.42 | 34.10 | 1.30% |
| T | 10 | 08/14/06 | 27.50 | 39.10 | 42.42 | 34.10 | 1.30% |
| T | 766 | 08/16/06 | 28.70 | 39.10 | 42.42 | 2,543.12 | 8.49% |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 10/02/07

| | | Account Number as of 10/02/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,292,408.00 | |

### GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 199,696.19 | 1089.19 | 0.6% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 32,643.95 | 1836.00 | 0.6% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 118.14 | (1,247.50) | ( 4.0%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 118.14 | (1,926.14) | ( 4.0%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.25 | 37.65 | 1,440.00 | 6.81% |
| UIS | 1 | 09/22/06 | 5.00 | 7.50 | 7.50 | 0.00 | 0.00% |
| UIS | 6 | 09/22/06 | 5.00 | 7.50 | 7.50 | 0.00 | 0.00% |
| UIS | 50 | 09/26/06 | 4.00 | 7.50 | 7.50 | 0.00 | 0.00% |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 83,140.83 | $ 83,140.83 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

# CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 10/02/07

|  | Account Number | Portfolio Value as of 10/02/07 |
|---|---|---|
|  | 69 560330 | $2,298,408.00 |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7<br>DOWNTOWN SMYRNA DEV<br>AUTH GA REV REF<br>05.250% 02/01/2016<br>TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 483836LP5<br>KANE COOK & DU PAGE<br>COUNTYS ILL SCH DIST 06.500%<br>01/01/2016 No 46 ELGIN GO<br>SC BDS SER.2000<br>TX EXMPT | 150,000.00 | $104.621 | $ 105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9<br>NEW YORK CITY INDL DEV<br>AGY REV 05.50%  01/01/2012<br>PILOT BDS QUEENS BASEBALL<br>STADIUM SER. 2006<br>INSURED BY MOODY'S Aaa/<br>S&P AAA<br>TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.


**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

| | | | | **Account Number** | **Portfolio Value**<br>**as of 10/02/07** | | | |
| | | | | **69 560330** | **$2,292,408.00** | | | |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change<br>per<br>share<br>since last | Type | Estimated<br>Annual<br>Revenue |
|---|---|---|---|---|---|---|---|---|
| 7367754EX6<br>PORTLAND ORE WTR SYS<br>REV WTR SYS REV BDS<br>06.00% 10/01/2014 SER. 2006A<br>TX EXMPT | 150,000.00 | $108.032 | $108.032 | $161,298.00 | $161,298.00 | $0.00 | Cash | $9,325.00 |
| 74265LRRI<br>PRIVATE COLLEGES & UNIVS<br>AUTH OHIO REV 05.50%<br>09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $160,336.24 | $0.00 | Cash | $8,250.00 |
| 833119SY7<br>SNOHOMISH CNTY WASH SCH<br>DIST NO 002 05.00% 06/1/2011<br>INSURED BY FSA ST SCH AID<br>PROGRAM MOODYS Aaa/<br>S&P AAA<br>TX EXMPT | 80,000.00 | $106.462 | $106.462 | $81,852.00 | $84,247.00 | $0.00 | Cash | $3,898.00 |
| 773038BQ6<br>ROCKDALE CNTY GA WTR &<br>SWR AUTH REV 05.50%<br>07/01/2029 INSURED BY MBIA<br>REVENUE MOODYS Aaa/<br>S&P AAA<br>TX EXMPT | 100,000.00 | $102.473 | $102.413 | $105,750.00 | $106,234.00 | $0.00 | Cash | $5,610.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **373383RP5**<br>**GEORGIA ST G O BDS SERIES**<br>**B 06.00% 05/01/2019 UNLTD GEN**<br>**OBLIGATION MOODY'S Aaa/**<br>**S&P AAA PREFER**<br>**TX EXMPT** | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| **223662ES2**<br>**COWETA CNTY SCH SYS GO**<br>**BDS SER. 2005 06.00% 02/01/2013**<br>**UNLIMITED GEN OBLIG**<br>**MOODY'S Aaa/S&P AAA**<br>**TX EXMPT** | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $212,272.18 | 0.00% | Cash | $12,312.00 |
| **373377AM2**<br>**GEORGIA ST RD & AUTH FED**<br>**HWY GRNT 05.00% 06/01/2016**<br>**INSURED BY MBIA REVENUE**<br>**MOODY'S Aaa/S&P AAA**<br>**TX EXMPT** | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| **283836DS5**<br>**AT&T 1968 GEN REV CORP**<br>**BDS 02.05% PREFER MOODY'S**<br>**Aa/S&P AA 05/28/08\*** | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $122,000.00\* | 0.00 | Cash | $    0.00 |
| **383806DT3**<br>**AT&T 1963 GEN REV CORP**<br>**BDS 01.58% PREFER MOODY'S**<br>**Aa/S&P AA 09/30/09\*** | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $148,250.00\* | 0.00 | Cash | $    0.00 |
| **186822DS3**<br>**AT&T 1960 GEN REV CORP**<br>**BDS 01.48% PREFER MOODY'S**<br>**Aa/S&P AA 09/30/10\*** | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00\* | 0.00 | Cash | $    0.00 |

# Merrill Lynch

## Merrill Capital Management

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | BONDS (Continued) | | Account Number | 69 560330 | | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S An/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash | $  0.00 |

### TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS        $96,391.00

**Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 267320SS2 AT&T 1961 GEN REV CORP BDS 01.1% PREFER MOODY'S Aa/S&P AA 11/30/10* | 131,286.00 | $132,000 | $132,000 | $132,000.00 | $138,250.00* | 0.00 | Cash  S | 0.00 |

TOTAL ESTIMATE ANNUAL REVENUE FOR ALL BONDS    $94,359.00   +AT+T?

*money put in m.mkt 8/16/06*
*Bond interest Sept on ?*

## RECAP OF BOND INTEREST PAID TO DATE

| SECURITY | DATE PAID | AMOUNT | ACTION | SECURITY |
|---|---|---|---|---|
| *april + Oct* | | | | |
| 240523TX8 DEKALB CNTY GA WATER & SWR REV 05.000% | 07/05/07 | $ 1,875.00 | reinvested | TCRXX *1895* |
| ✓ 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV 5.25% | 08/07/07 | $ 5,250.00 | reinvested | TCRXX – *Feb? 5375* |
| ✓ 483836LP5 KANE COOK & DU PAGE COUNTYS ILL SCH 06.500% | 07/30/07 | $ 4,875.00 | reinvested | TCRXX *Jan? 5325* |
| ✓ 64971PCY9 NEW YORK CITY INDL DEV REV 05.50% | 07/28/07 | $ 5,500.00 | reinvested | TCRXX *Jan? 6425* |
| ✓ 7367754EX6 PORTLAND ORE WTR SYS REV WTR SYS REV 6.00% | 04/30/07 | $ 4,500.00 | reinvested | TCRXX *4662.50* |
| ✓ 74265LRR1 PRIVATE COLLEGES & UNIVS OHIO REV 05.50% | 03/29/07 | $ 4,125.00 | reinvested | TCRXX ✓ |
| 773038BQ6 ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% | 08/02/07 | $ 2,750.00 | reinvested | TCRXX *Jan? ≈ 2805* |

*07? 06?*

TOTAL BOND REVENUE PAID TO DATE    *#1949 an✓*    $ 28,875.00

*Snohomish Dec + June #1949 an✓*
*Coweta Cnty Schools  6156  Feb + Aug + Aug 07  06? 07*
*Georgia St Rd + Hwy June + Dec # 2221*
*Georgia St 60 Bds  May + Nov 4740 ✓*
*07? 06?*



**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

## TOTAL INVESTMENT VALUE        $2,252,268.50

| | Account Number | Portfolio Value as of 08/15/07 | Percentage of Total |
|---|---|---|---|
| **GENERAL INVESTMENT ACCOUNTS** | | | |
| ROBBIE S. JOHNSON REVOCABLE TRUST | 63-560330 | $2,252,268.50 | |
| TOTAL EQUITIES | | $ 510,298.50 | 32.70 % |
| TOTAL BONDS | | $1,741,970.50 | 67.30 % |
| ROBBIE S. JOHNSON – SEP | 63-624821 | $ 228,324.10 | |
| TOTAL EQUITIES | | $ 228,324.10 | 100% |
| LORRAINE WAGMAN REVOCABLE TRUST (REVISED) | W-808268 | $ 207,692.00 | 100% |
| TOTAL EQUITIES | | $ 207,692.00 | |

*Handwritten: 2252268 − 2137,667 = 114,601 made*

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

Merrill Capital Management - ·

ROBBIE S JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

| | | Account Number | Portfolio Value as of 08/15/07 |
|---|---|---|---|
| | | 69 560330 | $2,252,268.50 |

**GENERAL INVESTMENT ACCOUNTS -**                 **EQUITIES**

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| DNA | 100 | 07/29/06 | 78.20 | 82.17 | 74.00 | (268.00) | (3.5%) |
| DNA | 175 | 07/29/06 | 74.50 | 82.17 | 74.00 | (469.00) | (3.6%) |
| FDX | 100 | 07/30/06 | 82.75 | 112.55 | 108.00 | (310.00) | (1.7%) |
| FDX | 200 | 07/30/06 | 99.25 | 112.55 | 108.00 | (716.00) | (1.7%) |
| HPQ | 1,450 | 07/30/06 | 33.05 | 45.41 | 46.15 | 217.00 | 0.3% |
| HPQ | 500 | 07/30/06 | 28.50 | 45.41 | 46.15 | $ 75.00 | 0.3% |
| HPQ | 500 | 08/04/06 | 30.25 | 45.41 | 46.15 | $ 75.00 | 0.3% |
| IBM | 5 | 08/01/06 | 71.00 | 104.80 | 111.23 | 23.80 | 1.1% |
| RAI | 228 | 08/02/06 | 121.50 | 64.70 | 67.50 | 419.00 | 1.3% |
| T | 10 | 08/05/06 | 20.00 | 40.52 | 39.10 | (26.10) | 1.3% |
| T | 10 | 08/14/06 | 27.50 | 40.52 | 39.10 | (26.10) | 1.3% |
| T | 766 | 08/16/06 | 28.70 | 40.52 | 39.10 | (1,999.30) | 2.9% |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

**Merrill Capital Management**

**Merrill Lynch**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC

# CONSOLIDATED SUMMARY OF ACCOUNT   AS OF 08/15/07

| | | Account Number as of 08/15/07 | Portfolio Value |
|---|---|---|---|
| | 69 560330 | $2,252,268.50 | |

## GENERAL INVESTMENT ACCOUNTS

| Symbol | Shares | Date Bought | Purchase Price | Prior Price | Present Market Price | Gain/Loss | Percentage increase/decrease From previous reporting period |
|---|---|---|---|---|---|---|---|
| TCRXX | 194,622 | 08/16/06 | 1.00 | 1.00 | 197,719.20 | 1065.20 | 0.5% |
| TCRXX | 28,875 | 08/03/07 | 1.00 | 1.00 | 28,875.00 | 0.00 | 0.0% |
| TM | 250 | 08/18/06 | 101.33 | 123.13 | 127.68 | (2,420.00) | (8.2%) |
| TM | 386 | 08/20/06 | 106.00 | 123.13 | 127.68 | (3,736.50) | (8.2%) |
| TREMX | 600 | 09/10/06 | 20.01 | 35.19 | 35.25 | (465.00) | (0.5%) |
| UIS | 1 | 09/22/06 | 5.00 | 8.19 | 7.50 | (1.70) | (1.1%) |
| UIS | 6 | 09/22/06 | 5.00 | 8.19 | 7.50 | (9.90) | (1.1%) |
| UIS | 50 | 09/26/06 | 4.00 | 8.19 | 7.50 | (82.50) | 1.7% |

## BONDS

| | Quantity | Closing | Current | Closing | Current | Change per Share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 240523TX8 DEKALB CNTY GA WATER & SWR REV WTR 05.000% 10/01/2015 TX EXMPT | 75,000 | $112.229 | $112.229 | $ 81,113.00 | $ 81,113.00 | $0.00 | Cash | $ 3,790.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

## CONSOLIDATED SUMMARY OF ACCOUNT    AS OF 08/15/07

| | | | | Account Number | Portfolio Value as of 08/15/07 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 69 560330 | $2,223,393.50 | | | |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| 261174EG7 DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 TX EXMPT | 200,000 | $114.126 | $112.126 | $233,556.50 | $233,556.50 | $0.00 | Cash | $10,750.00 |
| 48383GLP5 KANE COOK & DU PAGE COUNTYS ILL SCH DIST 06.500% 150,000.00 01/01/2016 No 46 ELGIN GO SC BDS SER.2000 TX EXMPT | | $104.621 | $105.621 | $156,875.00 | $156,875.00 | $0.00 | Cash | $10,650.00 |
| 64971PCY9 NEW YORK CITY INDL DEV AGY REV 05.50% 01/01/2012 PILOT BDS QUEENS BASEBALL STADIUM SER. 2006 INSURED BY MOODY'S Aaa/ S&P AAA TX EXMPT | 200,000.00 | $110.102 | $110.102 | $221,444.50 | $221,444.50 | $0.00 | Cash | $12,850.00 |

Accounts carried with The Merrill Company, LLC.

This consolidated summary is provided for you convenience and information only. Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

 **Merrill Lynch**

**Merrill Capital Management**

ROBBIE S. JOHNSON
2078 SUNDERLAND AVE
WELLINGTON  FL 33414

FOR QUESTIONS OR UP TO-DATE ACCOUNT INFORMATION, PLEASE
REFER TO YOUR AMERICA ON LINE SNAPSHOT OR CALL YOUR
FINANCIAL ADVISOR INVESTMENT PRODUCTS PROVIDED BY THE MERRILL
COMPANY, A DIVISION OF MERRILL LYNCH, INC.

| | Account Number | Portfolio Value as of 08/15/07 |
|---|---|---|
| | 69 560330 | $2,223,393.50 |

### BONDS

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **7367754EX6** PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.00% 10/01/2014 SER. 2006A TX EXMPT | 150,000.00 | $108.032 | $108.032 | $156,600.00 | $156,600.00 | $0.00 | Cash | $ 9,325.00 |
| **74265LRRI** PRIVATE COLLEGES & UNIVS AUTH OHIO REV 05.50% 09/01/2014 REV BDS 2005A | 150,000.00 | $110.100 | $110.100 | $156,045.50 | $156,045.50 | $0.00 | Cash | $ 8,250.00 |
| **833119SY7** SNOHOMISH CNTY WASH SCH DIST NO 002 05.00% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA TX EXMPT | 80,000.00 | $106.462 | $106.462 | $ 81,852.00 | $ 82,193.00 | $341.00 | Cash | $ 3,898.00 |
| **773038BQ6** ROCKDALE CNTY GA WTR & SWR AUTH REV 05.50% 07/01/2029 INSURED BY MBIA REVENUE MOODYS Aaa/ S&P AAA TX EXMPT | 100,000.00 | $109.273 | $109.273 | $105,750.00 | $106,234.00 | $484.70 | Cash | $ 5,610.00 |

Accounts carried with The Merrill Company, LLC.
This consolidated summary is provided for you convenience and information only.  Total Investment Value is the sum of the Total Portfolio Value for all accounts
Listed, which includes assets held away and limited partnerships.

**Merrill Lynch**

**Merrill Capital Management**

## BONDS (Continued)    Account Number    69 560330

| | Quantity | Closing | Current | Closing | Current | Change per share since last | Type | Estimated Annual Revenue |
|---|---|---|---|---|---|---|---|---|
| **373383RP5** GEORGIA ST G O BDS SERIES B 06.00% 05/01/2019 UNLTD GEN OBLIGATION MOODY'S Aaa/ S&P AAA PREFER TX EXMPT | 150,000.00 | $109.226 | $109.226 | $157,200.00 | $157,986.00 | 0.00% | Cash | $ 9,480.00 |
| **223662ES2** COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXMPT | 200,000.00 | $108.124 | $108.124 | $206,090.00 | $209,181.00 | 0.00% | Cash | $12,312.00 |
| **373377AM2** GEORGIA ST RD & AUTH FED HWY GRNT 05.00% 06/01/2016 INSURED BY MBIA REVENUE MOODY'S Aaa/S&P AAA TX EXMPT | 87,000.00 | $110.973 | $110.973 | $89,308.00 | $93,773.00 | 5.00% | Cash | $ 4,442.00 |
| **283836DS5** AT&T 1968 GEN REV CORP BDS 02.05% PREFER MOODY'S Aa/S&P AA 05/28/08* | 95,000.00 | $95,000 | $95,000 | $95,000.00 | $117,000.00* | 0.00 | Cash | $    0.00 |
| **383806DT3** AT&T 1963 GEN REV CORP BDS 01.58% PREFER MOODY'S Aa/S&P AA 09/30/09* | 125,000.00 | $125,000 | $138,250 | $138,250.00 | $138,250.00* | 0.00 | Cash | $    0.00 |
| **186822DS3** AT&T 1960 GEN REV CORP BDS 01.48% PREFER MOODY'S Aa/S&P AA 09/30/10* | 28,500.00 | $28,500 | $30,150 | $30,150.00 | $30,150.00* | 0.00 | Cash | $    0.00 |

# Exhibit B

 

February 8, 2008

Robbie S Johnson
Robbie Johnson Revocable Trust
2078 Sunderland Avenue
Wellington, Fl 33414-7714

Dear Robbie S Johnson:

Thank you for contacting Fidelity Investments. Please accept this letter as confirmation that we have reviewed your recent request for the verification of assets wired into your Brokerage account ending in 2330.

The following is a summary of two wires that entered your account in the month of March:

**Date:** March 08, 2007
**Amount:** $20,225.00
**Bank Transfer #** 003255969364 Mitchell Gross DBA 2949 Gateland Sq Marietta GA 3
**Order Party:** Snbnf.066196221 Credit National Financial Services Org./0032
**Details:** Rcvd via Chips SSN 0204613 from Bank of America N.A.
    58 Ogb./003255969364 Mitchell Gross DBA The Merrill Co 2949 Gatel

**Date:** March 13, 2007
**Amount:** $400,000
**Bank Transfer #** 0599309072FF
**Order Party:** 003255969364 Mitchell Gross DBA 2949 Gateland Sq Marietta GA 3
**Details:** Rcvd Fed IMA 0313b6b7hu4r003792 Ctr/Bnf.D066196221 National Financial

I hope you find this information helpful. For any other issues or general inquiries, you can contact me at 800-854-8706 ex 27881. Thank you very much for your business.

Sincerely,



Elias Nogueras
Client Services Representative
Our File: W013827-08FEB08



2465 State Road 7, Suite 800          privateaccess386@fmr.com          Phone 800 544-5704
Wellington, FL 33414                  www.fidelity.com                 Team 386

Brokerage products and services available through Fidelity Brokerage Services LLC, Member NYSE, SIPC Fidelity Distributors Corporation is the general distribution agent for Fidelity funds Insurance products are distributed through Fidelity Insurance Agency, Inc , and Fidelity Investments

# Exhibit C



# THE MERRILL COMPANY

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **To:** Robbie S. Johnson | **From:** CLIENT SERVICES |
| **FAX NUMBER:** 561-798-6342 | **Date:** March 22, 2007 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 9 |
| **PHONE NUMBER:** 561-798-0824 | **SENDER'S REFERENCE NUMBER:** 63-560330; 63-62481; w-808268 |
| **Re:** 2006 Consolidated Account Statement | **YOUR REFERENCE NUMBER:** |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. Johnson

Attached please find a consolidated summary of your 2006 Year End Account Statement. Please note that the totals are for the period ending 12/30/06. You will be receiving an updated statement tomorrow setting out the first quarter of 2007, thereafter statements will be forwarded to you on a monthly basis as requested. The new statement will reflect all purchases and sales made during the first quarter of 2007. Please contact your account representative if you have any other questions

Kind regards,

Wes Whitmire

3525 PIEDMONT ROAD • SUITE 300 • ATLANTA, GA 30305
PHONE 877 860 9489 • FAX 877 860 9430

EXHIBIT
C

☑001/002

# THE MERRILL COMPANY

---

## FACSIMILE TRANSMITTAL SHEET

---

| **To:** | **From:** |
|---|---|
| Robbie S. Johnson | Michael Johnson, Ph.d |

| **FAX NUMBER:** | **Date:** |
|---|---|
| 561-798-6342 | March 23, 2007 |

| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
|---|---|
| | 1 |

| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
|---|---|
| 561-798-0824 | |

| **Re:** | **YOUR REFERENCE NUMBER:** |
|---|---|
| | |

---

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

### NOTES/COMMENTS:

Dear Robbie:

As I see it, despite a downturn in the Florida real estate market occasioned by three (3) major hurricanes, a sluggish economy in general, and the war in Iraq which has fostered a great deal of investor and homebuyer uncertainty, your business has fared quite well. Utilizing 2003 as a base year, with only seven (7) agents, we see an increase in gross revenues the following year of 23.1% and a whopping increase of 222% in 2005, when you reached full capacity. It's common knowledge in the real estate industry, that a learning curve exists in training new agents before they reach a respectable level of productivity. This appears to be the case here.

While the economy tanked, the real estate market in particular was hard hit. I am of the opinion, as are most economists, that such adjustments are temporary at best. Even if the trend were to continue and the market stayed depressed and prices were rolled back, it would not significantly effect a service industry such as yours. While profits may well be less to the end consumer, demand, even if slack is sufficient to make the acquisition of your business an attractive proposition for a company such as Illustrated Properties. In other words, the greater presence they can establish in the market, the greater their profits will be. This is all the more true, now that WCI has been placed on the auction block.

| Year | No of Active Full-Time Agents | Part Time | Gross Revenues | % +/- |
|------|-------------------------------|-----------|----------------|-------|
| 2003 | 8 | 2 | $1,300,000 | |
| 2004 | 14 | 2 | $1,600,000 | 23.1% |
| 2005 | 16 | 2 | $2,885,575 | 222% |
| 2006 | 7 | | $ 823,000 | (36.7%) |
| | | | Over 2003 base year | |

What I am seeing is three years of upward earnings tempered by one down year, which is nothing unusual. A payout such as you have suggested is a very easy way for Illustrated to acquire a company with an established reputation and a significant share of a niche market, particularly now that the hanging question of the horse show has been settled.



Mike

# Exhibit D



April 30, 2007

Mr. Mitch Gross
2949 Gateland Square
Marietta, Georgia 30062

Re:    Robbie Susan Johnson – Audit request

<u>PERSONAL AND CONFIDENTIAL</u>

Dear Mitch:

It was a please talking to you again.  In accordance with your request for an audit of your client
Robbie S. Johnson and Merrill Lynch, Inc. d/b/a the Merrill Company, please be advised the
same was conducted over a two week period with no adverse results noted.

Official records maintained by the Secretaries of State of Iowa, General Corporations Division
and New York's Business Division, were physically examined by our investigators.  In addition
to the foregoing, the treasurers or general State and county depositories of eleven of fourteen
investment securities owned by Ms. Johnson were contacted to verify receipt of funds forwarded
by the Merrill Company in payment for securities and/or bonds, depending on the case.  In each
instance, we found no irregularities and confirmed that monies had been received on the
registered date(s).  This resulted in a statistical factor of 99.226 percent with a confidence factor
+/- 1.0 (%) percent.

To put it succinctly, I do not think your client has anything to worry about.  The Merrill
Company has been in business for over sixty years and during this time only three complaints
have ever been filed against it, all of which were resolved in its favor.  In the mid 1960's and
again in the early 1980's both of its divisions were acquired by Merrill Lynch Pierce Fenner and
Smith, Inc. of New York State.  Michael Johnson himself, has testified before the U.S. Congress
on at least six separate occasions, not only for this agency, but the Justice Department as well.
In addition, he has been a senior member of the Counsel of Economic Advisors to four
Presidents and enjoys tremendous respect within the industry.

Because of the sensitivity of your personal situation and to protect Ms. Johnson's right to
privacy, I have issued an order sealing this inquiry.  If I can be of any further service, please
don't hesitate to contact me.

With best regards,

*Rose mary Rogers*
*2 0 2 - 395 - 5107*

Sincerely,

Paul Shiffer

PS:ltm



Securities Exchange Commission
Office of General Counsel
901 E Street NW

*2 0 2 - 551 - 8808*

# AUDIT REPORT

| Security | Amount | Verified | Investigator |
|---|---|---|---|
| 2405231X8 DEKALB CNTY GA WATER & SWR REV 05.000% 10/01/2015 TX EXEMPT | $ 75,000.00 | Yes | REM |
| 26117426T DOWNTOWN SMYRNA DEV AUTH GA REV REF 05.250% 02/01/2016 | $200,000.00 | Yes | REM |
| 48383617S5 KANE COOK & DU PAGE COUNTIS ILL SCH DIST 06.500% | $150,000.00 | Yes | LTG |
| 64971PCY9 NEW YORK CITY INDL DEV AGT REV 05.50% 01/01/2012 STADIUM SER. 2006 PILOT BDS QUEENS BASEBALL INSURED BY MOODY'S Aaa/ S&P AAA TX EXEMPT | $200,000.00 | Yes | REM |
| 73677542X6 PORTLAND ORE WTR SYS REV WTR SYS REV BDS 06.000% 10/01/2014 SER. 2006A | $150,000.00 | Yes | MT |
| 8331196I7 SNOHOMISH CNTY WASH SCH DIST NO 002 05.000% 06/1/2011 INSURED BY FSA ST SCH AID PROGRAM MOODYS Aaa/ S&P AAA | $ 80,000.00 | Yes | LTG |
| 22366ZES2 COWETA CNTY SCH SYS GO BDS SER. 2005 06.00% 02/01/2013 UNLIMITED GEN OBLIG MOODY'S Aaa/S&P AAA TX EXEMPT | $200,000.00 | Yes | MT |
| 28383GDS5 AT&T 1968 GEN REV CORP BDS 02.05% PREER MOODY'S AA/S&P AA 05/28/08* | $ 95,000.00 | Yes | LTG |
| Amer Cent Premium Money Market | $194,622.00 | Yes | REM |
| Hewlett Packard Corp | $ 47,850.00 | Yes | REM |

Shaw

—71,297.50





# AUDIT REPORT

FedEx Corp                    $ 19,850.00        Yes        REM
                          + 8,275

The above audit was conducted pursuant to the administrative rules and
guidelines of the Security and Exchange commission between April 12, 2007 and
April 17, 2007 on a statistical sample of the portfolio of Robbie S. Johnson.
There being no irregularities noted on said sample and the same having a
confidence factor of 99.226% +/- 1.0.

This 17th day of April, 2007.


_____
Robert Barron Montgomery


- 7, 217. 57—

# Exhibit E

SECRETARY OF STATE OF IOWA
BUSINESS SERVICES
CORPORATIONS DIVISION

C E R T I F I E D    C O P Y

Search Request:    The Merrill Company

| Corporation Number | Name | Date | Status | Type |
|---|---|---|---|---|
| n/a | Thomas Merrill Investment Counselors | 03/16/1952 | Inactive | Legal |
| Administrative History | n/a | | | |
| 27517 | Thomas Merrill Investment Counselors d/b/a The Merrill Company, Inc. | 04/06/1965 | Inactive | Legal |
| Administrative History | 06/12/1961 | Complaint | Resolution | Respondent |
| | 09/20/1964 | Complaint | Resolution | Respondent |
| | 04/06/1965 | General Assignment | | Merrill, Lynch, Pierce Fenner & Smith |
| 302189 | Thomas Merrill Financial Research & Development Corp, d/b/a The Merrill Company, LLP | 11/05/1985 | Inactive | Legal |
| Administrative History | 11/05/1985 | General Assignment | | Merrill Lynch R&D Mgmt, Inc. |
| 302189 | The Merrill Company, LLP | 11/09/1985 | Active | Legal |
| Administrative History | n/a | | | |

The foregoing constitutes a true and correct copy of the records maintained by the office of the Secretary of State.

Brenda Cox
Deputy Clerk

This 3rd day of April, 2007

State Seal Must Appear



# IN THE DISTRICT COURT OF IOWA

## FOR SECOND JUDICIAL DISTRICT

## STATE OF IOWA

IN RE THE THOMAS MERRILL )
COMPANY d/b/a THE MERRILL )
COMPANY, INC., )
        An Iowa Corporation.       **CIVIL ACTION**
)
                                **DOCKET NO. 65-3285JC**
)

### NOTICE OF GENERAL ASSIGNMENT

    **COMES NOW** Rex Merrill, president and chief executive officer of The Thomas Merrill Company d/b/a The Merrill Company, Inc., an Iowa Profit Corporation, and files this his assignment of interest on behalf of The Merrill Company, Inc., in favor of Merrill, Lynch, Pierce, Fenner & Smith, Incorporated, a Delaware domestic profit corporation, whose principal office is located at 4 World Financial Center, New York, New York 10080, and whose registered agent is C T Corporation System, 111 Eighth Avenue, New York, New York 1001.

    This 6th day of April 1965,

                                Respectfully submitted,

                                Rex R. Merrill

East High & Warner Street
Rockwell City, Iowa 50579

# Exhibit F




Browser Requirements


*Propen*

Property Appraisal Department

120 West Trinity Place
Room 208
Decatur, GA 30030
Phone: 404-371-0841
Directions

__Property Overview__          __2/29/2008 10:51:03 AM__          

Home
Real Estate Data
Business Personal Property Data
Business Personal Property
— eFile Tax Return
Data Product
Returned Mail
Forms
General Information
Exemptions
Appraisal Process
Appeal Process
Appraisal Definitions
Tax Digest
Statistics
Board Of Assessors
Useful Links
FAQ
Contact Us

DeKalb County Home

## Parcel ID:     18 237 02 066

To view map, click on parcel ID number. You may need to download Adobe Acrc
available at
Owner Information

| | | |
|---|---|---|
| Tax District | 04 - Unincorporated | Zoning | R75 - Sf Res Dist |
| Owner | Gross Douglas | Land Use | HWSL |
| Co-Owner | | Land Unit | 1 |
| Owner Address | 002431 Thompson Rd NE Atlanta, GA 30319-3562 | Legal Description | 95 X 144 X 108 X 101 . . |
| Property Address | 2431 Thompson Rd UNI | | |

### Building Characteristics

| | | | |
|---|---|---|---|
| Year Built | 1950 | Heated Space | 1,050 |
| Condition Code | G - Good | Basement Area | 798 Sq |
| Quality Grade | 015 - Average | % Bsmt Finished | 30 % |
| Air Conditioning | Y | Bedrooms | 3 |
| Fireplace | 0 | Bathrooms | Full |
| Stories | 1 | | 1 |
| Square Footage | 1,050 | | |

### Current Appraised & Assessment Value

| Tax Year | Land Value | Bldg Value | Misc Imp | Total Appraised | As |
|---|---|---|---|---|---|
| 2007 | $85,700 | $173,200 | $0 | $258,900 | |

### Sales History

| Book/Page | Sale Date | Deed Type | Sale Condition |
|---|---|---|---|
| 19129-00124 | 08/31/2006 | WD - Warranty Deed | 0 - Valid Sale/Fmv |
| 15751-00343 | 01/21/2004 | WD - Warranty Deed | 0 - Valid Sale/Fmv |
| 15751-00341 | 01/20/2004 | CQ - Corrective Quitclaim | Q - Quit Claim Deed |
| 10647-00508 | 04/01/1999 | WD - Warranty Deed | 0 - Valid Sale/Fmv |
| 09392-00165 | 03/31/1997 | WD - Warranty Deed | 0 - Valid Sale/Fmv |
| 07464-00164 | 10/15/1992 | QC - Quit Claim Deed | 2 - Partial Interest |
| 06233-00211 | 08/31/1988 | WD - Warranty Deed | 5 - Family Sales |
| 05270-00090 | 07/31/1985 | QC - Quit Claim Deed | 0 - Valid Sale/Fmv |

Sales Data Search          Detailed Property Data


EXHIBIT
E

Official DeKalb County

A. Settlement Statement

U. S. Department of Housing
and Urban Development

OMB No 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1 ☐ FHA    2 ☐ RHS    3 ☐ Conv. Unins | | 6. File Number<br>086B895R | 7 Loan Number<br>6844203064 | 8. Mortgage Insurance Case Number |
| 4 ☐ VA    5 ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D Name and Address of Borrower | E. Name and Address of Seller | F Name and Address of Lender |
|---|---|---|
| DOUGLAS GROSS<br>2431 THOMPSON RD NE<br>ATLANTA, GA 30319 | BAXTER LUSINK<br>25 MARINA ROAD<br>HAMPTON, VA 23669 | BANK OF AMERICA, N.A.<br>9000 SOUTHSIDE BOULEVARD<br>JACKSONVILLE, FL  32256 |

| G Property Location | H Settlement Agent |  |
|---|---|---|
| 2431 THOMPSON RD NE<br>ATLANTA, GA 30319<br>DEKALB COUNTY | NEEL & ROBINSON ATTORNEYS AT LAW, LLC  (NR) |  |
| | Place of Settlement<br>5565 GLENRIDGE CONNECTOR, SUITE 400<br>ATLANTA, GEORGIA 30342 | I Settlement Date<br>08/31/06<br>DD:  08/31/08 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400 GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 265,000 00 | 401 Contract sales price | 265,000 00 |
| 102 Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,544 92 | 403 | |
| 104 | | 404 | |
| 105 | | 405 | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106 City/town taxes        to | | 406. City/town taxes        to | |
| 107. County taxes     08/31 to 12/31 | 1,004 32 | 407 County taxes     08/31  to 12/31 | 1,004 32 |
| 108 Assessments        to | | 408. Assessments        to | |
| 109. | | 409 | |
| 110 | | 410. | |
| 111 | | 411 | |
| 112 | | 412 | |
| 120 GROSS AMOUNT DUE FROM BORROWER | 270,549 24 | 420 GROSS AMOUNT DUE TO SELLER | 266,004 32 |
| 200 AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500 REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 2,000 00 | 501 Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 195,000 00 | 502 Settlement charges to seller (line 1400) | 13,693 00 |
| 203. Existing loan(s) taken subject to | | 503 Existing loan(s) taken subject to | |
| 204 | | 504 Payoff of first mortgage loan | 174,832.31 |
| | | WELLS FARGO HOME MORTGAGE | |
| 205. | | 505. Payoff of second mortgage loan | 23,584 48 |
| | | WELLS FARGO | |
| 206. | | 506. REPAIRS – M I.S.T, CONSTRUCTION | 1,000 00 |
| 207. | | 507 BAL 2006 DEKALB COUNTY TAXES | 1,502.36 |
| 208. | | 508 | |
| 209 | | 509 | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210 City/town taxes        to | | 510 City/town taxes        to | |
| 211 County taxes        to | | 511 County taxes        to | |
| 212 Assessments        to | | 512 Assessments        to | |
| 213. | | 513 | |
| 214 | | 514. | |
| 215 | | 515. | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219 | | 519 | |
| 220 TOTAL PAID BY / FOR BORROWER | 197,000 00 | 520 TOTAL REDUCTION AMOUNT DUE SELLER | 214,512 15 |
| 300 CASH AT SETTLEMENT FROM OR TO BORROWER | | 600 CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 270,549 24 | 601 Gross amount due to seller (line 420) | 266,004 32 |
| 302 Less amounts paid by/for borrower (line 220) | 197,000 00 | 602 Less reduction amount due to seller (line 520) | 214,512 15 |
| 303 CASH        FROM        BORROWER | 73,549 24 | 603 CASH        TO        SELLER | 51,392 17 |

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **L. SETTLEMENT CHARGES:** | | | | |
| 00. TOTAL SALES/BROKER'S COMMISSION based on price $ | 200 00 @ = | 13 400 00 | | |
| Division of commission (line 700) as follows: | | | | |
| 01 $ 5,360.00 to KELLER WILLIAMS REALTY PEACHTREE ROAD | | (7,550 00 Less 1,550 00) | | |
| 02 $ 5,450 00 to KELLER WILLIAMS REALTY PEACHTREE ROAD | | | | |
| 03. Commission paid at Settlement | Realtor Holds Deposit | | | 11,810 00 |
| 04. REFERRAL FEE | BOARDWALK REALTY | | | 1 550 00 |
| 00. ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 01 Loan Origination Fee | % | | | |
| 02 Loan Discount | % BANK OF AMERICA, N.A | | 681 05 | |
| 03 Appraisal Fee | to HOMEFOCUS SERVICES, LLC | 350 00L | | |
| 04 Credit Report | to CBC | 0 80L | | |
| 05 Lender's Inspection Fee | to | | | |
| 06 Mtg. Ins. Application Fee | to | | | |
| 07. Assumption Fee | to | | | |
| 08 TAX SERVICE FEE | HOMEFOCUS TAX SERVICE, LLC | | 75 00 | |
| 09 APPLICATION FEE | BANK OF AMERICA, N.A | 50 00B | | |
| 10 FLOOD CERT | HOMEFOCUS SERVICES, LLC | | 11 00 | |
| 11 LENDER CLOSING FEE | BANK OF AMERICA, N.A | | 619 00 | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 00. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 01 Interest from 08/31/06 to 09/01/06 @$ 34 08 /day | 1 day(s) | | 34 06 | |
| 02 Mortgage Insurance Premium | to | | | |
| 03 Hazard Insurance Premium | 1 yrs to ALLSTATE | | 667 00 | |
| 04 | | | | |
| 05 | | | | |
| 00 RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 01 Hazard Insurance | 3 mo @$ 72 25 / mo | | 216 75 | |
| 02 Mortgage Insurance | mo @$ / mo | | | |
| 03 City property taxes | mo. @$ / mo | | | |
| 04 County property taxes | 3 mo @$ 125 20 / mo | | 375 60 | |
| 05 Annual Assessments | mo @$ / mo | | | |
| 06 | mo. @$ / mo | | | |
| 07. | mo. @$ / mo | | | |
| 08 Aggregate Credit for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | -0 04 | |
| 100 TITLE CHARGES | | | | |
| 101 Settlement or closing fee | to | | | |
| 102 Abstract or title search | to | | | |
| 103. Title examination | to ATTORNEY TITLE SERVICES, INC/NR | | 150 00 | |
| 104 Title Insurance binder | to | | | |
| 105. Document preparation | to | | | |
| 106 Notary fees | to | | | |
| 107 Attorney's fees | to NEEL & ROBINSON ATTORNEYS AT LAW, L.L.C | | 450 00 | |
| (Includes above item No ) | | | | |
| 108 Title Insurance | to OLD REPUBLIC/NR | | 390 00 | |
| (Includes above item No 1104 ) | | | | |
| 109 Lender's coverage 195 000 00 — 390 00 | | | | |
| 110. Owner's coverage | | | | |
| 111 ATTY FEE COURIER/HANDLING | NEEL & ROBINSON ATTORNEYS AT LAW, L.L.C | | 58 50 | |
| 112. ATTY FEE PST CLS/HANDLING | NEEL & ROBINSON ATTORNEYS AT LAW, L.L.C | | | 53 00 |
| 113 ATTY FEE SPLIT CLOSING | NEEL & ROBINSON ATTORNEYS AT LAW, L.L.C. | | | 175 00 |
| 200 GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 201 Recording fees Deed $ 12 00 ; Mortgage $ 42 00 , Releases $ | | | 54 00 | |
| 202 City/county/stamps Deed $ ; Mortgage $ | | | | |
| 203 State tax/stamps Deed $ 285 00 ; Mortgage $ 585 00 | | | 585 00 | 285 00 |
| 204 | | | | |
| 205 | | | | |
| 300 ADDITIONAL SETTLEMENT CHARGES | | | | |
| 301 Survey | to | | | |
| 302 Pest Inspection | to | | | |
| 303 | | | | |
| 304 | | | | |
| 305 | | | | |
| 306 | | | | |
| 307 | | | | |
| 308 | | | | |
| 400 TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 4,544 92 | 13,583 00 |

🖎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Georgia |

Robbie S. Johnson, et al.

## SUMMONS IN A CIVIL ACTION

V.

Mitchel Alan Gross, et al

CASE NUMBER:

## 1:08-CV-0945

TO: (Name and address of Defendant)

Mitchell Alan Gross a/k/a Mitchell Graham a/k/a Michael Johnson a/k/a
The Merrill Company a/k/a The Merrill Company, LLC a/k/a Majestic
Management, LLC
2949 Gateland Square
Marietta, GA 30062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred B. Adams, III, Esq.
Holland & Knight
1201 W. Peachtree St.
One Atlantic Center, Suite 2000
Atlanta, Georgia 30309

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

**1 3 MAR 2008**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        *Signature of Server*


                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Georgia |

Robbie S. Johnson, et al

**SUMMONS IN A CIVIL ACTION**

V.

Mitchell Alan Gross, et al

CASE NUMBER:

# 1:08-CV-0945

TO: (Name and address of Defendant)

5th Ring Enterprises Limited Partnership
c/o CT Corporation Systems
9360 Glacier Highway
Suite 202
Juneau, Alaska 99801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Rakusin, Esq.
The Rakusin Law Firm
2919 E. Commercial Boulevard
Ft. Lauderdale, FL 33308
and
Alfred B. Adams, III, Esq.
Holland & Knight, LLP
1201 W. Peachtree St.
Suite 2000
Atlanta, Georgia 30309

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                    13 MAR 2008

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev  8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date        *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Georgia |
| --- | --- | --- |

Robbie S. Johnson, et al

**SUMMONS IN A CIVIL ACTION**

V.

Mitchell Alan Gross, et al

CASE NUMBER:

# 1:08-CV-0945

TO: (Name and address of Defendant)

Douglas Gross
2431 Thompson Road, N.E.
Atlanta, Georgia 30319

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Rakusin, Esq.
The Rakusin Law Firm
2919 E. Commercial Boulevard
Ft. Lauderdale, FL 33308
and
Alfred B. Adams, III, Esq.
Holland & Knight, LLP
1201 W. Peachtree St.
Suite 2000
Atlanta, Georgia 30309

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                           1 3 MAR 2008

CLERK

(By) DEPUTY CLERK                          DATE

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served·

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left

☐ Returned unexecuted.

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                        Date                    *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Georgia_____

Robbie S. Johnson, et al

## SUMMONS IN A CIVIL ACTION

V.

Mitchell Alan Gross, et al

CASE NUMBER:

# 1:08-CV-0945

TO: (Name and address of Defendant)

Deborah L. Gross
690 West Oaks Drive
Woodstock, Georgia 30188

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Rakusin, Esq.
The Rakusin Law Firm
2919 E. Commercial Boulevard
Ft. Lauderdale, FL 33308
and
Alfred B. Adams, III, Esq.
Holland & Knight, LLP
1201 W. Peachtree St.
Suite 2000
Atlanta, Georgia 30309

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                           13 MAR 2008

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left·

☐ Returned unexecuted

☐ Other (specify).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                         Date                    *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

JS44 (Rev 5/05 NDGA)   **CIVIL COVER SHEET**   1:08-cv-10945

TCB

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required except as provided by local rules of court  This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record  (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

Robbie S. Johnson, Individual, Robbie S. Johnson, as Trustee of the Robbie S. Johnson Revocable Trust, and Robbie S. Johnson as Trustee of the Lorraine Wagman Revocable Trust

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Palm Beach County, Florida

(EXCEPT IN U S PLAINTIFF CASES)

## DEFENDANT(S)

Mitchell Alan Gross, a/k/a Mitchell Graham, a/k/a Michael Johnson, a/k/a The Merrill Company, LLC a/k/a The Merrill Company, a/k/a Majestic Management, LLC, 5th Ring Enterprises Limited Partnership, an Alaskan LLC, Deborah L. Gross, Douglas Gross,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cobb County, Georgia

(IN U S  PLTF  CASES ONLY)

NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

Alfred B. Adams, III, Lindsey G. Churchill
Holland & Knight LLP
1201 West Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309
(404) 817-8500

**ATTORNEYS** (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U S GOVERNMENT PLAINTIFF
☐ 2 U S GOVERNMENT DEFENDANT
☐ 3 FEDERAL QUESTION (U S GOVERNMENT NOT A PARTY)
☒ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | ☐ 1 | ☒ 1 | CITIZEN OF THIS STATE | ☐ 4 | ☐ 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | ☒ 2 | ☐ 2 | CITIZEN OF ANOTHER STATE | ☐ 5 | ☐ 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | ☐ 3 | ☐ 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 6 | ☐ 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 ORIGINAL PROCEEDING
☐ 2 REMOVED FROM STATE COURT
☐ 3 REMANDED FROM APPELLATE COURT
☐ 4 REINSTATED OR REOPENED
☐ 5 ANOTHER DISTRICT (SPECIFY DISTRICT) TRANSFERRED FROM
☐ 6 MULTIDISTRICT LITIGATION
☐ 7 JUDGE FROM MAGISTRATE JUDGE JUDGMENT APPEAL TO DISTRICT

## V. CAUSE OF ACTION (CITE THE U S  CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. sec. 1367

**(IF COMPLEX, CHECK REASON BELOW)**

☐ 1 Unusually large number of parties
☐ 2 Unusually large number of claims or defenses
☐ 3 Factual issues are exceptionally complex
☐ 4 Greater than normal volume of evidence
☐ 5 Extended discovery period is needed
☐ 6 Problems locating or preserving evidence
☐ 7 Pending parallel investigations or actions by government
☐ 8 Multiple use of experts
☐ 9 Need for discovery outside United States boundaries
☐ 10 Existence of highly technical issues and proof

## CONTINUED ON REVERSE

FOR OFFICE USE ONLY

RECEIPT#_____ AMOUNT $ _____ APPLYING IFP_____ MAG JUDGE (IFP)_____

JUDGE_____ MAG. JUDGE_____ NATURE OF SUIT_____ CAUSE OF ACTION_____
(Referral)

TCB          -37U       28:1332f

## VI. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 151 MEDICARE ACT
- [ ] 160 STOCKHOLDERS' SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- [ ] 365 PERSONAL INJURY - PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [x] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS
- [ ] 445 AMERICANS with DISABILITIES - Employment
- [ ] 446 AMERICANS with DISABILITIES - Other

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- [ ] 510 MOTIONS TO VACATE SENTENCE
- [ ] 530 HABEAS CORPUS
- [ ] 535 HABEAS CORPUS DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS (Filed Pro se)
- [ ] 555 PRISON CONDITION(S) (Filed Pro se)

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- [ ] 550 CIVIL RIGHTS (Filed by Counsel)
- [ ] 555 PRISON CONDITION(S) (Filed by Counsel)

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 R R. & TRUCK
- [ ] 650 AIRLINE REGS.
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL. RET INC SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 820 COPYRIGHTS
- [ ] 840 TRADEMARK

**PROPERTY RIGHTS - "0" MONTHS DISCOVERY TRACK**
- [ ] 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- [ ] 870 TAXES (US PLAINTIFF OR DEFENDANT)
- [ ] 871 IRS - THIRD PARTY 26 USC 7809

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 430 BANKS AND BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURAL ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- [ ] 410 ANTITRUST
- [ ] 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- [ ] ARBITRATION (CONFIRM/VACATE/ORDER/MODIFY)

(Note: Please mark underlying Nature of Suit as well)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF **CLASS ACTION** UNDER F R Civ P 23   DEMAND $_____

JURY DEMAND [ ] YES [x] NO (CHECK YES **ONLY** IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY

JUDGE_____    DOCKET NO._____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- [ ] 1.   PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
- [ ] 2.   SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
- [ ] 3.   VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
- [ ] 4.   APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE
- [ ] 5.   REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- [ ] 6   COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S):
- [ ] 7   EITHER SOME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO _____, WHICH WAS DISMISSED  THIS CASE  [  ] IS  [  ] IS NOT  (check one box)  SUBSTANTIALLY THE SAME CASE.

SIGNATURE OF ATTORNEY OF RECORD _____    DATE _____